# Exhibit C



FRANÇAIS  DEVELOPER  ▼ LOGIN  Search

SOLUTIONS  PRODUCTS  WHERE TO BUY  PARTNERS  SERVICE CENTER  COMPANY  BLOG

CONTACT US!

# Online Charging System (OCS)

Home / Glossary

OCS is a specialized communications function that allows a service provider to charge a user for services in real-time. The OCS handles the the subscribers account balance, rating, charging transaction control and correlation. With the OCS, a telecom operator ensures that credit limits are enforced and resources are authorized on a per transaction basis.

Traditional online charging systems charge the customer after a service is rendered, whereas the OCS charges as services are rendered. OCS is more flexible than Intelligent Network (IN) prepaid solutions.

On-Hook << Previous      Next >> Online Video Platform (OVP)

SHARE

## Related Blogs

### The End and Beginning of a Good Thing

After approximately 13 years and over 650 Tuesday morning blogs for Dialogic, this is my last one for Dialogic. I will be moving from Dialogic to Sangoma.



01/10/2018
by Jim Machi

READ MORE

### The Evolution of the Software Media Server

Dialogic for over 20 years has been a market leader in media server technology. We have been at the forefront of software based video processing, media server scalability, IMS MRF and WebRTC...



01/09/2018
by Jim Machi

READ MORE

References for the glossary can be viewed by clicking here.



Cloud optimized real-time communications solutions.

**Navigate:**
Solutions
Products
Purchase
Partners
Service Center
Company

**Company:**
About Dialogic
Press Room
Events
Careers
Contact

**Connect:**
Social Media Newsroom
Facebook
Twitter
Linkedin
YouTube

  

© Copyright 2020 Dialogic Corporation. All rights reserved.

Site Map | Glossary | Privacy | Cookies | Terms of Use