# Exhibit F

# ETSI TS 132 299 V10.7.0 (2012-09)



**Technical Specification**

**Digital cellular telecommunications system (Phase 2+);
Universal Mobile Telecommunications System (UMTS);
LTE;
Telecommunication management;
Charging management;
Diameter charging applications
(3GPP TS 32.299 version 10.7.0 Release 10)**



Reference

RTS/TSGS-0532299va70

Keywords

GSM,LTE,UMTS

***ETSI***

650 Route des Lucioles
F-06921 Sophia Antipolis Cedex - FRANCE

Tel.: +33 4 92 94 42 00   Fax: +33 4 93 65 47 16

Siret N° 348 623 562 00017 - NAF 742 C
Association à but non lucratif enregistrée à la
Sous-Préfecture de Grasse (06) N° 7803/88

***Important notice***

Individual copies of the present document can be downloaded from:
http://www.etsi.org

The present document may be made available in more than one electronic version or in print. In any case of existing or perceived difference in contents between such versions, the reference version is the Portable Document Format (PDF). In case of dispute, the reference shall be the printing on ETSI printers of the PDF version kept on a specific network drive within ETSI Secretariat.

Users of the present document should be aware that the document may be subject to revision or change of status. Information on the current status of this and other ETSI documents is available at
http://portal.etsi.org/tb/status/status.asp

If you find errors in the present document, please send your comment to one of the following services:
http://portal.etsi.org/chaircor/ETSI_support.asp

***Copyright Notification***

No part may be reproduced except as authorized by written permission.
The copyright and the foregoing restriction extend to reproduction in all media.

© European Telecommunications Standards Institute 2012.
All rights reserved.

**DECT**TM, **PLUGTESTS**TM, **UMTS**TM and the ETSI logo are Trade Marks of ETSI registered for the benefit of its Members.
**3GPP**TM and **LTE**TM are Trade Marks of ETSI registered for the benefit of its Members and
of the 3GPP Organizational Partners.
**GSM**® and the GSM logo are Trade Marks registered and owned by the GSM Association.

# Intellectual Property Rights

IPRs essential or potentially essential to the present document may have been declared to ETSI. The information pertaining to these essential IPRs, if any, is publicly available for **ETSI members and non-members**, and can be found in ETSI SR 000 314: *"Intellectual Property Rights (IPRs); Essential, or potentially Essential, IPRs notified to ETSI in respect of ETSI standards"*, which is available from the ETSI Secretariat. Latest updates are available on the ETSI Web server (http://ipr.etsi.org).

Pursuant to the ETSI IPR Policy, no investigation, including IPR searches, has been carried out by ETSI. No guarantee can be given as to the existence of other IPRs not referenced in ETSI SR 000 314 (or the updates on the ETSI Web server) which are, or may be, or may become, essential to the present document.

# Foreword

This Technical Specification (TS) has been produced by ETSI 3rd Generation Partnership Project (3GPP).

The present document may refer to technical specifications or reports using their 3GPP identities, UMTS identities or GSM identities. These should be interpreted as being references to the corresponding ETSI deliverables.

The cross reference between GSM, UMTS, 3GPP and ETSI identities can be found under http://webapp.etsi.org/key/queryform.asp.

# Contents

Intellectual Property Rights ................................................................................................................................2

Foreword ............................................................................................................................................................2

Foreword ..........................................................................................................................................................10

1      Scope .....................................................................................................................................................11

2      References .............................................................................................................................................11

3      Definitions, symbols and abbreviations ...............................................................................................14
3.1        Definitions ......................................................................................................................................................14
3.2        Symbols ...........................................................................................................................................................14
3.3        Abbreviations ..................................................................................................................................................14

4      Architecture Considerations .................................................................................................................15
4.1        High level architecture ....................................................................................................................................15
4.1.1          Charging related transfer requirements .....................................................................................................16

5      3GPP charging applications requirements ............................................................................................17
5.1        Offline Charging Scenarios .............................................................................................................................17
5.1.1          Basic Principles ..........................................................................................................................................17
5.1.1.1             Event based charging ............................................................................................................................18
5.1.1.2             Session based charging .........................................................................................................................19
5.1.2          Basic Operation ..........................................................................................................................................21
5.2        Online Charging scenarios ..............................................................................................................................22
5.2.1          Basic principles...........................................................................................................................................22
5.2.2          Charging Scenarios .....................................................................................................................................23
5.2.2.1             Immediate Event Charging ...................................................................................................................23
5.2.2.1.1                 Decentralized Unit Determination and Centralized Rating .........................................................24
5.2.2.1.2                 Centralized Unit Determination and Centralized Rating ............................................................25
5.2.2.1.3                 Decentralized Unit Determination and Decentralized Rating .....................................................27
5.2.2.1.4                 Further Options............................................................................................................................28
5.2.2.2             Event Charging with Reservation .........................................................................................................29
5.2.2.2.1                 Decentralized Unit Determination and Centralized Rating .........................................................29
5.2.2.2.2                 Centralized Unit Determination and Centralized Rating ............................................................31
5.2.2.2.3                 Decentralized Unit Determination and Decentralized Rating.....................................................33
5.2.2.3             Session charging with Reservation .......................................................................................................34
5.2.2.3.1                 Decentralized Unit Determination and Centralized Rating .........................................................34
5.2.2.3.2                 Centralized Unit Determination and Centralized Rating ............................................................36
5.2.2.3.3                 Decentralized Unit Determination and Decentralized Rating.....................................................38
5.2.3          Basic Operations .........................................................................................................................................40
5.3        Other requirements ..........................................................................................................................................42
5.3.1          Re-authorization ..........................................................................................................................................42
5.3.2          Threshold based re-authorization triggers...................................................................................................42
5.3.3          Termination action .......................................................................................................................................42
5.3.4          Account Expiration ......................................................................................................................................42

6      3GPP Charging Applications – Protocol Aspects ................................................................................43
6.1        Basic Principles for Diameter Offline Charging .............................................................................................43
6.1.1          Event based charging ...................................................................................................................................44
6.1.2          Session based charging ................................................................................................................................45
6.1.3          Offline charging error cases - Diameter procedures ...................................................................................47
6.1.3.1             CDF Connection Failure .......................................................................................................................47
6.1.3.2             No Reply from CDF ..............................................................................................................................47
6.1.3.3             Duplicate Detection ..............................................................................................................................47
6.1.3.4             CDF Detected Failure ...........................................................................................................................47
6.2        Message Contents for Offline Charging ..........................................................................................................48
6.2.1          Summary of Offline Charging Message Formats ........................................................................................48
6.2.1.1             General ..................................................................................................................................................48

6.2.1.2        Structure for the Accounting Message Formats ........................................................................................48
6.2.2        Accounting-Request Message ..................................................................................................................49
6.2.3        Accounting-Answer Message ..................................................................................................................51
6.3        Basic Principles for Diameter Online charging .............................................................................................53
6.3.1        Online Specific Credit Control Application Requirements ......................................................................53
6.3.2        Diameter Description on the Ro reference point .......................................................................................53
6.3.2.1        Basic Principles ..................................................................................................................................53
6.3.3        Immediate Event Charging (IEC) ............................................................................................................54
6.3.4        Event Charging with Unit Reservation (ECUR) ......................................................................................56
6.3.5        Session Charging with Unit Reservation (SCUR) ...................................................................................58
6.3.6        Error Cases and Scenarios .......................................................................................................................60
6.3.6.1        Duplicate Detection............................................................................................................................60
6.3.6.2        Reserve Units and Debit Units Operation Failure .............................................................................60
6.3.7        Support of Tariff Changes during an Active User Session .......................................................................60
6.3.7.1        Support of Tariff Changes using the Tariff Switch Mechanism ........................................................60
6.3.7.2        Support of Tariff Changes using Validity Time AVP ........................................................................60
6.3.8        Support of Re-authorisation .....................................................................................................................61
6.3.9        Support of Failure Handling ....................................................................................................................61
6.3.10        Support of Failover ..................................................................................................................................61
6.3.11        Credit Pooling ..........................................................................................................................................61
6.4        Message formats for Online Charging ..........................................................................................................62
6.4.1        Summary of Online Charging Message Formats ......................................................................................62
6.4.1.1        General ...............................................................................................................................................62
6.4.1.2        Structure for the Credit Control Message Formats ............................................................................63
6.4.2        Credit-Control-Request Message .............................................................................................................64
6.4.3        Credit-Control-Answer Message .............................................................................................................68
6.4.4        Re-Auth-Request Message .......................................................................................................................71
6.4.5        Re-Auth-Answer Message ........................................................................................................................72
6.4.6.        Capabilities-Exchange-Request Message ................................................................................................72
6.4.7        Capabilities-Exchange-Answer Message .................................................................................................72
6.4.8        Device-Watchdog-Request Message ........................................................................................................72
6.4.9        Device-Watchdog-Answer Message .........................................................................................................72
6.4.10        Disconnect-Peer-Request Message ..........................................................................................................72
6.4.11        Disconnect-Peer-Answer Message ...........................................................................................................72
6.4.12        Abort-Session-Request Message ..............................................................................................................72
6.4.13        Abort-Session -Answer Message ..............................................................................................................72
6.5        Other procedural description of the 3GPP charging applications ..................................................................73
6.5.1        Re-authorization ......................................................................................................................................73
6.5.1.1        Idle timeout ........................................................................................................................................73
6.5.1.2        Change of charging conditions ..........................................................................................................73
6.5.1.3        Reporting quota usage ........................................................................................................................73
6.5.1.4        Quota consumption .............................................................................................................................74
6.5.2        Threshold based re-authorization triggers ...............................................................................................74
6.5.3        Termination action ...................................................................................................................................74
6.5.4        Quota consumption time ..........................................................................................................................74
6.5.5        Service Termination .................................................................................................................................75
6.5.6        Envelope reporting...................................................................................................................................75
6.5.7        Combinational quota ................................................................................................................................75
6.5.8        Online control of offline charging information ........................................................................................76
6.6        Bindings of the operation to protocol application ........................................................................................76
6.6.1        Bindings of Charging Data Transfer to Accounting ................................................................................76
6.6.2        Bindings of Debit / Reserve Units to Credit-Control ..............................................................................77

7        Summary of used Attribute Value Pairs.............................................................................................78
7.1        Diameter AVPs .............................................................................................................................................78
7.1.1        Accounting-Input-Octets .........................................................................................................................79
7.1.2        Accounting-Input-Packets .......................................................................................................................80
7.1.3        Accounting-Output-Octets .......................................................................................................................80
7.1.4        Accounting-Ouput-Packets ......................................................................................................................80
7.1.5        Acct-Application-Id AVP .........................................................................................................................80
7.1.6        Auth-Application-Id AVP .........................................................................................................................80
7.1.7        Called-Station-Id .....................................................................................................................................80

7.1.8       Event-Timestamp AVP ............................................................................................................................80
7.1.9       Multiple-Services-Credit-Control ..........................................................................................................80
7.1.10     Rating-Group AVP ................................................................................................................................81
7.1.11     Result-Code AVP ..................................................................................................................................82
7.1.12     Service-Context-Id AVP .......................................................................................................................83
7.1.13     Service-Identifier AVP ..........................................................................................................................83
7.1.14     Used-Service-Unit AVP ........................................................................................................................83
7.1.15     User-Name AVP ....................................................................................................................................84
7.1.16     Vendor-Id AVP .....................................................................................................................................84
7.2        3GPP specific AVPs .............................................................................................................................84
7.2.1       Access-Network-Information AVP .......................................................................................................89
7.2.2       Account-Expiration AVP ......................................................................................................................89
7.2.3       Accumulated-Cost AVP ........................................................................................................................90
7.2.4       Adaptations AVP ...................................................................................................................................90
7.2.5       Additional-Content-Information AVP ...................................................................................................90
7.2.6       Additional-Type-Information AVP ........................................................................................................90
7.2.7       Address-Data AVP ................................................................................................................................90
7.2.8       Address-Domain AVP ...........................................................................................................................90
7.2.9       Address-Type AVP ...............................................................................................................................91
7.2.10     Addressee-Type AVP ............................................................................................................................91
7.2.11     AF-Correlation-Information AVP ..........................................................................................................91
7.2.12     Alternate-Charged-Party-Address AVP .................................................................................................91
7.2.13     AoC-Cost-Information AVP ..................................................................................................................91
7.2.14     AoC-Format AVP ..................................................................................................................................92
7.2.15     AoC-Information AVP ...........................................................................................................................92
7.2.16     AoC-Request-Type AVP .......................................................................................................................92
7.2.17     AoC-Service AVP .................................................................................................................................92
7.2.18     AoC-Service-Obligatory-Type AVP .....................................................................................................92
7.2.19     AoC-Service-Type AVP ........................................................................................................................93
7.2.20     AoC-Subscription-Information AVP ......................................................................................................93
7.2.21     Applic-ID AVP .....................................................................................................................................93
7.2.22     Application-provided-Called-Party-Address AVP .................................................................................93
7.2.23     Application-Server AVP ........................................................................................................................93
7.2.24     Application-Server-Information AVP .....................................................................................................93
7.2.25     Associated-Party-Address AVP .............................................................................................................94
7.2.26     Associated-URI AVP ............................................................................................................................94
7.2.27     Void ......................................................................................................................................................94
7.2.28     Aux-Applic-Info AVP ...........................................................................................................................94
7.2.29     Base-Time-Interval AVP .......................................................................................................................94
7.2.30     Bearer-Service AVP ..............................................................................................................................94
7.2.31     Called-Asserted-Identity AVP ..............................................................................................................94
7.2.32     Called-Party-Address AVP ....................................................................................................................94
7.2.33     Calling-Party-Address AVP ..................................................................................................................95
7.2.34     Carrier-Select-Routing-Information AVP...............................................................................................95
7.2.35     Cause-Code AVP ..................................................................................................................................95
7.2.36     CG-Address AVP ..................................................................................................................................97
7.2.37     Change-Condition AVP .........................................................................................................................97
7.2.38     Change-Time AVP ................................................................................................................................98
7.2.38A   Charge-Reason-Code  AVP ..................................................................................................................98
7.2.39     Charged-Party AVP ..............................................................................................................................98
7.2.39A   Charging-Characteristics-Selection-Mode AVP ...................................................................................98
7.2.40     Class-Identifier AVP.............................................................................................................................98
7.2.41     Client-Address .......................................................................................................................................99
7.2.42     Content-Class AVP ...............................................................................................................................99
7.2.43     Content-Disposition AVP ......................................................................................................................99
7.2.44     Content-Length AVP .............................................................................................................................99
7.2.45     Content-Size AVP .................................................................................................................................99
7.2.46     Content-Type AVP ................................................................................................................................99
7.2.46A   CSG-Access-Mode AVP ......................................................................................................................99
7.2.46B   CSG-Membership-Indication AVP ......................................................................................................100
7.2.47     Current-Tariff AVP..............................................................................................................................100
7.2.48     CUG-Information .................................................................................................................................100

7.2.49        Data-Coding-Scheme AVP ............................................................................................................100
7.2.50        DCD-Information AVP ..................................................................................................................100
7.2.51        Deferred-Location-Event-Type AVP .............................................................................................100
7.2.52        Delivery-Report-Requested AVP ..................................................................................................100
7.2.53        Destination-Interface AVP ............................................................................................................101
7.2.54        Diagnostics AVP ..........................................................................................................................101
7.2.55        Domain-Name AVP ......................................................................................................................101
7.2.56        DRM-Content AVP .......................................................................................................................101
7.2.57        Dynamic-Address-Flag  AVP ........................................................................................................101
7.2.57A       Dynamic-Address-Flag-Extension  AVP ........................................................................................101
7.2.58        Early-Media-Description AVP .......................................................................................................102
7.2.59        Envelope AVP ..............................................................................................................................102
7.2.60        Envelope-End-Time AVP ..............................................................................................................102
7.2.61        Envelope-Reporting AVP ..............................................................................................................103
7.2.62        Envelope-Start-Time AVP .............................................................................................................103
7.2.63        Event AVP ...................................................................................................................................103
7.2.64        Event-Charging-TimeStamp AVP .................................................................................................103
7.2.65        Event-Type AVP ..........................................................................................................................103
7.2.66        Expires AVP ................................................................................................................................103
7.2.67        File-Repair-Supported AVP ..........................................................................................................104
7.2.68        GGSN-Address AVP .....................................................................................................................104
7.2.69        IM-Information AVP ......................................................................................................................104
7.2.70        Incremental-Cost AVP ..................................................................................................................104
7.2.71        Interface-Id AVP ..........................................................................................................................104
7.2.72        Interface-Port AVP .......................................................................................................................104
7.2.73        Interface-Text AVP .......................................................................................................................104
7.2.74        Interface-Type AVP ......................................................................................................................104
7.2.74A       IMS-Application Reference-Identifier AVP .....................................................................................105
7.2.75        IMS-Charging-Identifier AVP ........................................................................................................105
7.2.76        IMS-Communication-Service-Identifier AVP ..................................................................................105
7.2.77        IMS-Information AVP ....................................................................................................................105
7.2.78        IMSI-Unauthenticated-Flag AVP ...................................................................................................106
7.2.79        Incoming-Trunk-Group-ID AVP ....................................................................................................106
7.2.79A       Initial-IMS-Charging-Identifier AVP .............................................................................................106
7.2.80        Inter-Operator-Identifier AVP ......................................................................................................106
7.2.80A       IP-Realm-Default-Indication  AVP ...............................................................................................106
7.2.81        LCS-APN AVP ..............................................................................................................................106
7.2.82        LCS-Client-Dialed-By-MS AVP ....................................................................................................107
7.2.83        LCS-Client-External-ID AVP .........................................................................................................107
7.2.84        LCS-Client-ID AVP ......................................................................................................................107
7.2.85        LCS-Client-Name AVP .................................................................................................................107
7.2.86        LCS-Client-Type AVP ...................................................................................................................107
7.2.87        LCS-Data-Coding-Scheme AVP ....................................................................................................107
7.2.88        LCS-Format-Indicator AVP ...........................................................................................................108
7.2.89        LCS-Information AVP ....................................................................................................................108
7.2.90        LCS-Name-String AVP ..................................................................................................................108
7.2.91        LCS-Requestor-ID AVP .................................................................................................................108
7.2.92        LCS-Requestor-ID-String AVP ......................................................................................................108
7.2.92A       Local-GW-Inserted-Indication AVP ...............................................................................................108
7.2.93        Local-Sequence-Number AVP .......................................................................................................109
7.2.94        Location-Estimate AVP .................................................................................................................109
7.2.95        Location-Estimate-Type AVP ........................................................................................................109
7.2.96        Location-Type AVP .......................................................................................................................109
7.2.97        Low-Balance-Indication AVP .........................................................................................................109
7.2.97A       Low-Priority-Indicator AVP ..........................................................................................................109
7.2.98        MBMS GW-Address AVP ..............................................................................................................109
7.2.99        MBMS-Information AVP ...............................................................................................................110
7.2.100       MBMS-User-Service-Type AVP ....................................................................................................110
7.2.101       Media-Initiator-Flag AVP .............................................................................................................110
7.2.102       Media-Initiator-Party AVP ............................................................................................................110
7.2.103       Message-Body AVP ......................................................................................................................110
7.2.104       Message-Class AVP ......................................................................................................................111

7.2.105      Message-ID AVP .......................................................................................................................111
7.2.106      Message-Size AVP ...................................................................................................................111
7.2.107      Message-Type AVP ..................................................................................................................111
7.2.108      MM-Content-Type AVP ...........................................................................................................112
7.2.109      MMBox-Storage-Requested AVP .............................................................................................112
7.2.110      MMS-Information AVP .............................................................................................................112
7.2.111      MMTel-Information AVP ..........................................................................................................112
7.2.111A     MMTel-SService-Type AVP .....................................................................................................113
7.2.112      Next-Tariff AVP .......................................................................................................................113
7.2.113      Node-Functionality AVP ...........................................................................................................114
7.2.114      Node-Id AVP ............................................................................................................................114
7.2.115      Number-Of-Diversions AVP .....................................................................................................114
7.2.116      Number-Of-Messages-Sent AVP ..............................................................................................114
7.2.117      Number-Of-Participants AVP ....................................................................................................114
7.2.118      Number-Of-Received-Talk-Bursts AVP .....................................................................................114
7.2.119      Number-Of-Talk-Bursts AVP ...................................................................................................114
7.2.120      Number-Portability-Routing-Information AVP ...........................................................................115
7.2.121      Offline-Charging AVP ..............................................................................................................115
7.2.122      Online-Charging-Flag AVP .......................................................................................................115
7.2.123      Originating-IOI AVP .................................................................................................................115
7.2.124      Originator AVP .........................................................................................................................116
7.2.125      Originator-Address AVP ...........................................................................................................116
7.2.126      Originator-Interface AVP ..........................................................................................................116
7.2.127      Originator-Received-Address AVP .............................................................................................116
7.2.128      Originator-SCCP-Address .........................................................................................................117
7.2.128A     Outgoing-Session-Id AVP .........................................................................................................117
7.2.129      Outgoing-Trunk-Group-ID AVP ...............................................................................................117
7.2.130      Participants-Involved AVP ........................................................................................................117
7.2.131      Participant-Group AVP .............................................................................................................117
7.2.132      Participant-Access-Priority AVP ...............................................................................................117
7.2.133      Participant-Action-Type AVP ...................................................................................................117
7.2.134      PDG-Address AVP ...................................................................................................................118
7.2.135      PDG-Charging-Id AVP .............................................................................................................118
7.2.136      PDN-Connection-Charging-ID AVP ..........................................................................................118
7.2.137      PDP-Address AVP ....................................................................................................................118
7.2.137a     PDP-Address-Prefix-Length AVP ..............................................................................................118
7.2.138      PDP-Context-Type AVP ...........................................................................................................118
7.2.139      PoC-Change-Condition AVP .....................................................................................................118
7.2.140      PoC-Change-Time AVP ............................................................................................................119
7.2.141      PoC-Controlling-Address AVP ..................................................................................................119
7.2.142      PoC-Event-Type AVP ...............................................................................................................119
7.2.143      PoC-Group-Name AVP .............................................................................................................119
7.2.144      PoC-Information AVP ...............................................................................................................119
7.2.145      PoC-Server-Role AVP ..............................................................................................................120
7.2.146      PoC-Session-Id AVP .................................................................................................................120
7.2.147      PoC-Session-Initiation-Type AVP .............................................................................................120
7.2.148      PoC-Session-Type AVP ............................................................................................................120
7.2.149      PoC-User-Role AVP .................................................................................................................120
7.2.150      PoC-User-Role-IDs AVP ..........................................................................................................120
7.2.151      PoC-User-Role-info-Units AVP ................................................................................................121
7.2.152      Positioning-Data AVP ..............................................................................................................121
7.2.153      Preferred-AoC-Currency AVP ..................................................................................................121
7.2.154      Priority AVP .............................................................................................................................121
7.2.155      PS-Append-Free-Format-Data AVP ...........................................................................................121
7.2.156      PS-Free-Format-Data AVP ........................................................................................................121
7.2.157      PS-Furnish-Charging-Information AVP ......................................................................................122
7.2.158      PS-Information AVP ..................................................................................................................122
7.2.159      Quota-Consumption-Time AVP .................................................................................................123
7.2.160      Quota-Holding-Time AVP .........................................................................................................123
7.2.161      Rate-Element AVP ....................................................................................................................123
7.2.162      Read-Reply-Report-Requested AVP ..........................................................................................123
7.2.163      Void .........................................................................................................................................124

7.2.164        Real-Time-Tariff-Information AVP ............................................................................................................124
7.2.165        Received-Talk-Burst-Time AVP ...............................................................................................................124
7.2.166        Received-Talk-Burst-Volume AVP ..........................................................................................................124
7.2.167        Recipient-Address AVP .............................................................................................................................124
7.2.168        Recipient-Info AVP ...................................................................................................................................124
7.2.169        Recipient-Received-Address AVP .............................................................................................................125
7.2.170        Recipient-SCCP-Address ...........................................................................................................................125
7.2.171        Refund-Information AVP ...........................................................................................................................125
7.2.172        Remaining-Balance AVP ...........................................................................................................................125
7.2.173        Reply-Applic-ID AVP ...............................................................................................................................125
7.2.174        Reply-Path-Requested AVP .......................................................................................................................125
7.2.175        Reporting-Reason AVP ..............................................................................................................................125
7.2.176        Requested-Party-Address AVP ..................................................................................................................127
7.2.177        Role-Of-Node AVP ...................................................................................................................................127
7.2.178        Scale-Factor AVP ......................................................................................................................................127
7.2.179        SDP-Answer-Timestamp AVP ..................................................................................................................127
7.2.180        SDP-Media-Component AVP .....................................................................................................................127
7.2.181        SDP-Media-Description AVP .....................................................................................................................128
7.2.182        SDP-Media-Name AVP .............................................................................................................................128
7.2.183        SDP-Offer-Timestamp AVP ......................................................................................................................128
7.2.184        SDP-Session-Description AVP ..................................................................................................................128
7.2.185        SDP-TimeStamps AVP ..............................................................................................................................128
7.2.186        SDP-Type AVP ..........................................................................................................................................128
7.2.187        Served-Party-IP-Address AVP ..................................................................................................................128
7.2.188        Void ............................................................................................................................................................129
7.2.189        Service-Data-Container AVP. ....................................................................................................................129
7.2.190        Service-ID AVP .........................................................................................................................................129
7.2.191        Service-Generic-Information AVP .............................................................................................................129
7.2.192        Service-Information AVP ...........................................................................................................................129
7.2.193        Service-Mode AVP ....................................................................................................................................130
7.2.194        Service-Specific-Data AVP .......................................................................................................................131
7.2.195        Service-Specific-Info AVP ........................................................................................................................131
7.2.196        Service-Specific-Type AVP .......................................................................................................................131
7.2.197        Void ............................................................................................................................................................131
7.2.198        Serving-Node-Type AVP ...........................................................................................................................131
7.2.199        SGSN-Address AVP ...................................................................................................................................131
7.2.199A       SGW-Address AVP ....................................................................................................................................131
7.2.200        SGW-Change AVP .....................................................................................................................................131
7.2.201        SIP-Method AVP ........................................................................................................................................132
7.2.202        SIP-Request-Timestamp AVP ...................................................................................................................132
7.2.203        SIP-Request-Timestamp-Fraction AVP .....................................................................................................132
7.2.204        SIP-Response-Timestamp AVP. .................................................................................................................132
7.2.205        SIP-Response-Timestamp-Fraction AVP ...................................................................................................132
7.2.206        SM-Discharge-Time AVP ..........................................................................................................................132
7.2.207        SM-Message-Type AVP. ............................................................................................................................132
7.2.208        SM-Protocol-Id AVP .................................................................................................................................132
7.2.209        SM-Status AVP ..........................................................................................................................................132
7.2.210        SM-User-Data-Header AVP .......................................................................................................................133
7.2.211        SMS-Information AVP ...............................................................................................................................133
7.2.212        SMS-Node AVP .........................................................................................................................................133
7.2.213        SM-Service-Type AVP ..............................................................................................................................133
7.2.214        SMSC-Address AVP ..................................................................................................................................134
7.2.215        Start-Time AVP ..........................................................................................................................................134
7.2.216        Stop-Time AVP ..........................................................................................................................................134
7.2.217        Submission-Time AVP ...............................................................................................................................134
7.2.218        Subscriber-Role AVP .................................................................................................................................134
7.2.219        Supplementary-Service AVP ......................................................................................................................134
7.2.220        Talk-Burst-Exchange AVP .........................................................................................................................135
7.2.221        Talk-Burst-Time AVP ................................................................................................................................135
7.2.222        Talk-Burst-Volume AVP ...........................................................................................................................135
7.2.223        Tariff-Information AVP ..............................................................................................................................135
7.2.224        Tariff-XML AVP ........................................................................................................................................135

7.2.225      Terminating-IOI AVP ....................................................................................................................135
7.2.226      Time-First-Usage AVP ..................................................................................................................136
7.2.227      Time-Last-Usage AVP ...................................................................................................................136
7.2.228      Time-Quota-Mechanism .................................................................................................................136
7.2.229      Time-Quota-Threshold AVP ..........................................................................................................136
7.2.230      Time-Quota-Type AVP ..................................................................................................................136
7.2.231      Time-Stamps AVP ..........................................................................................................................137
7.2.232      Time-Usage  AVP ...........................................................................................................................137
7.2.233      Traffic-Data-Volumes AVP ...........................................................................................................137
7.2.233A     Transcoder-Inserted-Indication AVP ............................................................................................137
7.2.234      Token-Text AVP .............................................................................................................................137
7.2.235      Trigger AVP ...................................................................................................................................138
7.2.236      Trigger-Type AVP ..........................................................................................................................138
7.2.237      Trunk-Group-ID AVP .....................................................................................................................141
7.2.238      Type-Number AVP .........................................................................................................................141
7.2.239      Unit-Cost AVP ...............................................................................................................................141
7.2.240      Unit-Quota-Threshold AVP ...........................................................................................................141
7.2.240A     User-CSG-Information AVP ...........................................................................................................142
7.2.241      User-Participating-Type AVP ........................................................................................................142
7.2.242      User-Session-Id AVP .....................................................................................................................142
7.2.243      Volume-Quota-Threshold AVP ......................................................................................................142
7.2.244      WAG-Address AVP ........................................................................................................................142
7.2.245      WAG-PLMN-Id AVP .....................................................................................................................142
7.2.246      WLAN-Information AVP ................................................................................................................143
7.2.247      WLAN-Radio-Container AVP ........................................................................................................143
7.2.248      WLAN-Session-Id AVP .................................................................................................................143
7.2.249      WLAN-Technology AVP ...............................................................................................................143
7.2.250      WLAN-UE-Local-IPAddress AVP ................................................................................................143
7.3          3GPP2 Accesses specific AVPs .....................................................................................................144

**Annex A (informative):        Bibliography** ..............................................................................................**145**

**Annex B (informative):        Change history** ..........................................................................................**147**

History ............................................................................................................................................................150

# Foreword

This Technical Specification has been produced by the 3rd Generation Partnership Project (3GPP).

The contents of the present document are subject to continuing work within the TSG and may change following formal TSG approval. Should the TSG modify the contents of the present document, it will be re-released by the TSG with an identifying change of release date and an increase in version number as follows:

Version x.y.z

where:

x   the first digit:

1   presented to TSG for information;

2   presented to TSG for approval;

3   or greater indicates TSG approved document under change control.

y   the second digit is incremented for all changes of substance, i.e. technical enhancements, corrections, updates, etc.

z   the third digit is incremented when editorial only changes have been incorporated in the document.

# 1        Scope

The present document is part of a series of documents that specify charging functionality and charging management in GSM/UMTS networks. The GSM/UMTS core network-charging architecture and principles are specified in TS 32.240 [1], which provides an umbrella for other charging management documents that specify.

- The content of the CDRs' per domain and subsystem (offline charging);

- The content of real-time charging messages per domain / subsystem (online charging);

- The functionality of online and offline charging for those domains and subsystems;

- The interfaces that are used in the charging framework to transfer the charging information (i.e. CDRs or charging events).

The complete document structure for these TSs is defined in TS 32.240 [1].

The present document specifies in detail the Diameter based offline and online charging applications for 3GPP networks. It includes all charging parameters, scenarios and message flows..

All terms, definitions and, abbreviations used in the present document, that are common across 3GPP TSs, are defined in TR 21.905 [100]. Those that are common across charging management in GSM/UMTS domains, services or subsystems are provided in the umbrella document TS 32.240 [1] and are copied into clause 3 of the present document for ease of reading. Finally, those items that are specific to the present document are defined exclusively in the present document.

Furthermore, requirements that govern the charging work are specified in TS 22.115 [101].

# 2        References

The following documents contain provisions which, through reference in this text, constitute provisions of the present document.

- References are either specific (identified by date of publication, edition number, version number, etc.) or non-specific.

- For a specific reference, subsequent revisions do not apply.

- For a non-specific reference, the latest version applies.  In the case of a reference to a 3GPP document (including a GSM document), a non-specific reference implicitly refers to the latest version of that document *in the same Release as the present document*.

| [1] | 3GPP TS 32.240: "Telecommunication management; Charging management; Charging Architecture and Principles". |
|---|---|
| [2]-[99] | Void. |
| [100] | 3GPP TR 21.905: "Vocabulary for 3GPP Specifications" |
| [101] | 3GPP TS 22.115: "Service aspects; Charging and billing". |
| [102]-[199] | Void. |
| [200] | 3GPP TS 23.207: "End to end quality of service concept and architecture". |
| [201] | 3GPP TS 23.228: "IP Multimedia Subsystem (IMS); Stage 2". |
| [202] | 3GPP TS 24.229: "IP Multimedia Call Control Protocol based on SIP and SDP; Stage 3." |
| [203] | 3GPP TS 29.207: "Policy control over Go interface". |
| [204] | 3GPP TS 29.229: "Cx and Dx Interfaces based on the Diameter protocol; Protocol Details". |

[205]     Void.

[206]     3GPP TS 29.230: "3GPP specific codes and identifiers".

[207]     3GPP TS 29.061: "Interworking between the Public Land Mobile Network (PLMN) supporting packet based services and Packet Data Networks (PDN)".

[208]     3GPP TS 23.140: " Multimedia Messaging Service (MMS); Functional description; Stage 2".

[209]     OMA "Multimedia Messaging Service; Encapsulation Protocol".

[210]     OMNA WSP Content Type Numbers
          http://www.openmobilealliance.org/tech/omna/omna-wsp-content-type.aspx

[211]     OMA-CP-POC: "OMA PoC Control Plane"

[212]     3GPP 29.234: "3GPP system to Wireless Local Area Network (WLAN) interworking; Stage 3".

[213]     3GPP TS 29.140: "MM10 interface based on Diameter protocol; Stage 3".

[214]     3GPP TS 29.214: "Policy and Charging Control over Rx reference point; Stage 3".

[215]     3GPP TS 29.212: "Policy and Charging Control over Gx reference point".

[216]     3GPP TS 23.040: "Technical realization of Short Message Service (SMS)".

[217]     3GPP TS 22.142: "Value Added Services (VAS) for Short Message Service (SMS) requirements".

[218]     3GPP TS 23.203: "Policy and Charging control architecture".

[219]     3GPP TS 29.272: " Mobility Management Entity (MME) and Serving GPRS Support Node (SGSN) related interfaces based on Diameter protocol".

[220]     3GPP TS 24.605: "Conference (CONF) using IP Multimedia (IM) Core Network (CN) subsystem; Protocol specification".

[221]     3GPP TS 29.329: "Sh Interface based on the Diameter protocol;Protocol details".

[222]     3GPP TS 29.658: "SIP Transfer of IP Multimedia Service Tariff Information".

[223]     OMA-DDS-Charging_Data: "Charging Data".

[224]     3GPP TS 23.003: "Numbering, Addressing and Identification".

[225]     3GPP TS 29.060: "General Packet Radio Service (GPRS); GPRS Tunnelling Protocol (GTP) across the Gn and Gp interface".

[226]     3GPP TS 29.274: "Evolved GPRS Tunnelling Protocol for Control Plane (GTPv2-C); Stage 3".

[227]     3GPP TS 23.032: "Universal Geographical Area Description (GAD)".

[228] - [400]   Void.

[401]     IETF RFC 3588: "Diameter Base Protocol".

[402]     IETF RFC 4006: "Diameter Credit Control Application"

[403]     IETF RFC 5580: "Carrying Location Objects in RADIUS"

[404]     IETF RFC 3455 , "Private Extensions to the Session Initiation Protocol (SIP) for the 3rd Generation Partnership Projects (3GPP)".

[405]     IETF RFC 3261: "SIP: Session Initiation Protocol".

[406]     IETF RFC 4566: "SDP: Session Description Protocol".

          [407]   IETF RFC 4005: "Diameter Network Access Server Application".

[408]            IETF RFC 3264: An Offer/Answer Model with the Session Description Protocol (SDP).

NOTE:    The above reference will need to be updated to reference the assigned RFC number, once the draft
         achieves RFC status within the IETF.

# 3 Definitions, symbols and abbreviations

## 3.1 Definitions

For the purposes of the present document, the following terms and definitions apply:

**middle tier (charging) TS:** term used for the 3GPP charging TSs that specify the domain / subsystem / service specific, online and offline, charging functionality. These are all the TSs in the numbering range from 3GPP TS 32.250 to 3GPP TS 32.279, e.g. 3GPP TS 32.250 [10] for the CS domain, or 3GPP TS 32.270 [30] for the MMS service. Currently, there is only one "tier 1" TS in 3GPP, which is the TS 32.240 that specifies the charging architecture and principles. Finally, there are a number of top tier TSs in the 32.29x numbering range ([50] ff) that specify common charging aspects such as parameter definitions, encoding rules, the common billing domain interface or common charging applications.

**offline charging:** charging mechanism where charging information **does not** affect, in real-time, the service rendered

**online charging:** charging mechanism where charging information can affect, in real-time, the service rendered and therefore a direct interaction of the charging mechanism with session/service control is required

## 3.2 Symbols

For the purposes of the present document, the following symbols apply:

| | |
|---|---|
| Rf | Offline Charging Reference Point between a 3G network element and the CDF. |
| Ro | Online Charging Reference Point between a 3G network element and the OCS. |

## 3.3 Abbreviations

For the purposes of the present document, the following abbreviations apply:

| | |
|---|---|
| ACA | ACcounting Answer |
| ACR | ACcounting Request |
| AoC | Advice of Charge |
| AS | Application Server |
| ASA | Abort Session Answer |
| ASR | Abort Session Request |
| AVP | Attribute Value Pair |
| CCA | Credit Control Answer |
| CCR | Credit Control Request |
| CDF | Charging Data Function |
| CDR | Charging Data Record |
| CEA | Capabilities Exchange Answer |
| CER | Capabilities Exchange Request |
| CGI | Cell Global Identification |
| CI | Cost-Information |
| CSG | Closed Subscriber Group |
| CSG ID | Closed Subscriber Group Identity |
| DBPA | Diameter Base Protocol Accounting |
| DCD | Dynamic Content Delivery |
| DPA | Disconnect Peer Answer |
| DPR | Disconnect Peer Request |
| DRM | Digital Rights Management |
| DWA | Device Watchdog Answer |
| DWR | Device Watchdog Request |
| ECGI | E-UTRAN Cell Global Identifier |
| ECUR | Event Charging with Unit Reservation |
| FQDN | Fully Qualified Domain Name |
| FUI | Final-Unit-Indication |

| | | |
|---|---|---|
| HSGW | HRPD Serving GateWay | |
| GSU | Granted-Service-Unit | |
| IEC | Immediate Event Charging | |
| IM | Instant Messaging | |
| IMS | IP Multimedia Subsystem | |
| IMS-AGW | IMS Access Media GatewayMSCC | Multiple Services Credit Control |
| OCS | Online Charging System | |
| RAA | Re-Auth Answer | |
| RAI | Routeing Area Identity | |
| RAR | Re-Auth Request | |
| SAI | Service Area Identifier | |
| SCCP | Signalling Connection Control Part | |
| SDP | Session Description Protocol | |
| TAI | Tracking Area Identity | |
| TrGW | Transition GateWay | |

# 4      Architecture Considerations

## 4.1      High level architecture

The Rf and the Ro are reference points from the Charging Trigger Function (CTF) to the Charging Data Function (CDF) and the Online Charging Function (OCF) respectively, and are intended for the transport of charging events. Rf is used for offline charging whereas Ro is used for online charging. The following figures depict the position of the Rf and Ro reference points within the overall 3GPP online and offline charging architecture.



**CTF:**     **C**harging **T**rigger **F**unction
**CDF:**     **C**harging **D**ata **F**unction
**CGF:**     **C**harging **G**ateway **F**unction
**BD:**      **B**illing **D**omain. This may also be a billing mediation device / post-processing system.

**Figure 4.1.1: Logical ubiquitous offline charging architecture**



**CTF:**     **C**harging **T**rigger **F**unction
**OCF:**     **O**nline **C**harging **F**unction
**CGF:**     **C**harging **G**ateway **F**unction
**BD:**      **B**illing **D**omain. This may also be a billing mediation device / post-processing system.

**Figure 4.1.2: Logical ubiquitous online charging architecture**

Different mappings of the ubiquitous offline charging functions, CTF, CDF and CGF, onto physical implementations are possible. Further details of the configuration refer toTS 32.240 [1]. Details of the implementation options per domain / subsystem / service (usually a subset of the overall possible variants described above) are specified in the respective middle tier TS.

## 4.1.1    Charging related transfer requirements

Each CTF would have CDF and OCF address list to which it can send its charging events and/or charging requests. The list will be organized in address priority order. If the primary charging function is not available (e.g., out of service) then the CTF shall send the charging information to the secondary charging function and so on.

Within the scope of this release, each network element that generates charging information will send the information only to the charging entities of the same PLMN, and not to charging entities in other PLMNs.

Each CDF in the PLMN may know of other CDFs' network addresses (e.g., for redundancy reasons, to be able to recommend another CDF address with the Redirection Request message). This is achieved by OAM&P configuration facilities that will enable each CDF to have a configurable list of peer CDF addresses.

# 5        3GPP charging applications requirements

## 5.1        Offline Charging Scenarios

### 5.1.1        Basic Principles

Offline charging for both events and sessions between CTF and the CDF is performed using the Rf reference point as defined in TS 32.240[1].

Two basic scenarios are used:

- Event based Charging;

- Session based Charging.

## 5.1.1.1        Event based charging

In the following scenario, CTF asks the CDF to store event related charging data.



**Figure 5.1.1.1: Event Based Charging**

1. **Request for resource usage:** UE-A requests the desired resource from the network element.
2. **Content/Service Delivery:** the network element delivers the content/service.
3. **Charging Data Generation:** the CTF generates charging data related to service delivery
4. **Record Charging Data Request:** the CTF requests the CDF to store event related charging data for CDR generation purposes.
5. **Process Request:** CDF stores received information. Whether the CDR is generated or not depends on CDR generation configuration.
6. **Record Charging Data Response:** the CDF informs the CTF that charging data was stored.

### 5.1.1.2      Session based charging

In the following scenario, CTF asks the CDF to store session related charging data.



**Figure 5.1.1.2: Session based charging**

1.  **Request for resource usage:** UE-A requests the desired session from the network element.
2.  **Session ongoing:** the network element establish the session
3.  **Charging Data Generation:** the CTF generates charging data related to session.
4.  **Record Charging Data Request:** the CTF requests the CDF to store session related charging data for CDR generation purposes.
5.  **Process Request:** CDF stores received information. Whether the CDR is generated or not depends on CDR generation configuration.
6.  **Record Charging Data Response:** the CDF informs the CTF that charging data was stored
7.  **Charging Data Generation:** the CTF generates charging data related to session due of e.g. intermediate timer expiry

8.  **Record Charging Data Request:** the CTF requests the CDF to store session related charging data for CDR generation purposes.

9.  **Process Request:** CDF stores received information. Whether the CDR is generated or not depends on CDR generation configuration.

10. **Record Charging Data Response:** the CDF informs the CTF that charging data was stored

11. **Session release:** the session is released

12. **Charging Data Generation:** the CTF generates charging data related to session due of session termination.

13. **Record Charging Data Request:** the CTF requests the CDF to store session related charging data for CDR generation purposes.

14. **Process Request:** CDF stores received information. Whether the CDR is generated or not depends on CDR generation configuration.

15. **Record Charging Data Response:** the CDF informs the CTF that charging data was stored.

## 5.1.2      Basic Operation

Event and session based Charging are performed by the use of the "*Charging Data Transfer*" operation:

- "*Charging Data Request*"; sent from CTF → CDF
  After detecting a chargeable event, the CTF sends a Charging Data Request to the CDF.

- "*Charging Data Response*"; sent from CDF → CTF
  The CDF replies with a Charging Data Response, which informs the CTF that charging data was received.

Table 5.1.2.1 and table 5.1.2.2 describe the content of these operations.

**Table 5.1.2.1: Charging Data Request Content**

| Charging Data Request | Category | Description |
|---|---|---|
| Session Identifier | M | This field identifies the operation session. |
| Originator Host | M | This field contains the identification of the source point of the operation and the realm of the operation originator. |
| Originator Domain | M | This field contains the realm of the operation originator. |
| Destination Domain | M | This field contains the realm of the operation destination. |
| Operation Type | M | This field defines the transfer type: event for event based charging and start, interim, stop for session based charging. |
| Operation Number | M | This field contains the sequence number of the transferred messages. |
| Operation Identifier | $O_M$ | The field corresponds to the unique operation identification. |
| User Name | $O_C$ | The field contains the identification of the service user. |
| Operation Interval | $O_C$ | |
| Origination State | $O_C$ | |
| Origination Timestamp | $O_C$ | This field contains the time when the operation is requested. |
| Proxy Information | $O_C$ | This field contains the parameter of the proxy. |
| Route Information | $O_C$ | This field contains the parameter of the route. |
| Operation Token | $O_M$ | This field identifies the domain, subsystem or service and release. |
| Service information | $O_M$ | This parameter holds the individual service specific parameters as defined in the corresponding 'middle tier' TS. |

**Table 5.1.2.2: Charging Data Response Content**

| Charging Data Response | Category | Description |
|---|---|---|
| Session Identifier | M | This field identifies the operation session. |
| Operation Result | M | This field identifies the result of the operation. |
| Originator Host | M | This field contains the identification of the source point of the operation and the realm of the operation originator. |
| Originator Domain | M | This field contains the realm of the operation originator. |
| Operation Type | M | This field defines the transfer type: event for event based charging and start, interim, stop for session based charging. |
| Operation Number | M | This field contains the sequence number of the transferred messages. |
| Operation Identifier | $O_M$ | The field corresponds to the unique operation identification. |
| Operation Interval | $O_C$ | |
| Error Reporting Host | $O_C$ | If proxies exist between the accounting client and the accounting server this field contains the identity of the proxy that sent a response other than 2001 (Success). |
| Origination State | $O_C$ | |
| Origination Timestamp | $O_C$ | This field contains the time when the operation is requested. |
| Proxy Information | $O_C$ | This field contains the parameter of the proxy. |

## 5.2      Online Charging scenarios

Online charging for both events and sessions between CTF and the OCF is performed using the Ro reference point. The Ro reference point supports integrity protection and authentication for the case that the CTF is outside the operator domain.

### 5.2.1      Basic principles

There are two sub-functions for online charging that affect online charging principles and require a more detailed description: rating and unit determination. Both rating and unit determination can be implemented centralized, i.e. on the OCF, or decentralized, that is, on the CTF.

Unit determination refers to the calculation of the number of non-monetary units (service units, data volume, time and events) that shall be assigned prior to starting service delivery.

- With Centralized Unit Determination, the OCF determines the number of non-monetary units that a certain service user can consume based on a service identifier received from the CTF.

- With the Decentralized Unit Determination approach, the CTF determines itself how many units are required to start service delivery, and requests these units from the OCF.

After checking the service user's account balance, the OCF returns the number of granted units to the CTF. The CTF is then responsible for the supervision of service delivery. Particularly, the CTF shall limit service delivery to the corresponding number of granted units.

Rating refers to the calculation of a price out of the non-monetary units calculated by the unit determination function.

- With the Centralized Rating approach, the CTF and the OCF exchange information about non-monetary units. The OCF translates these units into monetary units.

- With the Decentralized Rating approach, the corresponding rating control is performed within the CTF. Consequently, CTF and OCF exchange information about monetary units.

Three cases for online charging can be distinguished: immediate event charging (IEC), event charging with unit reservation (ECUR) and session charging with unit reservation (SCUR). These cases are further described in TS 32.240 [1].

## 5.2.2      Charging Scenarios

In order to perform event charging via Ro, the scenarios between the involved entities UE-A, OCF and CTF need to be defined. The charging flows shown in this subclause include scenarios with immediate event charging and event charging with reservation. In particular, the following cases are shown:

1   Immediate Event Charging
   a)   Decentralized Unit Determination and Centralized Rating
   b)   Centralized Unit Determination and Centralized Rating
   c)   Decentralized Unit Determination and Decentralized Rating

2   Event charging with Reservation
   a)   Decentralized Unit Determination and Centralized Rating
   b)   Centralized Unit Determination and Centralized Rating
   c)   Decentralized Unit Determination and Decentralized Rating

3   Session charging with Reservation
   a)   Decentralized Unit Determination and Centralized Rating
   b)   Centralized Unit Determination and Centralized Rating
   c)   Decentralized Unit Determination and Decentralized Rating

The combination of Centralized Unit Determination with Decentralized Rating is not possible.

## 5.2.2.1        Immediate Event Charging

#### 5.2.2.1.1     Decentralized Unit Determination and Centralized Rating

In the following scenario, CTF asks the OCF to assign a defined number of units.



**Figure 5.2.2.1.1: Immediate Event Charging with Centralized Rating and Decentralized Unit Determination**

1. **Request for resource usage:** UE-A requests the desired resource from the network element.

2. **Units Determination:** depending on the requested service the CTF determines the number of units accordingly.

3. **Debit Units Request:** the CTF requests the OCF to assign the defined number of units.

4. **Rating Control:** assisted by the rating entity the OCF calculates the number of monetary units that represents the price for the number of units determined in item 2.

5. **Account Control:** provided that the user's credit balance is sufficient, the OCF triggers the deduction of the calculated amount from the subscriber's account.

6. **Debit Units Response:** the OCF informs the CTF of the number of granted units.

7. **Content/Service Delivery:** the CTF delivers the content/service at once, in fractions or in individually chargeable items, corresponding to the number of granted units.

8. **Credit Unit Control (cont.):** this function block is optional and a replication of items 2 to 6.

9. **Content/Service Delivery (cont.):** the continuation of content delivery occurs in correspondence with the occurrence of item 8.

10. **Session released:** Session is released.

### 5.2.2.1.2        Centralized Unit Determination and Centralized Rating

In the following scenario, CTF asks the OCF to assign units based on the service identifier specified by the CTF.



**Figure 5.2.2.1.2: Immediate Event Charging with Centralized Rating and Centralized Unit Determination**

1.  **Request for resource usage:** The UE-A requests the desired resource or content from the network element.

2.  **Debit Units Request:** depending on the service requested by the UE-A, the CTF selects the service identifier and forwards the Debit Units Request to the OCF.

3.  **Units Determination:** the OCF determines the number of non-monetary units needed for the content/service delivery, based on the received service key.

4.  **Rating Control:** assisted by the rating entity the OCF calculates the number of monetary units that represent the price for the number of units determined in item 3.

5.  **Account Control:** provided that the user's credit balance is sufficient, the OCF triggers the deduction of the calculated amount from the subscriber's account.

6.  **Debit Units Response:** the OCF informs the CTF of the number of granted units. This includes the case where the number of units granted indicates the permission to render the service that was identified by the received service key.

7.  **Content/Service Delivery:** the CTF delivers the content/service at once, in fractions or in individually chargeable items, corresponding to the number of granted units.

8.  **Credit Service Control (cont.):** this function block is optional and a replication of items 2 to 6.

9.  **Content/Service Delivery (cont.):** the continuation of content delivery occurs in correspondence with the occurrence of item 8.

10. **Session released:** the session is released.

#### 5.2.2.1.3 Decentralized Unit Determination and Decentralized Rating

In the following scenario, the CTF asks the OCF to assure the deduction of an amount of the specified number of monetary units from the subscriber's account.



**Figure 5.2.2.1.3: Immediate Event Charging with Decentralized Rating and Decentralized Unit Determination**

1. **Request for resource usage:** The UE-A requests the desired content from the network element.
2. **Units Determination:** depending on the service requested by the UE-A, the CTF determines the number of units accordingly.
3. **Rating Control:** the CTF calculates the number of monetary units that represent the price for the number of units determined in item 2.
4. **Debit Units Request:** the CTF requests the OCF to assure the deduction of an amount corresponding to the calculated number of monetary units from the subscriber's account.
5. **Account Control:** provided that the user's credit balance is sufficient, the OCF triggers the deduction of the calculated amount from the subscriber's account.
6. **Debit Units Response:** the OCF indicates to the CTF the number of deducted monetary units.
7. **Content/Service Delivery:** the CTF delivers the content/service at once, in fractions or in individually chargeable items, corresponding to the number of units as specified in items 2 and 3.
8. **Credit Amount Control (cont.):** this function block is optional and a replication of items 2 to 6.
9. **Content/Service Delivery (cont.):** the continuation of content delivery occurs in correspondence with the occurrence of item 8.
10. **Session released:** the session is released.

### 5.2.2.1.4　　　　Further Options

In addition to the flows that are specified in the previous subclauses, the Debit Unit operation may alternatively be carried out concurrently with service delivery, or after completion of service delivery.

## 5.2.2.2        Event Charging with Reservation

### 5.2.2.2.1          Decentralized Unit Determination and Centralized Rating

In the following scenario, the CTF requests the reservation of units prior to service delivery. An account debit operation is carried out following the conclusion of service delivery.



**Figure 5.2.2.2.1: Event Charging with Reservation / Decentralized Unit Determination and Centralized Rating**

1.  **Request for resource usage:** The UE-A requests the desired content/service from the NE.
2.  **Units Determination:** depending on the requested service the CTF determines the number of units accordingly.
3.  **Reserve Units Request:** the CTF requests the OCF to reserve the number of units determined in item 2.
4.  **Rating Control:** assisted by the rating entity the OCF calculates the number of monetary units that represents the price for the number of units determined in item 2.
5.  **Account Control:** the OCF checks whether the user's account balance is sufficient for the requested reservation.
6.  **Reservation Control:** if the user's account balance is sufficient then the corresponding reservation is made.

7.  **Reserve Units Response:** the OCF informs the CTF of the reserved number of units.

8.  **Reserved Units Supervision:** simultaneously with the service delivery, the CTF monitors the consumption of the reserved units.

9.  **Content/Service Delivery:** the CTF delivers the content/service at once, in fractions or in individually chargeable items, corresponding to the reserved number of units.

10. **Debit Units Request:** the CTF requests the OCF to assure the deduction of an amount corresponding to the consumed number of units from the subscriber's account. In the case that no further units are required for this service, an appropriate indication triggering the release of the remaining reservation is given.

11. **Rating Control:** assisted by the rating entity the OCF calculates the number of monetary units to deduct from the subscriber's account.

12. **Account Control:** the OCF triggers the deduction of the calculated amount from the subscriber's account.

13. **Debit Units Response:** the OCF informs the CTF of the actually deducted units.

14. **Session Release:** the session is released.

#### 5.2.2.2.2          Centralized Unit Determination and Centralized Rating

In the following scenario, the CTF requests the OCF to reserve units based on the service identifier specified by the CTF. An account debit operation is carried out following the conclusion of service delivery.



**Figure 5.2.2.2.2: Event Charging with Reservation / Centralized Unit Determination and Centralized Rating**

1. **Request for resource usage:** The UE-A requests the desired content from the CTF.
2. **Reserve Units Request:** depending on the service requested by the UE-A, the CTF selects the service identifier and forwards the Reserve Units Request to the OCF.
3. **Units Determination:** the OCF determines the number of non-monetary units needed for the content/service delivery, based on the received service key.
4. **Rating Control:** assisted by the rating entity the OCF calculates the number of monetary units that represent the price for the number of units determined in item 3.
5. **Account Control:** the OCF checks whether the user's account balance is sufficient for the requested reservation.
6. **Reservation Control:** if the user's account balance is sufficient, then the corresponding reservation is made.
7. **Reserve Units Response:** the OCF informs the CTF of the reserved number of units. This includes the case where the number of units reserved indicates the permission to render the service that was identified by the received service key.

8.  **Granted Units** Supervision**:** simultaneously with the service delivery, the CTF monitors the consumption of the reserved units.

9.  **Content/Service Delivery:** the CTF delivers the content/service at once, in fractions or in individually chargeable items, corresponding to the reserved number of units.

10. **Debit Units Request:** the CTF provides according to previous Reserve Units Response the request to deduct the amount of units corresponding to the consumed number of units.

11. **Rating Control:** assisted by the rating entity the OCF calculates the number of monetary units to deduct from the subscriber's account.

12. **Account Control:** the OCF triggers the deduction of the calculated amount from the subscriber's account.

13. **Debit Units Response:** the OCF informs the CTF of the actually deducted units.

14. **Session Released:** the session is released.

### 5.2.2.2.3 Decentralized Unit Determination and Decentralized Rating

In the following scenario, the CTF request the OCF to assure the reservation of an amount of the specified number of monetary units from the subscriber's account. An account debit operation that triggers the deduction the amount from the subscriber's account is carried out following the conclusion of service delivery.



**Figure 5.2.2.2.3: Event Charging with Reservation / Centralized Unit Determination and Centralized Rating**

1. **Request for resource usage:** The UE-A requests the desired content from the CTF.
2. **Units Determination:** depending on the service requested by the UE-A, the CTF determines the number of units accordingly.
3. **Rating Control:** the CTF calculates the number of monetary units that represent the price for the number of units determined in item 2.
4. **Reserve Units Request:** the CTF requests the OCF to assure the reservation of an amount corresponding to the calculated number of monetary units from the subscriber's account.
5. **Account Control:** the OCF checks whether the user's account balance is sufficient for the requested reservation.
6. **Reservation Control:** if the user's credit balance is sufficient, then the corresponding reservation is made.
7. **Reserve Units Response:** the OCF informs the CTF of the reserved number of monetary units.
8. **Budget Control:** simultaneously with the service delivery, the CTF monitors the consumption of the granted amount.
9. **Content/Service Delivery:** the CTF delivers the content/service at once, in fractions or in individually chargeable items, corresponding to the number of units.

10. **Debit Units Request:** the CTF requests the OCF to assure the deduction of an amount corresponding to the consumed number of monetary units from the subscriber's account.

11. **Account Control:** the OCF triggers the deduction of the consumed amount from the subscriber's account.

12. **Debit Units Response:** the OCF indicates to the CTF the number of deducted monetary units.

13. **Session Released:** the session is released.

## 5.2.2.3      Session charging with Reservation

### 5.2.2.3.1      Decentralized Unit Determination and Centralized Rating

In the following scenario, the CTF requests the reservation of units prior to session supervision. An account debit operation is carried out following the conclusion of session termination.



**Figure 5.2.2.3.1: Session Charging with Reservation / Decentralized Unit Determination and Centralized Rating**

1. **Request for resource usage:** The UE-A requests session establishment from the CTF.

2. **Units Determination:** depending on the requested type of the session the CTF determines the number of units accordingly.

3. **Reserve Units Request:** the CTF requests the OCF to reserve the number of units determined in item 2

4. **Rating Control:** assisted by the rating entity the OCF calculates the number of monetary units that represents the price for the number of units determined in item 2.

5. **Account Control:** the OCF checks whether the user's account balance is sufficient for the requested reservation.

6. **Reservation Control:** if the user's account balance is sufficient then the corresponding reservation is made.

7. **Reserve Units Response:** the OCF informs the CTF of the reserved number of units.

8. **Reserved Units Supervision:** simultaneously with the ongoing session, the CTF monitors the consumption of the reserved units.

9. **Session ongoing:** the CTF maintains the session. One or more debit and reserve operations may be performed when the session is ongoing.

10. **Session Release:** the session is released

11. **Debit Units Request:** the CTF requests the OCF to assure the deduction of an amount corresponding to the consumed number of units from the subscriber's account.

12. **Rating Control:** assisted by the rating entity the OCF calculates the number of monetary units to deduct from the subscriber's account.

13. **Account Control:** the OCF triggers the deduction of the calculated amount from the subscriber's account.

14. **Debit Units Response:** the OCF informs the CTF of the actually deducted units.

5.2.2.3.2          Centralized Unit Determination and Centralized Rating

In the following scenario, the CTF requests the OCF to reserve units based on the session identifiers specified by the CTF. An account debit operation is carried out following the conclusion of session.



**Figure 5.2.2.3.2: Session Charging with Reservation / Centralized Unit Determination and Centralized Rating**

1.  **Request for resource usage:** The UE-A requests the session establishment from the CTF.

2.  **Reserve Units Request:** depending on the requested type of the session by the UE-A, the CTF selects the service identifier and forwards the Reserve Units Request to the OCF.

3.  **Units Determination:** the OCF determines the number of non-monetary units needed for the content/service delivery, based on the received service key.

4.  **Rating Control:** assisted by the rating entity the OCF calculates the number of monetary units that represent the price for the number of units determined in item 3.

5.  **Account Control:** the OCF checks whether the user's account balance is sufficient for the requested reservation.

6.  **Reservation Control:** if the user's account balance is sufficient, then the corresponding reservation is made.

**3GPP TS 32.299 version 10.7.0 Release 10**          37          **ETSI TS 132 299 V10.7.0 (2012-09)**

7.  **Reserve Units Response:** the OCF informs the CTF of the reserved number of units. This includes the case where the number of units reserved indicates the permission to render the service that was identified by the received service key.

8.  **Granted Units** Supervision**:** simultaneously with the ongoing session, the CTF monitors the consumption of the reserved units.

9.  **Session ongoing:** the CTF maintains the session. One or more debit and reserve operations may be performed when the session is ongoing.

10. **Session Released:** the session is released.

11. **Debit Units Request:** the CTF requests the OCF to assure the deduction of an amount corresponding to the consumed number of units from the subscriber's account

12. **Rating Control:** assisted by the rating entity the OCF calculates the number of monetary units to deduct from the subscriber's account.

13. **Account Control:** the OCF triggers the deduction of the calculated amount from the subscriber's account.

14. **Debit Units Response:** the OCF informs the CTF of the actually deducted units.

### 5.2.2.3.3          Decentralized Unit Determination and Decentralized Rating

In the following scenario, the CTF request the OCF to assure the reservation of an amount of the specified number of monetary units from the subscriber's account. An account debit operation that triggers the deduction the amount from the subscriber's account is carried out following the conclusion of session establishment.



**Figure 5.2.2.3.3: Session Charging with Reservation / Decentralized Unit Determination and Decentralized Rating**

1.  **Request for resource usage:** The UE-A requests the session establishment from the CTF.
2.  **Units Determination:** depending on the requested type of the session by the UE-A, the CTF determines the number of units accordingly.
3.  **Rating Control:** the CTF calculates the number of monetary units that represent the price for the number of units determined in item 2.
4.  **Reserve Units Request:** the CTF requests the OCF to assure the reservation of an amount corresponding to the calculated number of monetary units from the subscriber's account.
5.  **Account Control:** the OCF checks whether the user's account balance is sufficient for the requested reservation.
6.  **Reservation Control:** if the user's credit balance is sufficient, then the corresponding reservation is made.
7.  **Reserve Units Response:** the OCF informs the CTF of the reserved number of monetary units.
8.  **Budget Control:** simultaneously with the ongoing session, the CTF monitors the consumption of the granted amount.
9.  **Session ongoing:** the CTF maintains the session. One or more debit and reserve operations may be performed when the session is ongoing.

10. **Session Released:** the session is released.

11. **Debit Units Request:** the CTF requests the OCF to assure the deduction of an amount corresponding to the consumed number of monetary units from the subscriber's account.

12. **Account Control:** the OCF triggers the deduction of the consumed amount from the subscriber's account.

13. **Debit Units Response:** the OCF indicates to the CTF the number of deducted monetary units.

## 5.2.3       Basic Operations

On-line credit control uses two basic logical operations: Debit Units and Reserve Units.

- "*Debit Units Request*"; sent from CTF → OCF
  After receiving a service request from the subscriber, the CTF sends a *Debit Units Request* to the OCF. The CTF may either specify a service identifier (centralised unit determination) or the number of units requested (decentralised unit determination).
  For refund purpose, the CTF sends a *Debit Units Request* to the OCF as well.

- "*Debit Units Response*"; sent from OCF → CTF
  The OCF replies with a *Debit Units Response*, which informs the CTF of the number of units granted as a result of the *Debit Units Request*. This includes the case where the number of units granted indicates the permission to render the requested service.
  For refund purpose, the OCF replies with a *Debit Units Response*.

- "*Reserve Units Request*"; sent from CTF → OCF
  Request to reserve a number of units for the service to be provided by an CTF. In case of centralised unit determination, the CTF specifies a service identifier in the *Reserve Unit Request*, and the OCF determines the number of units requested. In case of decentralised unit determination, the number of units requested is specified by the CTF.

- "*Reserve Units Response*"; sent from OCF → CTF
  Response from the OCF which informs the CTF of the number of units that were reserved as a result of the "*Reserve Units Request*".

IEC uses the Direct Debiting One Time Event procedure specified in RFC 4006 and therefore is performed by the use of the logical "Debit Units" operation, as specified in section 6.3.3.

SCUR and ECUR use both the "Debit Units" and "Reserve Units" operations.

SCUR uses the Session Based Credit Control procedure specified in RFC 4006. In session charging with unit reservation, when the "Debit Units" and "Reserve Units" operations are both needed, they shall be combined in one message, as specified in section 6.3.5.

For SCUR and ECUR the consumed units are deducted from the subscriber's account after service delivery. Thus, the reserved and consumed units are not necessarily the same. Using this operation, it is also possible for the CTF to modify the current reservation, including the return of previously reserved units.

Table 5.2.3.1 and table 5.2.3.2 describe the content of these operations.

**Table 5.2.3.1: Debit and Reserve Units Request Content**

| Debit and Reserve Units Request | Category | Description |
|---|---|---|
| Session Identifier | M | This field identifies the operation session. |
| Originator Host | M | This field contains the identification of the source point of the operation. |
| Originator Domain | M | This field contains the realm of the operation originator. |
| Destination Domain | M | This field contains the realm of the operation destination. |
| Operation Identifier | M | This field is a unique operation identifier. |
| Operation Token | M | This field contains the service identifier. |
| Operation Type | M | This field defines the transfer type: event for event based charging and start, interim, stop for session based charging. |
| Operation Number | M | This field contains the sequence number of the transferred messages. |
| Destination Host | $O_C$ | This field contains the identification of the destination point of the operation. |
| User Name | $O_C$ | This field contains the identification of the user. |
| Origination State | $O_C$ | Tbd. |
| Origination Timestamp | $O_C$ | This field contains the time when the operation is requested. |
| Subscriber Identifier | $O_M$ | This field contains the identification of the mobile subscriber (i.e. MSISDN) that uses the requested service. |
| Termination Cause | $O_C$ | This field contains the termination reason of the service. |
| Requested Action | $O_C$ | This field contains the requested action. |
| Multiple Operation | $O_M$ | This field indicate the occurrence of multiple operations. |
| Multiple Unit Operation | $O_C$ | This field contains the parameter for the quota management. |
| Subscriber Equipment Number | $O_C$ | This field contains the identification of the mobile device (i.e. IMEI) that uses the subscriber. |
| Proxy Information | $O_C$ | This field contains the parameter of the proxy. |
| Route Information | $O_C$ | This field contains the parameter of the route. |
| Service Information | $O_M$ | This parameter holds the individual service specific parameters as defined in the corresponding 'middle tier' TS. |

**Table 5.2.3.2: Debit and Reserve Units Response Content**

| Debit and Reserve Units Response | Category | Description |
|---|---|---|
| Session Identifier | M | This field identifies the operation session. |
| Operation Result | M | This field identifies the result of the operation. |
| Originator Host | M | This field contains the identification of the source point of the operation. |
| Originator Domain | M | This field contains the realm of the operation originator. |
| Operation Identifier | M | This field is a unique operation identifier. |
| Operation Type | M | This field defines the transfer type: event for event based charging and start, interim, stop for session based charging. |
| Operation Number | M | This field contains the sequence number of the transferred messages. |
| Operation Failover | $O_C$ | This field contains an indication to the CTF whether or not a failover handling is to be used when necessary. |
| Multiple Unit Operation | $O_C$ | This field contains the parameter for the quota management. |
| Operation Failure Action | $O_C$ | For credit control sessions the content of this field enables the credit-control client to decide what to do if sending credit-control messages to the credit-control server has been temporarily prevented. |
| Operation Event Failure Action | $O_C$ | For one time event direct debiting the content of this field enables the credit-control client to decide what to do if sending credit-control messages to the credit-control server has been temporarily prevented. |
| Redirection Host | $O_C$ | Tbd. |
| Redirection Host Usage | $O_C$ | Tbd. |
| Redirection Cache Time | $O_C$ | Tbd. |
| Proxy Information | $O_C$ | This field contains the parameter of the proxy. |
| Route Information | $O_C$ | This field contains the parameter of the route. |
| Failed parameter | $O_C$ | This field contains missing and/or unsupported parameter that caused the failure. |
| Service Information | $O_C$ | This parameter holds the individual service specific parameters as defined in the corresponding 'middle tier' TS. |

# 5.3      Other requirements

## 5.3.1      Re-authorization

The server may specify an idle timeout associated with a granted quota. Alternatively, the client may have a configurable default value. The expiry of that timer shall trigger a re-authorization request.

Mid-session service events (re-authorisation triggers) may affect the rating of the current service usage. The server may instruct the credit control client to re-authorize the quota upon a number of different session related triggers that can affect the rating conditions.

When a re-authorization is trigger, the client shall reports quota usage. The reason for the quota being reported shall be notified to the server.

## 5.3.2      Threshold based re-authorization triggers

The server may optionally include an indication to the client of the remaining quota threshold that shall trigger a quota re-authorization.

## 5.3.3      Termination action

The server may specify to the client the behaviour on consumption of the final granted units; this is known as termination action.

## 5.3.4      Account Expiration

The server may provide to the client the date and time of account expiration, which the client may use depending on operator policy.

# 6          3GPP Charging Applications – Protocol Aspects

## 6.1          Basic Principles for Diameter Offline Charging

In order to support the offline charging principles described in the present document, the Diameter client and server must implement at least the following Diameter options listed in RFC 3588 [401], i.e. the basic functionality of Diameter accounting, as defined by the Diameter Base Protocol (RFC 3588 [401]) is re-used..

The charging architecture implementing Diameter adheres to the structure where all communications for offline charging purposes between the CTF (Diameter client) and the CDF (Diameter server) are carried out on the Diameter Rf reference point, where the CTF reports charging information to the Charging Data Function (CDF). The CDF uses this information to construct and format CDRs. The above-mentioned reference points are defined in TS 32.240 [1].

A configurable timer is supported in the CDF to supervise the reception of the ACR [Interim] and/or ACR [Stop]. An instance of the "Timer" is started at the beginning of the accounting session, reset on the receipt of an ACR [Interim] and stopped at the reception of the ACR [Stop]. Upon expiration of the timer, the CDF stops the accounting session with the appropriate error indication.

For offline charging, the CTF implements the accounting state machine described in RFC 3588 [401]. The server (CDF) implements the accounting state machine "SERVER, STATELESS ACCOUNTING" as specified in RFC 3588 [401], i.e. there is no order in which the server expects to receive the accounting information.

The offline charging functionality is based on the network elements reporting accounting information upon reception of various messages which trigger charging generation, as most of the accounting relevant information is contained in these messages. This reporting is achieved by sending Diameter *Accounting Requests* (ACR) [Start, Interim, Stop and Event] from the network elements to the CDF.

Following the Diameter base protocol specification, the following "types" of accounting data may be sent with regard to offline charging:

- START session accounting data.

- INTERIM session accounting data.

- STOP session accounting data.

- EVENT accounting data.

Two cases are currently distinguished for offline charging purposes:

- Event based charging; and

- Session based charging.

ACR types START, INTERIM and STOP are used for accounting data related to successful sessions. In contrast, EVENT accounting data is unrelated to sessions, and is used e.g. for a simple registration or interrogation and successful service event triggered by a network element. In addition, EVENT accounting data is also used for unsuccessful session establishment attempts.

The flows and scenarios for the above two described cases are further detailed below.

## 6.1.1 Event based charging

In the case of event based charging, the network reports the usage or the service rendered where the service offering is rendered in a single operation. It is reported using the ACR EVENT.

The following figure shows the transactions that are required on the Diameter offline interface in order to perform event based charging. The operation may alternatively be carried out prior to, concurrently with or after service/content delivery.



**Figure 6.1.1: Event Based offline charging**

| | |
|---|---|
| Step 1: | The network element receives indication that service has been used/delivered. |
| Step 2: | The network element (acting as client) sends *Accounting-Request* (ACR) with *Accounting-Record-Type* AVP set to EVENT_RECORD to indicate service specific information to the CDF (acting as server). |
| Step 3: | The CDF receives the relevant service charging parameters and processes accounting request. |
| Step 4: | The CDF returns *Accounting-Answer* message with *Accounting-Record-Type* AVP set to EVENT_RECORD to the network element in order to inform that charging information was received. |

## 6.1.2    Session based charging

Session based charging is the process of reporting usage reports for a session and uses the START, INTERIM & STOP accounting data. During a session, a network element may transmit multiple ACR Interims' depending on the proceeding of the session.

The following figure shows the transactions that are required on the Diameter offline interface in order to perform session based charging.



**Figure 6.1.2: Session based offline charging**

| Step 1: | The network element receives a service request. The service request may be initiated either by the user or the other network element. |
| Step 2: | In order to start accounting session, the network element sends a *Accounting-Request* (ACR) with *Accounting-Record-Type* AVP set to START_RECORD to the CDF. |
| Step 3: | The CDF opens a CDR for current session. |
| Step 4: | The CDF returns *Accounting-Answer* (ACA) message with *Accounting-Record-Type* set to START_RECORD to the network element and possibly *Acct-Interim-Interval AVP* (AII) set to non-zero value indicating the desired intermediate charging interval. |
| Step 5: | When either AII elapses or charging conditions changes are recognized at Network Element (NE), the NE sends an *Accounting-Request* (ACR) with *Accounting-Record-Type* AVP set to INTERIM_RECORD to the CDF. |
| Step 6: | The CDF updates the CDR in question. |
| Step 7: | The  CDF returns *Accounting-Answer* (ACA) message with *Accounting-Record-Type* set to INTERIM_RECORD to the network element. |
| Step 8: | The service is terminated. |

Step 9:          The network element sends a *Accounting-Request* (ACR) with *Accounting-Record-Type* AVP set
                 to STOP_RECORD to the CDF.

Step 10:         The CDF updates the CDR accordingly and closes the CDR.

Step 11:         The CDF returns *Accounting-Answer* (ACA) message with *Accounting-Record-Type* set to
                 STOP_RECORD to the network element.

## 6.1.3      Offline charging error cases - Diameter procedures

### 6.1.3.1        CDF Connection Failure

When the connection towards the primary CDF is broken, the process of sending accounting information should continue towards a secondary CDF (if such a CDF is configured). For further CDF connection failure functionality, see subclause "*Transport Failure Detection*" in the RFC 3588 [401].

If no CDF is reachable the network element may buffer the generated accounting data in non-volatile memory. Once the CDF connection is working again, all accounting messages stored in the buffer is sent to the CDF, in the order they were stored in the buffer.

### 6.1.3.2        No Reply from CDF

In case a network element does not receive an ACA in response to an ACR, it may retransmit the ACR message. The waiting time until a retransmission is sent, and the maximum number of repetitions are both configurable by the operator. When the maximum number of retransmissions is reached and still no ACA reply has been received, the network element executes the CDF connection failure procedure as specified above.

If retransmitted ACRs' are sent, they are marked with the T-flag as described in RFC 3588 [401], in order to allow duplicate detection in the CDF, as specified in the next subclause.

### 6.1.3.3        Duplicate Detection

A Diameter client marks possible duplicate request messages (e.g. retransmission due to the link fail over process) with the T-flag as described in RFC 3588 [401].

If the CDF receives a message that is marked as retransmitted and this message was already received, then it discards the duplicate message. However, if the original of the re-transmitted message was not yet received, it is the information in the marked message that is taken into account when generating the CDR. The CDRs are marked if information from duplicated message(s) is used.

### 6.1.3.4        CDF Detected Failure

The CDF closes a CDR when it detects that expected Diameter ACRs for a particular session have not been received for a period of time. The exact behaviour of the CDF is operator configurable.

# 6.2     Message Contents for Offline Charging

## 6.2.1     Summary of Offline Charging Message Formats

### 6.2.1.1     General

The corresponding Diameter accounting application messages for the Charging Data Transfer operation is Accounting Request (ACR) and Accounting Answer (ACA) as specified in the Diameter Base Protocol Accounting (DBPA) application in RFC 3588 [401].

The following table describes the use of these messages which are adapted for 3GPP offline charging.

**Table 6.2.1.1: Offline Charging Messages Reference Table**

| Command-Name | Source | Destination | Abbreviation |
|---|---|---|---|
| Accounting-Request | CTF | CDF | ACR |
| Accounting-Answer | CDF | CTF | ACA |
| Capabilities-Exchange-Request | CTF | CDF | CER |
| Capabilities Exchange Answer | CDF | CTF | CEA |

Additional Diameter messages (i.e. DPR/DPA, DWR/DWA)are used according to the Diameter Base Protocol Accounting (DBPA) specification in RFC 3588 [401].

### 6.2.1.2     Structure for the Accounting Message Formats

The following is the basic structure shared by all offline charging messages. This is based directly on the format of the messages defined in the Diameter Base Protocol Application specification in RFC 3588 [401].

Those Diameter Accounting AVPs that are used for 3GPP Offline Charging are marked in the table 6.2.2 and table 6.2.3 with a category as specified in TS 32.240 [1].

An AVP in grey strikethrough in the message format (in grey in the tables) is not used by 3GPP.

The following symbols are used in the message format definition:

- <AVP> indicates a mandatory AVP with a fixed position in the message.

- {AVP} indicates a mandatory AVP in the message.

- [AVP] indicates an optional AVP in the message.

- *AVP indicates that multiple occurrences of an AVP is possible.

## 6.2.2    Accounting-Request Message

The ACR messages, indicated by the Command-Code field set to 271 is sent by the CTF to the CDF in order to sent charging information for the request bearer / subsystem /service.

The ACR message format is defined according to the Diameter Base Protocol in RFC 3588 [401] as follows:

```
<ACR> ::= < Diameter Header: 271, REQ, PXY >

           < Session-Id >
           { Origin-Host }
           { Origin-Realm }
           { Destination-Realm }
           { Accounting-Record-Type }
           { Accounting-Record-Number }
           [ Acct-Application-Id ]
           [ Vendor-Specific-Application-Id ]
           [ User-Name ]
           [ Accounting-Sub-Session-Id ]
           [ Acct-Session-Id ]
           [ Acct-Multi-Session-Id ]
           [ Acct-Interim-Interval ]
           [ Accounting-Realtime-Required ]
           [ Origin-State-Id ]
           [ Event-Timestamp ]
         * [ Proxy-Info ]
         * [ Route-Record ]
           [ Service-Context-Id ]
           [ Service-Information ]
         * [ AVP ]
```

NOTE:    Similar information as in subscription_id should be added as 3GPP parameter, IMEI.

Table 6.2.2 illustrates the basic structure of a 3GPP Diameter *Accounting-Request* message as used for 3GPP offline charging.

**Table 6.2.2: 3GPP Accounting-Request Message Contents**

| AVP | Category | Description |
|---|---|---|
| Session-Id | M | This field identifies the operation session. |
| Origin-Host | M | This field contains the identification of the source point of the operation and the realm of the operation originator. |
| Origin-Realm | M | This field contains the realm of the operation originator. |
| Destination-Realm | M | This field contains the realm of the operator domain. The realm will be addressed with the domain address of the corresponding public URI. |
| Accounting-Record-Type | M | This field defines the transfer type: event for event based charging and start, interim, stop for session based charging. |
| Accounting-Record-Number | M | This field contains the sequence number of the transferred messages. |
| Acct-Application-Id | $O_M$ | The field corresponds to the application ID of the Diameter Accounting Application and is defined with the value 3. |
| Vendor-Specific-Application-Id | - | Not used in 3GPP. |
|    Vendor-Id | - | Not used in 3GPP. |
|    Auth-Application-Id | - | Not used in 3GPP. |
|    Acct-Application-Id | - | Not used in 3GPP. |
| User-Name | $O_C$ | Contains the user name determined by the domain: bearer, sub-system or service as described in middle tier TS. |
| Accounting-Sub-Session-Id | - | Not used in 3GPP. |
| Accounting-Session-Id | - | Not used in 3GPP. |
| Acct-Multi-Session-Id | - | Not used in 3GPP. |
| Acct-Interim-Interval | $O_C$ | |
| Accounting-Realtime-Required | - | Not used in 3GPP. |
| Origin-State-Id | $O_C$ | This field contains the state associated to the CTF. |
| Event-Timestamp | $O_C$ | This field corresponds to the exact time the accounting is requested. |
| Proxy-Info | $O_C$ | This field contains information of the host. |
|    Proxy-Host | M | This field contains the identity of the host that added the Proxy-Info field. |
|    Proxy-State | M | This field contains state local information. |
| Route-Record | Oc | This field contains an identifier inserted by a relaying or proxying node to identify the node it received the message from. |
| Service-Context-Id | $O_M$ | This field indicates the service and the corresponding 'middle tier' TS. |
| Service-Information | $O_M$ | This parameter holds the individual service specific parameters as defined in the corresponding 'middle tier' TS. |
| AVP | Oc | |

    NOTE:    A detailed description of the AVPs is provided in clause 7.

## 6.2.3     Accounting-Answer Message

The Accounting Answer (ACA) messages, indicated by the Command-Code field set to 271 is sent by the CDF to the CTF in order to reply to the ACR.

The ACA message format is defined according to the Diameter Base Protocol in RFC 3588 [401] as follows:

```
<ACA> ::= < Diameter Header: 271, PXY >

            < Session-Id >
            { Result-Code }
            { Origin-Host }
            { Origin-Realm }
            { Accounting-Record-Type }
            { Accounting-Record-Number }
            [ Acct-Application-Id ]
            [ Vendor-Specific-Application-Id ]
            [ User-Name ]
            [ Accounting-Sub-Session-Id ]
            [ Acct-Session-Id ]
            [ Acct-Multi-Session-Id ]
            [ Error-Reporting-Host ]
            [ Acct-Interim-Interval ]
            [ Accounting-Realtime-Required ]
            [ Origin-State-Id ]
            [ Event-Timestamp ]
          * [ Proxy-Info ]
          * [ AVP ]
```

Table 6.2.3 illustrates the basic structure of a 3GPP Diameter *Accounting-Answer* message as used for offline charging. This message is always used by the CDF as specified below, regardless of the CTF it is received from and the ACR record type that is being replied to.

**Table 6.2.3: 3GPP Accounting-Answer (ACA) Message Content**

| AVP | Category | Description |
|---|---|---|
| Session-Id | M | This field identifies the operation session. |
| Result-Code | M | This field contains the result of the specific query. |
| Origin-Host | M | This field contains the identification of the source point of the operation and the realm of the operation originator. |
| Origin-Realm | M | This field contains the realm of the operation originator. |
| Accounting-Record-Type | M | This field defines the transfer type: event for event based charging and start, interim, stop for session based charging. |
| Accounting-Record-Number | M | This field contains the sequence number of the transferred messages. |
| Acct-Application-Id | O$_M$ | The field corresponds to the application ID of the Diameter Accounting Application and is defined with the value 3. |
| Vendor-Specific-Application-Id | - | Not used in 3GPP |
| Vendor-Id | - | Not used in 3GPP |
| Auth-Application-Id | - | Not used in 3GPP |
| Acct-Application-Id | - | Not used in 3GPP |
| User-Name | O$_C$ | Contains the user name determined by the domain: bearer, sub-system or service as described in middle tier TS. |
| Accounting-Sub-Session-Id | - | Not used in 3GPP |
| Accounting-RADIUS-Session-Id | - | Not used in 3GPP |
| Acct-Multi-Session-Id | - | Not used in 3GPP |
| Error-Reporting-Host | O$_C$ | This field contains the identity of the Diameter host that sent the Result-Code AVP to a value other than 2001 (Success) if the host setting the Result-Code is different from the one encoded in the Origin-Host AVP. |
| Acct-Interim-Interval | O$_C$ | |
| Accounting-Realtime-Required | - | Not used in 3GPP |
| Origin-State-Id | O$_C$ | |
| Event-Timestamp | O$_C$ | This field contains the time when the operation is requested. |
| Proxy-Info | O$_C$ | This field contains information of the host. |
| Proxy-Host | M | This field contains the identity of the host that added the Proxy-Info field. |
| Proxy-State | M | This field contains state local information. |
| AVP | O$_C$ | Not used in 3GPP |

# 6.3       Basic Principles for Diameter Online charging

Editor's note: This clause has been added to update the document to the Rel-6 IETF dependency on the Diameter
            Credit Control Application and currently does not exist in the 3GPP Rel-5 3GPP TS 32.225 Page: 53
            Here we have:-     Basic principles
                -       List of mandatory Diameter Credit Control Application AVPs used for online charging,
                -       No 3GPP AVPs unless they MUST be used every and each domain
                -       Basic client - server signalling flow showing how CCR/CCA is used
                -       Signalling flows for  and  + other common methods
                -       (Maybe) Content of CCR/CCA in INITIAL/UPDATE/TERMINATE/EVENT cases

## 6.3.1      Online Specific Credit Control Application Requirements

For online charging, the basic functionality as defined by the IETF Diameter Credit Control application is used. The
basic structure follows a mechanism where the online client (CTF) requests resource allocation and reports credit
control information to the Online Charging System (OCS).

The usage and values of *Validity-Time* AVP and the timer "Tcc" are under the sole control of the credit control server
(OCS) and determined by operator configuration of the OCS.

Editor's note: There may be a requirement to add a minimum value for the *Validity-Time* AVP. It may need to be
            moved the subsection where the *Validity-Time AVP* is handled.

The online client implements the state machine described in RFC 4006 [402] for "CLIENT, EVENT BASED" and/or
"CLIENT, SESSION BASED". I.e. when the client applies IEC it uses the "CLIENT, EVENT BASED" state machine,
and when the client applies ECUR defined in 3GPP it uses the "CLIENT, SESSION BASED" state machine for the first
and final interrogations.

The OCS implements the state machine described in RFC 4006 [402] for the "SERVER, SESSION AND EVENT
BASED" in order to support Immediate Event Charging and Event Charging with Unit Reservation.

## 6.3.2      Diameter Description on the Ro reference point

Editor's note: Message flows and scenarios should be moved into clause 5.

### 6.3.2.1      Basic Principles

For online charging the Diameter Credit Control Application (DCCA) defined in RFC 4006 [402] is used with
additional AVPs defined in the present document.

Three cases for control of user credit for online charging are distinguished:

- Immediate Event Charging IEC; and

- Event Charging with Unit Reservation (ECUR).

- Session Charging with Unit Reservation (SCUR)

In the case of Immediate Event Charging (IEC),the credit control process for events is controlled by the corresponding
*CC-Requested-Type* EVENT_REQUEST that is sent with Credit-*Control-Request (*CCR) for a given credit control
event.

In the case of Event Charging with Unit Reservation (ECUR) the *CC-Request-Type* INITIAL /
TERMINATION_REQUEST are used for charging for a given credit control event, however, where a reservation is
made prior to service delivery and committed on execution of a successful delivery.

Session Charging with Unit Reservation is used for credit control of sessions and uses the *CC-Request-Type* INITIAL /
UPDATE and TERMINATION_REQUEST.

The network element may apply IEC, where CCR Event messages are generated, or ECUR, using CCR Initial and
Termination. The decision whether to apply IEC or ECUR is based on the service and/or operator's policy.

# 6.3.3     Immediate Event Charging (IEC)

Figure 6.3.3 shows the transactions that are required on the Ro reference point in order to perform event based Direct Debiting operation. The Direct Debiting operation may alternatively be carried out prior to service/content delivery. The Network Element must ensure that the requested service execution is successful, when this scenario is used.



**Figure 6.3.3: IEC Direct Debiting Operation**

Step 1.          The network element receives a service request.
                 The Direct Debiting Operation is performed as described in RFC 4006 [402].

Step 2.          The network element performs direct debiting prior to service execution. Network element (acting as DCCA client) sends *Credit-Control-Request* (CCR) with *CC-Request-Type* AVP set to EVENT_REQUEST to indicate service specific information to the OCS (acting as DCCA server). The *Requested-Action* AVP (RA) is set to DIRECT_DEBITING. If known, the network element may include *Requested-Service-Unit* AVP (RSU) (monetary or non-monetary units) in the request message.

Step 3.          Having transmitted the *Credit-Control-Request* message the network element starts the communication supervision timer 'Tx' (RFC 4006 [402]). Upon receipt of the *Credit-Control-Answer* (CCA) message the network element shall stop timer Tx.

Step 4.          The OCS determines the relevant service charging parameters .

Step 5.          The OCS returns *Credit-Control-Answer* message with *CC-Request-Type* AVP set to EVENT_REQUEST to the network element in order to authorize the service execution (*Granted-Service-Unit* AVP (GSU) and possibly *Cost-Information* AVP (CI) indicating the cost of the service and *Remaining-Balance* AVP are included in the *Credit-Control-Answer* message). The *Credit-Control-Answer* message has to be checked by the network element accordingly and the requested service is controlled concurrently with service delivery. The *Refund-Information* AVP may be included in the *Credit-Control-Answer* message  in order to be sent during  the REFUND-ACCOUNT mechanism, see below scenario.

Step 6.          Service is being delivered.

NOTE:          It is possible to perform also, CHECK_BALANCE and PRICE_ENQUIRY using above described mechanism RFC 4006 [402].

Figure 6.3.3a shows the transactions for refund purpose.



**Figure 6.3.3a: IEC Direct Debiting Operation for refund purpose**

The Direct debiting operation is performed, previously, as described in RFC 4006 [402].

Step 1.     The service charged previously through Direct Debiting Operation is finally proved to be unsuccessfully delivered.

Step 2.     As a consequence, the network element performs direct debiting operation in order to perform the related refund. Network element (acting as DCCA client) sends *Credit-Control-Request* (CCR) with *CC-Request-Type* AVP set to EVENT_REQUEST to indicate service specific information to the OCS (acting as DCCA server). The *Requested-Action* AVP (RA) is set to REFUND-ACCOUNT. The network element includes *Refund-Information AVP* if received in the previous IEC CCA.

Step 3.     Having transmitted the *Credit-Control-Request* message the network element starts the communication supervision timer 'Tx' (RFC 4006 [402]). Upon receipt of the *Credit-Control-Answer* (CCA) message the network element shall stop timer Tx.

Step 4.     The OCS reads the AVPs included in the CCR and performs the refund accordingly.

Step 5.     The OCS returns *Credit-Control-Answer* message with *CC-Request-Type* AVP set to EVENT_REQUEST and the related result code.

## 6.3.4 Event Charging with Unit Reservation (ECUR)

Figure 6.3.4 shows the transactions that are required on the Ro reference point in order to perform the ECUR. ECUR is used when event charging needs separate reserve and commit actions.



**Figure 6.3.4: ECUR for session based credit control**

Step 1.  The network element receives a service request. The service request may be initiated either by the user or the other network element.

Step 2.  In order to perform Reserve Units operation for a number of units (monetary or non-monetary units), the network element sends a *Credit-Control-Request* (CCR) with *CC-Request-Type* AVP set to INITIAL_REQUEST to the OCS. If known, the network element may include *Requested-Service-Unit* (RSU) AVP (monetary or non monetary units) in the request message.

Step 3.  If the service cost information is not received by the OCS, the OCS determines the price of the desired service according to the service specific information received by issuing a rating request to the Rating Function. If the cost of the service is included in the request, the OCS directly reserves the specified monetary amount. If the credit balance is sufficient, the OCS reserves the corresponding amount from the users account.

Step 4.  Once the reservation has been made, the OCS returns *Credit-Control-Answer* (CCA) message with *CC-Request-Type* set to INITIAL_REQUEST to the network element in order to authorize the service execution (*Granted-Service-Unit* and possibly *Cost-Information* indicating the cost of the service and *Remaining-Balance* AVP are included in the *Credit-Control-Answer* message). The OCS may return the *Validity-Time* (VT) AVP with value field set to a non-zero value. The OCS may indicate in the *Low-Balance-Indication* AVP that the subscriber account balance has fallen below a predefined treshold of this account.

Step 5.  Content/service delivery starts and the reserved units are concurrently controlled.

Step 6.      When content/service delivery is completed, the network element sends CCR with *CC-Request-Type* AVP set to TERMINATION_REQUEST to terminate the active credit control session and report the used units.

Step 7.      The OCS deducts the amount used from the account. Unused reserved units are released, if applicable.

Step 8.      The OCS acknowledges the reception of the CCR message by sending CCA message with *CC-Request-Type* AVP indicating TERMINATION_REQUEST (possibly *Cost-Information* AVP indicating the cumulative cost of the service and *Remaining-Balance* AVP are included in the *Credit-Control-Answer* message).

NOTE:      This scenario is supervised by corresponding timers (e.g. validity time timer) that are not shown in the figure 6.3.4.

## 6.3.5 Session Charging with Unit Reservation (SCUR)

Figure 6.3.5 shows the transactions that are required on the Ro reference point in order to perform the SCUR.



**Figure 6.3.5: SCUR for session based credit control**

Step 1.    The network element receives a session initiation. The session initiation may be done either by the user or the other network element.

Step 2.    In order to perform Reserve Units operation for a number of units (monetary or non-monetary units), the network element sends a *Credit-Control-Request* (CCR) with *CC-Request-Type* AVP set to INITIAL_REQUEST to the OCS. If known, the network element may include *Requested-Service-Unit* (RSU) AVP (monetary or non monetary units) in the request message.

Step 3.    If the service cost information is not received by the OCS, the OCS determines the price of the desired service according to the service specific information received by issuing a rating request to the Rating Function. If the cost of the service is included in the request, the OCS directly reserves the specified monetary amount. If the credit balance is sufficient, the OCS reserves the corresponding amount from the users account.

Step 4.    Once the reservation has been made, the OCS returns *Credit-Control-Answer* (CCA) message with *CC-Request-Type* set to INITIAL_REQUEST to the network element in order to authorize the service execution (*Granted-Service-Unit* and possibly *Cost-Information* indicating the cost of the service and *Remaining-Balance* AVP are included in the *Credit-Control-Answer* message).  The OCS may return the *Validity-Time* (VT) AVP with value field set to a non-zero value. The OCS may indicate in the *Low-Balance-Indication* AVP that the subscriber account balance has fallen below a predefined threshold of this account.

Step 5.    Content/service delivery starts and the reserved units are concurrently controlled.

Step 6.   During session delivery, in order to perform Debit Units and subsequent Reserve Units operations, the network element sends a CCR with *CC-Request-Type* AVP set to UPDATE_REQUEST, to report the units used and request additional units, respectively. The CCR message with *CC-Request-Type* AVP set to UPDATE_REQUEST must be sent by the network element between the INITIAL_REQUEST and TERMINATION_REQUEST either on request of the credit control application within the validity time or if the validity time is elapsed. If known, the network element may include *Requested-Service-Unit* AVP (monetary or non monetary units) in the request message.  The *Used-Service-Unit* (USU) AVP is complemented in the CCR message to deduct units from both the user's account and the reserved units, respectively.

Step 7.   The OCS deducts the amount used from the account. If the service cost information is not received by the OCS, the OCS determines the price of the desired service according to the service specific information received by issuing a rating request to the Rating Function. If the cost of the service is included in the request, the OCS directly reserves the specified monetary amount. If the credit balance is sufficient, the OCS reserves the corresponding amount from the users account.

Step 8.   Once the deduction and reservation have been made, the OCS returns *Credit-Control-Answer* message with *CC-Request-Type* set to UPDATE_REQUEST to the network element, in order to allow the content/service delivery to continue (new *Granted-Service-Unit (GSU) AVP* and possibly *Cost-Information (CI) AVP* indicating the cumulative cost of the service and *Remaining-Balance* AVP are included in the *Credit-Control-Answer* message). The OCS may include in the CCA message the *Final-Unit-Indication* (FUI) AVP to indicate the final granted units. The OCS may indicate in the *Low-Balance-Indication* AVP that the subscriber account balance has fallen below a predefined threshold of this account.

Step 9.   Session delivery continues and the reserved units are concurrently controlled.

Step 10.  The session is terminated at the network element.

Step 11.  The network element sends CCR with *CC-Request-Type* AVP set to TERMINATION_REQUEST to terminate the active credit control session and report the used units.

Step 12.  The OCS deducts the amount used from the account. Unused reserved units are released, if applicable.

Step 13.  The OCS acknowledges the reception of the CCR message by sending CCA message with *CC-Request-Type* AVP indicating TERMINATION_REQUEST (possibly *Cost-Information* AVP indicating the cumulative cost of the service and *Remaining-Balance* AVP are included in the *Credit-Control-Answer* message).

NOTE:   This scenario is supervised by corresponding timers (e.g. validity time timer) that are not shown in figure 6.3.5.

## 6.3.6      Error Cases and Scenarios

This subclause describes various error cases and how these should be handled.

The failure handling behaviour is locally configurable in the network element. If the *Direct-Debiting-Failure-Handling* or *Credit-Control-Failure-Handling* AVP is not used, the locally configured values are used instead.

### 6.3.6.1      Duplicate Detection

The detection of duplicate request is needed and must be enabled. To speed up and simplify as much as possible the duplicate detection, the all-against-all record checking should be avoided and just those records marked as potential duplicates need to be checked against other received requests (in real-time ) by the receiver entity.

The network element marks the request messages that are retransmitted after a link fail over as possible duplicates with the T-flag as described in RFC 3588 [401]. For optimized performance, uniqueness checking against other received requests is only necessary for those records marked with the T-flag received within a reasonable time window. This focused check is based on the inspection of the *Session-Id* and *CC-Request-Number* AVP pairs.

Note that for EBCC the duplicate detection is performed in the Correlation Function that is part of the OCS. The OCS that receives the possible duplicate request should mark as possible duplicate the corresponding request that is sent over the 'Rc' reference point. However, this assumption above is for further study and needs to be clarified.

For credit control duplicate detection, please refer to the Diameter Credit Control.

### 6.3.6.2      Reserve Units and Debit Units Operation Failure

In the case of an OCS connection failure, and/or receiving error responses from the OCS, please refer to RFC 3588 [401] and RFC 4006 [402] for failure handling descriptions.

## 6.3.7      Support of Tariff Changes during an Active User Session

### 6.3.7.1      Support of Tariff Changes using the Tariff Switch Mechanism

After a tariff switch has been reached, all the active user sessions shall report their session usage by the end of the validity period of the current request and receive new quota for resource usage for the new tariff period.

In order to avoid the need for mass simultaneous quota refresh, the traffic usage can be split into resource usage before a tariff switch and resources used after a tariff switch.

The Tariff-Time-Change AVP is used to determine the tariff switch time as described by RFC 4006 [402]. In addition to the scenarios described in RFC 4006 [402], the Tariff-Time-Change AVP may also be used in the context of continuously time-based charging.

The Tariff-Change-Usage AVP is used within the Used-Service-Units AVP to distinguish reported usage before and after the tariff time change.

The Tariff-Change-Usage AVP is not used directly within the Multiple-Services-Credit-Control AVP.

### 6.3.7.2      Support of Tariff Changes using Validity Time AVP

Changes to the tariffs pertaining to the service during active user sessions may also be handled using the Validity Time AVP.

NOTE:    RFC 4006 does not directly describe how tariff changes are handled with validity time. If validity time is used for tariff time changes it might overload the client and the server.

## 6.3.8    Support of Re-authorisation

Mid Diameter CC session re-authorisations of multiple active resource quotas within a DCC session can be achieved using a single Diameter *Credit Control Request/Answer* message sequence.

The OCS may also re-authorise multiple active resource quotas within a DCC session by using a single Diameter *Re-Auth-Request/Answer* message sequence.

New quota allocations received by the Network Element override any remaining held quota resources after accounting for any resource usage while the re-authorisation was in progress.

## 6.3.9    Support of Failure Handling

The Credit-Control-Failure-Handling AVP as defined in RFC 4006 [402] determines what to do if the sending of Diameter credit-control messages to the OCS has been temporarily prevented. The usage of Credit-Control-Failure-Handling AVP gives flexibility to have different failure handling for credit-control session.

This AVP may be received from the OCS or may be locally configured. The value received from the OCS in the Diameter Credit-Control-Answer message always override any already existing value.

As defined in RFC 4006 [402], the Tx timer is introduced to limit the waiting time in the CTF for an answer to the credit control request sent to the OCS. When the Tx timer elapses the CTF takes an action to the end user according to the value of the Credit-Control-Failure-Handling AVP.

It is possible that several concurrent Credit Control Request messages are triggered for the same online charging session. In this case, each Credit Control Request message shall reset the Tx timer as defined in RFC 4006 [402].

## 6.3.10    Support of Failover

As defined in RFC 4006 [402] if a failure occurs during an ongoing credit-control session, the CTF may move the credit control message stream to an alternative OCS if the primary OCS indicated FAILOVER_SUPPORTED in the CC-Session-Failover AVP. In case CC-Session-Failover AVP is set to FAILOVER_NOT SUPPORTED the credit control message stream is not moved to a backup OCS.

For new credit control sessions, failover to an alternative OCS should be performed if possible. For instance, if an implementation of the CTF can determine primary OCS unavailability it can establish the new credit control sessions with a possibly available secondary OCS.

Since the OCS has to maintain session states, moving the credit-control message stream to a backup OCS requires a complex charging context transfer solution. This charging context transfer mechanism by OCS is out of the scope of the 3GPP standardization work.

## 6.3.11    Credit Pooling

Credit pooling shall be supported as described in TS 32.240 [1].

   Note: Credit pooling is not applicable to IEC since there is no quota management between CTF and OCF.

# 6.4 Message formats for Online Charging

## 6.4.1 Summary of Online Charging Message Formats

### 6.4.1.1 General

The corresponding Diameter credit control application messages for the Debit / Reserve Unit Request operation is Credit-Control-Request (CCR) and for the Debit / Reserve Unit Response operation is Credit-Control-Answer (CCA) as specified in RFC 4006 [402].

The Diameter Credit-Control Application (DCCA) specifies an approach based on a series of "interrogations":

- Initial interrogation.

- Zero, one or more interim interrogations.

- Final interrogation.

In addition to a series of interrogations, also a one time event (interrogation) can be used e.g. in the case when service execution is always successful.

All of these interrogations use Credit-*Control-Request* and *Credit-Control-Answer* messages. The *Credit-Control-Request* for the "interim interrogation" and "final interrogation" reports the actual number of "units" that were used, from what was previously reserved. This determines the actual amount debited from the subscriber's account.

Table 6.4.1.1 describes the use of these Diameter messages which are adapted for 3GPP online charging.

**Table 6.4.1.1: Online Charging Messages Reference Table**

| Command-Name | Source | Destination | Abbreviation |
|---|---|---|---|
| Credit-Control-Request | CTF | OCS | CCR |
| Credit-Control-Answer | OCS | CTF | CCA |
| Capabilities-Exchange-Request | CTF | OCS | CER |
| Capabilities Exchange Answer | OCS | CTF | CEA |

Additional Diameter messages (i.e. ASR/ASA, DPR/DPA, DWR/DWA, RAR/RAA) are used according to the Diameter Base Protocol Accounting (DBPA) specification in RFC 3588 [401] and to the DCCA specification in RFC 4006 [402].

## 6.4.1.2     Structure for the Credit Control Message Formats

The following is the basic structure shared by all online charging messages. This is based directly on the format of the messages defined in RFC 4006 [402].

Those Diameter Accounting AVPs that are used for 3GPP online charging are marked in the table of contents 6.4.2 and 6.4.3 with a category as specified in TS 32.240 [1].

In the definition of the Diameter Commands, the AVPs that are specified in the referenced specifications but not used by the 3GPP charging specifications are marked with strikethrough, e.g. [ Acct Multi Session Id ].

The following symbols are used in the message format definitions:

- <AVP> indicates a mandatory AVP with a fixed position in the message.

- {AVP} indicates a mandatory AVP in the message.

- [AVP] indicates an optional AVP in the message.

- *AVP indicates that multiple occurrences of an AVP is possible.

## 6.4.2    Credit-Control-Request Message

The CCR messages, indicated by the Command-Code field set to 272 is sent by the CTF to the OCF in order to request credits for the request bearer / subsystem /service.

The CCR message format is defined according to RFC 4006 [402] as follows:

```
<CCR> ::= < Diameter Header: 272, REQ, PXY >

            < Session-Id >
            { Origin-Host }
            { Origin-Realm }
            { Destination-Realm }
            { Auth-Application-Id }
            { Service-Context-Id }
            { CC-Request-Type }
            { CC-Request-Number }
            [ Destination-Host ]
            [ User-Name ]
            [ CC-Sub-Session-Id ]
            [ Acct-Multi-Session-Id ]
            [ Origin-State-Id ]
            [ Event-Timestamp ]
          *[ Subscription-Id ]
            [ Service-Identifier ]
            [ Termination-Cause ]
            [ Requested-Service-Unit ]
            [ Requested-Action ]
          *[ Used-Service-Unit ]
            [ AoC-Request-Type ]
            [ Multiple-Services-Indicator ]
          *[ Multiple-Services-Credit-Control ]
          *[ Service-Parameter-Info ]
            [ CC-Correlation-Id ]
            [ User-Equipment-Info ]
          *[ Proxy-Info ]
          *[ Route-Record ]
            [ Service-Information ]
          *[ AVP ]
```

Table 6.4.2 illustrates the basic structure of a 3GPP Diameter Credit Control *Credit-Control-Request* message as used for Online Charging.

**3GPP TS 32.299 version 10.7.0 Release 10**       65       **ETSI TS 132 299 V10.7.0 (2012-09)**

**Table 6.4.2: 3GPP Credit-Control-Request Message Content**

| AVP | Category | Description |
|---|---|---|
| Session-Id | M | This field identifies the operation session. |
| Origin-Host | M | This field contains the identification of the source point of the operation and the realm of the operation originator. |
| Origin-Realm | M | This field contains the realm of the operation originator. |
| Destination-Realm | M | This field contains the realm of the operator domain. The realm will be addressed with the domain address of the corresponding public URI. |
| Auth-Application-Id | M | The field corresponds to the application ID of the Diameter Credit Control Application and is defined with the value 4. |
| Service-Context-Id | M | This field indicates the supported protocol version. |
| CC-Request-Type | M | This field defines the transfer type: event for event based charging and initial, update, terminate for session based charging. |
| CC-Request-Number | M | This field contains the sequence number of the transferred messages. |
| Destination-Host | O$_C$ | This field contains the destination peer address of the OCS identity. |
| User-Name | O$_C$ | Contains the user name determined by the domain: bearer, sub-system or service as described in middle tier TS. |
| CC-Sub-Session-Id | - | Not used in 3GPP. |
| Acct-Multi-Session-Id | - | Not used in 3GPP. |
| Origin-State-Id | O$_C$ | This field contains the state associated to the CTF. |
| Event-Timestamp | O$_C$ | This field corresponds to the exact time the quota is requested. |
| Subscription-Id | O$_M$ | This field contains the identification of the user that is going to access the service in order to be identified by the OCS. |
|    Subscription-Id-Type | M | This field determines the type of the identifier, e.g. t value 0 is used for the international E.164 format according to ITU-T E.164 numbering plan. |
|    Subscription-Id-Data | M | This field contains the user data content e.g. the MSISDN. |
| Service-Identifier | - | Not used in 3GPP. |
| Termination-Cause | O$_C$ | This field contains the reason the credit control session was terminated. |
| Requested-Service-Unit | - | Not used in 3GPP, see Multiple-Services-Credit-Control. |
|    CC-Time | - | Not used in 3GPP. |
|    CC-Money | - | Not used in 3GPP. |
|      Unit-Value | - | Not used in 3GPP. |
|        Value-Digits | - | Not used in 3GPP. |
|        Exponent | - | Not used in 3GPP. |
|      Currency-Code | - | Not used in 3GPP. |
|    CC-Total-Octets | - | Not used in 3GPP. |
|    CC-Input-Octets | - | Not used in 3GPP. |
|    CC-Output-Octets | - | Not used in 3GPP. |
|    CC-Service-Specific-Units | - | Not used in 3GPP. |
|    AVP | - | Not used in 3GPP. |
| Requested-Action | O$_C$ | The field defines the type of action if the CC-Request-Type indicates EVENT. |
| AoC-Request-Type | Oc | This field denotes if AoC Information is requested and what type of information is needed. |
| Used-Service-Unit | - | Not used in 3GPP, see Multiple-Services-Credit-Control. |
|    Tariff-Change-Usage | - | Not used in 3GPP. |
|    CC-Time | - | Not used in 3GPP. |
|    CC-Money | - | Not used in 3GPP. |
|      Unit-Value | - | Not used in 3GPP. |
|        Value-Digits | - | Not used in 3GPP. |
|        Exponent | - | Not used in 3GPP. |
|      Currency-Code | - | Not used in 3GPP. |
|    CC-Total-Octets | - | Not used in 3GPP. |
|    CC-Input-Octets | - | Not used in 3GPP. |
|    CC-Output-Octets | - | Not used in 3GPP. |
|    CC-Service-Specific-Units | - | Not used in 3GPP. |
|    AVP | - | Not used in 3GPP. |
| Multiple-Services-Indicator | O$_M$ | This field indicates whether the CTF is capable of handling multiple services independently. |

| | | |
|---|---|---|
| Multiple-Services-Credit Control | O$_C$ | This field contains all parameters for the CTF quota management and defines the quotas to allow traffic to flow. |
| Granted-Service-Unit | - | Not used in CCR. |
| Tariff-Change-Usage | - | Not used in CCR. |
| CC-Time | - | Not used in CCR. |
| CC-Money | - | Not used in CCR. |
| Unit-Value | - | Not used in CCR. |
| Value-Digits | - | Not used in CCR. |
| Exponent | - | Not used in CCR. |
| Currency-Code | - | Not used in CCR. |
| CC-Total-Octets | - | Not used in CCR. |
| CC-Input-Octets | - | Not used in CCR. |
| CC-Output-Octets | - | Not used in CCR. |
| CC-Service-Specific-Units | - | Not used in CCR. |
| AVP | - | Not used in 3GPP. |
| Requested-Service-Unit | O$_C$ | This field contains the amount of requested service units for a particular category or an indication that units are needed for a particular category, as defined in DCCA [402]. |
| CC-Time | O$_C$ | This field contains the amount of requested time. |
| CC-Money | - | Not used in 3GPP. |
| Unit-Value | - | Not used in 3GPP. |
| Value-Digits | - | Not used in 3GPP. |
| Exponent | - | Not used in 3GPP. |
| Currency-Code | - | Not used in 3GPP. |
| CC-Total-Octets | O$_C$ | This field contains the requested amount of octets to be sent and received. |
| CC-Input-Octets | O$_C$ | This field contains the requested amount of octets to be received. |
| CC-Output-Octets | O$_C$ | This field contains the requested amount of octets to be sent. |
| CC-Service-Specific-Units | O$_C$ | This field contains the requested amount of service specific units, e.g. number of events. |
| AVP | - | Not used in 3GPP. |
| Used-Service-Unit | O$_C$ | This field contains the amount of used non-monetary service units measured for a particular category to a particular quota type. |
| Reporting-Reason | O$_C$ | Used as defined in clause 7.2. |
| Tariff-Change-Usage | O$_C$ | This field identifies the reporting period for the used service unit, i.e. before, after or during tariff change. |
| CC-Time | O$_C$ | This field contains the amount of used time. |
| CC-Money | - | Not used in 3GPP. |
| Unit-Value | - | Not used in 3GPP. |
| Value-Digits | - | Not used in 3GPP. |
| Exponent | - | Not used in 3GPP. |
| Currency-Code | - | Not used in 3GPP. |
| CC-Total-Octets | O$_C$ | This field contains the amount of sent and received octets. |
| CC-Input-Octets | O$_C$ | This field contains the amount of received octets. |
| CC-Output-Octets | O$_C$ | This field contains the amount of sent octets. |
| CC-Service-Specific-Units | O$_C$ | This field contains the amount of service specific units, e.g. number of events. |
| Event-Charging-TimeStamp | O$_c$ | Used as defined in clause 7.2. |
| AVP | - | Not used in 3GPP. |
| Tariff-Change-Usage | - | Not used in 3GPP. |
| Service-Identifier | O$_C$ | This field contains identity of the used service. This ID with the Service-Context-ID together forms an unique identification of the service. |
| Rating-Group | O$_C$ | This field contains the identifier of a rating group. |
| G-S-U-Pool-Reference | - | Not used in CCR. |
| G-S-U-Pool-Identifier | - | Not used in CCR. |
| CC-Unit-Type | - | Not used in CCR. |
| Unit-Value | - | Not used in CCR. |
| Value-Digits | - | Not used in CCR. |
| Exponent | - | Not used in CCR. |
| Validity-Time | - | Not used in CCR. |
| Result-Code | - | Not used in CCR. |
| Final-Unit-Indication | - | Not used in CCR. |
| Final-Unit-Action | - | Not used in CCR. |
| Restriction-Filter-Rule | - | Not used in CCR. |
| Filter-Id | - | Not used in CCR. |

| | | |
|---|---|---|
| Redirect-Server | - | Not used in CCR. |
| Redirect-Address-Type | - | Not used in CCR. |
| Redirect-Server-Address | - | Not used in CCR. |
| Time-Quota-Threshold | - | Not used in CCR. |
| Volume-Quota-Threshold | - | Not used in CCR. |
| Quota-Holding-Time | - | Not used in CCR. |
| Quota-Consumption-Time | - | Not used in CCR. |
| Reporting-Reason | $O_C$ | Used as defined in clause 7.2. |
| Trigger | $O_C$ | Used as defined in clause 7.2. |
| Trigger-Type | $O_C$ | Used as defined in clause 7.2. |
| Refund-Information | $O_C$ | Used as defined in clause 7.2. |
| Envelope | $O_C$ | Used as defined in clause 7.2. |
| Envelope-Start-Time | M | Used as defined in clause 7.2. |
| Envelope-End-Time | $O_C$ | Used as defined in clause 7.2. |
| CC-Total-Octets | $O_C$ | Used as defined in clause 7.2. |
| CC-Input-Octets | $O_C$ | Used as defined in clause 7.2. |
| CC-Output-Octets | $O_C$ | Used as defined in clause 7.2. |
| CC-Service-Specific-Units | $O_C$ | Used as defined in clause 7.2 |
| AVP | $O_C$ | |
| AF-Correlation-Information | $O_C$ | Used as defined in clause 7.2. |
| Service-Specific-Info | $O_C$ | Used as defined in clause 7.2. |
| Service-Specific-Type | $O_C$ | Used as defined in clause 7.2. |
| Service-Specific-Data | $O_C$ | Used as defined in clause 7.2. |
| QoS-Information | $O_C$ | This field contains authorized QoS applicable for service data flow, which initially triggers the activation of this MSCC instance. Included in first quota request to rating group if service data flow specific QoS control is in use, see TS 29.212 [215] for more information. For IP-CAN bearer specific Rating Group/Service Identifier this field is not included. |
| QoS-Class-Identifier | M | See TS 29.212 [215] for more information. |
| Max-Requested-Bandwidth-UL | $O_C$ | See TS 29.212 [215] for more information. |
| Max-Requested-Bandwidth-DL | $O_C$ | See TS 29.212 [215] for more information. |
| Guaranteed-Bitrate-UL | $O_C$ | See TS 29.212 [215] for more information. |
| Guaranteed-Bitrate-DL | $O_C$ | See TS 29.212 [215] for more information. |
| Bearer-Identifier | $O_C$ | See TS 29.212 [215] for more information. |
| Allocation-Retention-Priority | $O_C$ | See TS 29.212 [215] for more information. |
| Priority-Level | $O_C$ | See TS 29.212 [215] for more information. |
| Pre-emption-Capability | $O_C$ | See TS 29.212 [215] for more information. |
| Pre-emption-Vulnerability | $O_C$ | See TS 29.212 [215] for more information. |
| APN-Aggregate-Max-Bitrate-UL | $O_C$ | See TS 29.212 [215] for more information. |
| APN-Aggregate-Max-Bitrate-DL | $O_C$ | See TS 29.212 [215] for more information. |
| AVP | - | Not used in 3GPP. |
| Service-Parameter-Info | - | Not used in 3GPP. |
| Service-Parameter-Type | - | Not used in 3GPP. |
| Service-Parameter-Value | - | Not used in 3GPP. |
| CC-Correlation-Id | $O_C$ | This field contains information to correlate credit-control requests generated for different components of the service, e.g., transport and service level. |
| User-Equipment-Info | $O_C$ | This field contains the identification of the identity and terminal capability the subscriber is using for the connection to mobile network if available. |
| User-Equipment-Info-Type | M | This field determines the type of the identifier. The used value is 0 for the international mobile equipment identifier and software version according to TS 23.003[224]. |
| User-Equipment-Info-Value | M | This field contains the user IMEISV. |
| Proxy-Info | $O_C$ | This field contains information of the host. |
| Proxy-Host | M | This field contains the identity of the host that added the Proxy-Info field. |
| Proxy-State | M | This field contains state local information. |
| Route-Record | $O_C$ | This field contains an identifier inserted by a relaying or proxying node to identify the node it received the message from. |
| Service-Information | $O_M$ | This parameter holds the individual service specific parameters as defined in the corresponding 'middle tier' TS. |
| AVP | $O_C$ | |

## 6.4.3    Credit-Control-Answer Message

The Credit-Control-Answer (CCA) messages, indicated by the Command-Code field set to 272 is sent by the OCF to the CTF in order to reply to the CCR.

The CCA message format is defined according to RFC 4006 [402] as follows:

```
<CCA> ::=  < Diameter Header: 272, PXY >

           < Session-Id >
           { Result-Code }
           { Origin-Host }
           { Origin-Realm }
           { Auth-Application-Id }
           { CC-Request-Type }
           { CC-Request-Number }
           [ User-Name ]
           [ CC-Session-Failover ]
           [ CC-Sub-Session-Id ]
           [ Acct-Multi-Session-Id ]
           [ Origin-State-Id ]
           [ Event-Timestamp ]
           [ Granted-Service-Unit ]
          *[ Multiple-Services-Credit-Control ]
           [ Cost-Information]
           [ Low-Balance-Indication ]
           [ Remaining-Balance ]
           [ Final-Unit-Indication ]
           [ Check-Balance-Result ]
           [ Credit-Control-Failure-Handling ]
           [ Direct-Debiting-Failure-Handling ]
           [ Validity-Time]
          *[ Redirect-Host]
           [ Redirect-Host-Usage ]
           [ Redirect-Max-Cache-Time ]
          *[ Proxy-Info ]
          *[ Route-Record ]
          *[ Failed-AVP ]
           [ Service-Information ]
          *[ AVP ]
```

Table 6.4.3 illustrates the basic structure of a 3GPP Diameter Credit-Control *Credit-Control-Answer* message as used for online charging. This message is always used by the OCF as specified below, independent of the receiving CTF and the CCR record type that is being replied to.

**Table 6.4.3: 3GPP Credit-Control-Answer Message Content**

| AVP | Category | Description |
|-----|----------|-------------|
| Session-Id | M | This field identifies the operation session. |
| Result-Code | M | This field contains the result of the specific query. |
| Origin-Host | M | This field contains the identification of the source point of the operation and the realm of the operation originator. |
| Origin-Realm | M | This field contains the realm of the operation originator. |
| Auth-Application-Id | M | The field corresponds to the application ID of the Diameter Credit Control Application and is defined with the value 4. |
| CC-Request-Type | M | This field defines the transfer type: initial, update, terminate for session based charging and event for event based charging. |
| CC-Request-Number | M | This field contains the sequence number of the transferred messages. |
| User-Name | - | Not used in 3GPP. |
| CC-Session Failover | O$_C$ | This field contains an indication to the CTF whether or not a failover handling is to be used when necessary. |
| CC-Sub-session-Id | - | Not used in 3GPP. |
| Acct-Multi-Session-Id | - | Not used in 3GPP. |
| Origin-State-Id | - | Not used in 3GPP. |
| Event-Timestamp | - | Not used in 3GPP. |
| Granted-Service-Unit | - | Not used in 3GPP, see Multiple-Services-Credit-Control. |
| Tariff-Time-Change | - | Not used in 3GPP. |
| CC-Time | - | Not used in 3GPP. |
| CC-Money | - | Not used in 3GPP. |
| Unit-Value | - | Not used in 3GPP. |
| Value-Digits | - | Not used in 3GPP. |
| Exponent | - | Not used in 3GPP. |
| Currency-Code | - | Not used in 3GPP. |
| CC-Total-Octets | - | Not used in 3GPP. |
| CC-Input-Octets | - | Not used in 3GPP. |
| CC-Output-Octets | - | Not used in 3GPP. |
| CC-Service-Specific-Units | - | Not used in 3GPP. |
| AVP | - | Not used in 3GPP. |
| Multiple-Services-Credit-Control | O$_C$ | This field contains all parameters for the CTF quota management and defines the quotas to allow traffic to flow. |
| Granted-Service-Unit | O$_C$ | This field contains the amount of granted service units for a particular category. |
| Tariff-Time-Change | O$_C$ | This field identifies the reporting period for the granted service units, i.e. before, after or during tariff change. |
| CC-Time | O$_C$ | This field contains the amount of granted time. |
| CC-Money | - | Not used in 3GPP. |
| Unit-Value | - | Not used in 3GPP. |
| Value-Digits | - | Not used in 3GPP. |
| Exponent | - | Not used in 3GPP. |
| Currency-Code | - | Not used in 3GPP. |
| CC-Total-Octets | O$_C$ | This field contains the amount for sent and received octets. |
| CC-Input-Octets | O$_C$ | This field contains the amount for received octets. |
| CC-Output-Octets | O$_C$ | This field contains the amount for sent octets. |
| CC-Service-Specific-Units | O$_C$ | This field contains the amount for service specific units, e.g. number of events. |
| AVP | - | Not used in CCA. |
| Requested-Service-Unit | - | Not used in CCA. |
| Tariff-Time-Change | - | Not used in CCA. |
| CC-Time | - | Not used in CCA. |
| CC-Money | - | Not used in CCA. |
| Unit-Value | - | Not used in CCA. |
| Value-Digits | - | Not used in CCA. |
| Exponent | - | Not used in CCA. |
| Currency-Code | - | Not used in CCA. |
| CC-Total-Octets | - | Not used in CCA. |
| CC-Input-Octets | - | Not used in CCA. |

| AVP | Category | Description |
|---|---|---|
| CC-Output-Octets | - | Not used in CCA. |
| CC-Service-Specific-Units | - | Not used in CCA. |
| Used-Service-Unit | - | Not used in CCA. |
| Tariff-Time-Change | - | Not used in CCA. |
| CC-Time | - | Not used in CCA. |
| CC-Money | - | Not used in CCA. |
| Unit-Value | - | Not used in CCA. |
| Value-Digits | - | Not used in CCA. |
| Exponent | - | Not used in CCA. |
| Currency-Code | - | Not used in CCA. |
| CC-Total-Octets | - | Not used in CCA. |
| CC-Input-Octets | - | Not used in CCA. |
| CC-Output-Octets | - | Not used in CCA. |
| CC-Service-Specific-Units | - | Not used in CCA. |
| Tariff-Change-Usage | - | Not used in 3GPP. |
| Service-Identifier | $O_C$ | This field contains identity of the used service. This ID with the Service-Context-ID together forms an unique identification of the service. |
| Rating-Group | $O_C$ | This field contains the identifier of a rating group. |
| G-S-U-Pool-Reference | $O_C$ | Only used in ECUR and SCUR. |
| G-S-U-Pool-Identifier | M | |
| CC-Unit-Type | M | |
| Unit-Value | M | |
| Value-Digits | M | |
| Exponent | $O_C$ | |
| Validity-Time | $O_C$ | This field defines the time in order to limit the validity of the granted quota for a given category instance. |
| Result-Code | $O_C$ | This field contains the result of the query. |
| Final-Unit-Indication | $O_C$ | This field indicates that the Granted-Service-Unit containing the final units for the service. |
| Final-Unit-Action | M | |
| Restriction-Filter-Rule | $O_C$ | |
| Filter-Id | $O_C$ | |
| Redirect-Server | $O_C$ | |
| Redirect-Address-Type | M | |
| Redirect-Server-Address | M | |
| Time-Quota-Threshold | $O_C$ | Used as defined in clause 7.2. |
| Volume-Quota-Threshold | $O_C$ | Used as defined in clause 7.2. |
| Unit-Quota-Threshold | $O_C$ | Used as defined in clause 7.2. |
| Quota-Holding-Time | $O_C$ | Used as defined in clause 7.2. |
| Quota-Consumption-Time | $O_C$ | Used as defined in clause 7.2. |
| Reporting-Reason | - | Not used in CCA. |
| Trigger | $O_C$ | Used as defined in clause 7.2. |
| Trigger-Type | $O_C$ | Used as defined in clause 7.2. |
| PS-Furnish-Charging-Information | $O_C$ | Used as defined in clause 7.2. |
| Refund-Information | $O_C$ | Used as defined in clause 7.2. |
| Envelope-Reporting | $O_C$ | Used as defined in clause 7.2. |
| Time-Quota-Mechanism | $O_C$ | Used as defined in clause 7.2. |
| Time-Quota-Type | M | Used as defined in clause 7.2. |
| Base-Time-Interval | M | Used as defined in clause 7.2. |
| AF-Correlation-Information | - | Not used in CCA. |
| AVP | - | Not used in 3GPP. |
| Cost-Information | $O_C$ | Used as defined in DCCA [402]. |
| Unit-Value | M | Used as defined in DCCA [402]. |
| Value-Digits | M | Used as defined in DCCA [402]. |
| Exponent | $O_C$ | Used as defined in DCCA [402]. |
| Currency-Code | M | Used as defined in DCCA [402]. |
| Cost-Unit | $O_C$ | Used as defined in DCCA [402]. |
| Low-Balance-Indication | $O_C$ | This field indicates whether the subscriber account balance went below a designated threshold set by his account. |
| Remaining-Balance | $O_C$ | This field contains the remaining balance of the subscriber. |
| Unit-Value | M | Used as defined in DCCA [402]. |
| Value-Digits | M | Used as defined in DCCA [402]. |
| Exponent | $O_C$ | Used as defined in DCCA [402]. |
| Currency-Code | M | Used as defined in DCCA [402]. |

| AVP | Category | Description |
|---|---|---|
| Final-Unit-Indication | - | Not used in 3GPP, see Multiple-Services-Credit-Control. |
| Final-Unit-Action | - | Not used in 3GPP. |
| Restriction-Filter-Rule | - | Not used in 3GPP. |
| Filter-Id | - | Not used in 3GPP. |
| Redirect-Server | - | Not used in 3GPP. |
| Redirect-Address-Type | - | Not used in 3GPP. |
| Redirect-Server-Address | - | Not used in 3GPP. |
| Check-Balance-Result | - | Not used in 3GPP. |
| Credit-Control-Failure-Handling | $O_C$ | Used as defined in DCCA [402]. |
| Direct-Debiting-Failure-Handling | $O_C$ | Used as defined in DCCA [402]. |
| Validity-Time | - | Not used in 3GPP. |
| Redirect-Host | $O_C$ | |
| Redirect-Host-Usage | $O_C$ | |
| Redirect-Max-Cache-Time | $O_C$ | |
| Proxy-Info | $O_C$ | This field contains information of the host. |
| Proxy-Host | M | This field contains the identity of the host that added the Proxy-Info field. |
| Proxy-State | M | This field contains state local information. |
| Route-Record | $O_C$ | This field contains an identifier inserted by a relaying or proxying node to identify the node it received the message from. |
| Failed-AVP | $O_C$ | |
| Service-Information | $O_C$ | This parameter holds the individual service specific parameters as defined in the corresponding 'middle tier' TS. |
| AVP | $O_C$ | |

## 6.4.4    Re-Auth-Request Message

Table 6.4.4 illustrates the basic structure of a Diameter Credit Control *Re-Auth-Request* message as used for online charging.

**Table 6.4.4: Re-Auth-Request (RAR) Message Contents for Online Charging**

| AVP | Category | Description |
|---|---|---|
| Session-Id | M | This field identifies the operation session. |
| Origin-Host | M | This field contains the identification of the source point of the operation and the realm of the operation originator. |
| Origin-Realm | M | This field contains the realm of the operation originator. |
| Destination-Realm | M | This field contains the realm of the operator domain. The realm will be addressed with the domain address of the corresponding public URI. |
| Destination-Host | M | This field contains the destination peer address of the OCS identity. |
| Auth-Application-Id | M | The field corresponds to the application ID of the Diameter Credit Control Application and is defined with the value 4. |
| Re-Auth-Request-Type | M | This field is used to inform the CTF of the action expected upon expiration of the Authorization-Lifetime |
| User-Name | $O_C$ | This field contains the username. |
| Origin-State-Id | $O_C$ | This field contains the state associated to the CTF. |
| Proxy-Info | $O_C$ | This field contains information of the host. |
| Proxy-Host | M | This field contains the identity of the host that added the Proxy-Info field. |
| Proxy-State | M | This field contains state local information. |
| Route-Record | $O_C$ | This field contains an identifier inserted by a relaying or proxying node to identify the node it received the message from. |
| CC-Sub-Session-Id | - | Not used in 3GPP. |
| G-S-U-Pool-Identifier | $O_C$ | This field contains an identifier to indicate the credit pool. |
| Service-Identifier | $O_C$ | |
| Rating-Group | $O_C$ | |
| AVP | $O_C$ | |

## 6.4.5      Re-Auth-Answer Message

Table 6.4.5 illustrates the basic structure of a Diameter Credit Control *Re-Auth-Answer* message as used for online charging.

**Table 6.4.5: Re-Auth-Answer (RAA) Message Contents for Online Charging**

| Diameter Credit Control Application AVPs | |
|---|---|
| AVP | Used in 3GPP |
| <Diameter Header: 258, PXY> | Yes |
| <Session-Id> | Yes |
| {Result-Code} | Yes |
| {Origin-Host} | Yes |
| {Origin-Realm} | Yes |
| [User-Name] | Yes |
| [Origin-State-Id] | Yes |
| [Error-Message] | Yes |
| [Error-Reporting-Host] | Yes |
| *[Failed-AVP] | Yes |
| *[Redirect-Host] | Yes |
| [Redirect-Host-Usage] | Yes |
| [Redirect-Max-Cache-Time] | Yes |
| * [Proxy-Info] | No |
| { Proxy-Host } | No |
| { Proxy-State } | No |
| *[AVP] | Yes |

*Editor's note: The rationale for "NO" above should be provided. If the message is identical to the definition in DCC the table may be replaced by a reference to DCC.*

## 6.4.6.      Capabilities-Exchange-Request Message

The Capabilities-Exchange-Request message structure is described in RFC 3588 [401].

## 6.4.7      Capabilities-Exchange-Answer Message

The Capabilities-Exchange-Answer message structure is described in RFC 3588 [401].

## 6.4.8      Device-Watchdog-Request Message

The Device-Watchdog-Request message structure is described in RFC 3588 [401].

## 6.4.9      Device-Watchdog-Answer Message

The Device-Watchdog-Answer message structure is described in RFC 3588 [401].

## 6.4.10      Disconnect-Peer-Request Message

The Disconnect-Peer-Request message structure is described in RFC 3588 [401].

## 6.4.11      Disconnect-Peer-Answer Message

The Disconnect-Peer-Answer message structure is described in RFC 3588 [401].

## 6.4.12      Abort-Session-Request Message

The Abort-Session-Request message structure is described in RFC 3588 [401].

## 6.4.13      Abort-Session -Answer Message

The Abort-Session-Answer message structure is described in RFC 3588 [401].

# 6.5        Other procedural description of the 3GPP charging applications

## 6.5.1        Re-authorization

### 6.5.1.1          Idle timeout

The server may specify an idle timeout associated with a granted quota using the Quota-Holding-Time AVP. If no traffic associated with the quota is observed for this time, the client shall understand that the traffic has stopped and the quota is returned to the server. The client shall start the quota holding timer when quota consumption ceases.  This is always when traffic ceases, i.e. the timer is re-started at the end of each packet. It applies equally to the granted time quota and to the granted volume quota. The timer is stopped on sending a CCR and re-initialised on receiving a CCA with the previous used value or a new value of Quota-Holding-Time if received.

Alternatively, if this AVP is not present, a locally configurable default value in the client shall be used. A Quota-Holding-Time value of zero indicates that this mechanism shall not be used.

### 6.5.1.2          Change of charging conditions

There are a number of mid-session service events (re-authorisation triggers), which could affect the rating of the current service usage, e.g. end user QoS changes or location updates. When allocating resources, the server may instruct the credit control client to re-authorize the quota upon a number of different session related triggers that can affect the rating conditions. The server instruct the Network Element to monitor for such events by using the Trigger AVP containing one or more Trigger-Type AVPs in the CCA command. These events are in addition to the static triggers defined in the service specific document (middle tier TS).

Once the OCS has armed one or more triggers using the Trigger AVP at the Network Element, these triggers shall remain in effect until another Trigger AVP is received for the same Rating Group, where the Network Element shall arm all triggers present in the Trigger AVP and reset all other triggers. The presence of the Trigger AVP without any Trigger-Type AVPs in a CCA allows OCS to disable all the triggers that were armed in a previous Trigger AVP.

> NOTE:     This removes the need for the OCS to send trigger information in every CCA message when they have not changed.

When one of the armed triggers happen, a credit re-authorization shall be sent to the server including information related to the service event even if all the granted service units have not been used. The quota is also being reported.

For example, if the Trigger AVP is used, then the client shall only re-authorise the quota for the service usage associated with  events which were included in the last received Trigger AVP.

If the server does not control the events for re-authorisation using the Trigger AVP, the Network Element shall only monitor for default events defined in the relevant service specific document (middle tier TS).

### 6.5.1.3          Reporting quota usage

The credit control client shall report the quota usage under a number of circumstances. When this happens, the reason for the quota being reported is notified to the server through the use of the Reporting-Reason AVP in the CCR. The reason for reporting credit usage can occur directly in the Multiple-Services-Credit-Control AVP, or in the Used-Service-Units AVP, depending on whether it applies for all quota types or a particular quota type respectively. It shall not be used at command level.  It shall always and shall only be sent when usage is being reported.

When the reason is RATING_CONDITION_CHANGE, the Trigger AVP shall also be included to indicate the specific armed trigger events which caused the reporting and re-authorisation request.

### 6.5.1.4        Quota consumption

The consumption of quota is captured using mechanisms described in 6.5.1.3.

Volume quota is considered used or consumed in the normal way, corresponding to actual traffic.

The consumption of time quota may be controlled by Quota-Consumption-Time as described in clause 6.5.4, or by extended mechanisms as described in clause 6.5.7.

## 6.5.2        Threshold based re-authorization triggers

The server may optionally include as part of the Multiple-Services-Credit-Control AVP, when it is providing a quota, an indication to the client of the remaining quota threshold that shall trigger a quota re-authorization. The Time-Quota-Threshold AVP indicates the threshold in seconds when the granted quota is time, and the Volume-Quota-Threshold AVP indicates the threshold in octets when the granted quota is volume. The Unit-Quota-Threshold AVP indicates the threshold in service specific units, that are defined in the service specific documents, when the granted quota is service specific.

If the threshold triggers were included along with the quota granted, the Credit Control client, then, shall seek re-authorisation from the server for the quota when the quota contents fall below the supplied threshold. The client shall allow service to continue whilst the re-authorisation is progress, until the original quota had been consumed.

## 6.5.3        Termination action

The termination action is sent over the Ro reference point. Two different approaches are specified:

- ▪ The Final-Unit-Indication AVP with Final-Unit-Action TERMINATE does not include any other information. When the user has consumed the final granted units, the network element shall terminate the service. This is the default handling applicable whenever the client receives an unsupported Final-Unit-Action value. If the Final-Unit-Indication AVP is at Multiple-Services-Credit-Control level, the network element shall send Credit Control Request message with CC-Request-Type AVP  set to the value UPDATE_REQUEST and report the Used-Service-Unit AVP for the service that has terminated, as defined in RFC 4006 [402].

- ▪ Another termination action consists in re-directing packets corresponding to a terminated service (consumption of the final granted units) to an application server. This allows the client to redirect user originated requests to a top-up server so that network access can be re-instated. This functionality is achieved with the server returning a "REDIRECT" and redirect-to URL in the Final-Units-Action AVP of the Multiple-Services-Credit-Control AVP or at command level. Upon receiving this result code, the Network Element shall apply the redirection. The URL should be categorized so that the End-User's ability to reach it is guaranteed.

## 6.5.4        Quota consumption time

The server may optionally indicate to the client that the quota consumption must be stopped after a period equal to the Quota Consumption Time in which no packets are received or at session termination, whichever is sooner. This is indicated by including the Quota-Consumption-Time AVP in the CCA. The idle period equal to the Quota Consumption Time is included in the reported usage. The quota is consumed normally during gaps in traffic of duration less than or equal to the Quota-Consumption-Time. Quota consumption resumes on receipt of a further packet belonging to the service data flow.

If packets are allowed to flow during a Credit Control Request (Update)/Credit Control Answer exchange, and the Quota-Consumption-Time AVP value in the provided quota is the same as in the previously provided quota, then the Quota-Consumption-Time runs normally through this procedure. For example, if 5 seconds of a 10 second QCT timer have passed when a CCR[Update] is triggered, and the CCA[Update] returns 2 seconds later, then the QCT timer will expire 3 seconds after the receipt of the CCA and the remaining unaccounted 5 seconds of usage will be recorded against the new quota even though no packets were transmitted with the new quota.

In the case of a new quota with the Quota-Consumption-Time AVP, or when packets are blocked during the CCR[Update]/CCA procedure then the Quota-Consumption-Time stops running (if it was running) and quota consumption begins again when the next service data flow packet matching the Charging Rule is received.

If a Quota-Consumption-Time AVP value of zero is provided, or if no Quota-Consumption-Time AVP is present in the CCA, the quota is consumed continuously from the point at which it is granted.

## 6.5.5      Service Termination

The OCF may determine that a service requires termination. The OCF may perform this termination synchronously if it has a CCR pending processing by returning CCA with Result-Code AVP with value DIAMETER-AUTHORIZATION-REJECTED. If the OCF does not have a pending request (asynchronous), the OCF may trigger an ASR to terminate the Diameter session related to the service. On reception of an ASR, the CTF shall close the associated Credit-Control session by sending a CCR [TERMINATE]. The behaviour of the CTF, in relation to the user session, on reception of an ASR is detailed in the middle-tier TS. As an alternative to the ASR, the OCF may trigger a RAR to which the CTF behaves as described in RFC 4006 [402] and the OCF shall return a CCA with Result-Code AVP with value DIAMETER-AUTHORIZATION-REJECTED for the resulting CCR.

## 6.5.6      Envelope reporting

The OCF may determine the need for additional detailed reports identifying start time and end times of specific activity in addition to the standard quota management provided in RFC 4006 [402]. The OCF controls this by sending a CCA with Envelope-Report AVP with the appropriate values. The CTF, on receiving the command, will monitor for traffic for a period of time controlled by the Quota-Consumption-Time AVP and report each period as a single envelope for each Quota-Consumption-Time expiry where there was traffic. The OCF may request envelope reports for just time, time and volume, time and number of events, or time and volume and number of events.

   NOTE:    Envelope reporting is independent of quota management (i.e. there is no interaction).

## 6.5.7      Combinational quota

The Quota-Consumption-Time mechanism, described in clause 6.5.4, may be extended (and replaced) when granting time based quota to provide potentially more efficient use of the online charging interface, i.e. reduced traffic and the algorithms in the OCF are potentially simpler. The alternative handling mechanisms that are defined in this clause are:

   1)   Continuous Time Period (CTP)

   2)   Discrete Time Period (DTP)

Both DTP and CTP define time-envelopes in their own manner. The method of forming a time-envelope is controlled by the Time-Quota-Mechanism AVP, which selects the algorithm and the length of the base time interval.

The base time interval, specified by the Base-Time-Interval AVP, is a basic unit for consuming quota. Quota is deemed to be consumed at the start of each base time interval. The CTF shall allow traffic to pass for the duration of the base time interval.

For DTP, the base time interval defines the length of the discrete time period. A time envelope corresponds to exactly one DTP (and therefore to one base time interval). Quota consumption resumes only on the first traffic following the expiry of the DTP (or the closure of the envelope).

For CTP, the mechanism constructs a time-envelope out of consecutive base time intervals in which traffic has occurred up to and including the first base time interval which contains no traffic. Therefore quota consumption continues within the time envelope, if there was traffic in the previous base time interval. After an envelope has closed, then the quota consumption resumes only on the first traffic following the closure of the envelope. The envelope for CTP includes the last base time interval, i.e. the one which contained no traffic. The end of an envelope can only be determined "retrospectively".

If the CTF receives a Multiple-Services-Credit-Control AVP with both the Quota-Consumption-Time AVP and Time-Quota-Mechanism AVP, then the Time-Quota-Mechanism AVP takes precedence and the CTF shall behave accordingly.

If the server requires details of when the DTPs and CTPs occurred then it shall request the reporting of the corresponding time envelopes, by including the Envelope-Reporting AVP when granting quota in the CCA (INITIAL) to indicate whether the client shall report the start and end of each time envelope, in those cases in which quota is consumed in envelopes. The CTF generates envelopes according to the rules described above and carry each envelope in a separate instance of the Envelope AVP in the CCR.

## 6.5.8      Online control of offline charging information

The Offline-Charging AVP is used on the Ro interface by the OCS to control the CTF in relation to the mechanism by which the CTF generates offline charging information, e.g. for flow based charging controls the formation of service data containers. The information contained, within the Offline-Charging AVP, takes precedence over the default configuration at the CTF. If the Offline-Charging AVP is not sent in the CCA, the OCS does not control the offline charging mechanisms and therefore the default configuration at the CTF is employed.

Controls over time usage, defined in clause 6.5.6 and 6.5.7, are included.

# 6.6      Bindings of the operation to protocol application

This clause aims to describe the mapping between the protocol independent messages and parameter with the Diameter messages and AVP utilized on the 3GPP Offline and Online Charging.

## 6.6.1      Bindings of Charging Data Transfer to Accounting

Table 6.6.1 describes the bindings of the *Charging Data Transfer* operation parameter to the DBPA AVP for 3GPP Offline Charging.

**Table 6.6.1: Bindings to Accounting**

| Charging Data Transfer parameter | Diameter Accounting AVP |
|---|---|
| Operation Number | Accounting-Record-Number |
| Operation Type | Accounting-Record-Type |
| Operation Identifier | Acct-Application-Id |
| Operation Interval | Acct-Interim-Interval |
| Destination Domain | Destination-Realm |
| Origination Timestamp | Event-Timestamp |
| Originator Host | Origin-Host |
| Originator Domain | Origin-Realm |
| Origination State | Origin-State-Id |
| Proxy Information | Proxy-Info |
| Operation Result | Result-Code |
| Route Information | Route-Record |
| Service Information | Service-Information |
| Session Identifier | Session-Id |
| Operation Token | Service-Context-Id |
| User Name | User-Name |

## 6.6.2     Bindings of Debit / Reserve Units to Credit-Control

Table 6.6.2 describes the bindings of the *Debit / Reserve Units* operation parameter to the DCCA AVP for 3GPP Online Charging.

**Table 6.6.2: Bindings to Credit-Control**

| Debit / Reserve Units parameter | DCCA AVP |
|---|---|
| Destination Domain | Destination-Realm |
| Destination Host | Destination-Host |
| Failed parameter | Failed-AVP |
| Multiple Operation | Multiple-Services-Indicator |
| Multiple Unit Operation | Multiple-Services-Credit Control |
| Operation Failover | CC-Session-Failover |
| Operation Failure Action | Credit-Control-Failure-Handling |
| Operation Identifier | Auth-Application-Id |
| Operation Number | CC-Request-Number |
| Operation Result | Result-Code |
| Operation Token | Service-Context-Id |
| Operation Type | CC-Request-Type |
| Origination State | Origin-State-Id |
| Origination Timestamp | Event-Timestamp |
| Originator Domain | Origin-Realm |
| Originator Host | Origin-Host |
| Proxy Information | Proxy-Info |
| Redirection Cache Time | Redirect-Max-Cache-Time |
| Redirection Host | Redirect-Host |
| Redirection Host Usage | Redirect-Host-Usage |
| Requested Action | Requested-Action |
| Route Information | Route-Record |
| Service Information | Service-Information |
| Session Identifier | Session-Id |
| Subscriber Equipment Number | User-Equipment-Info |
| Subscriber Identifier | Subscription-Id |
| Termination Cause | Termination-Cause |
| User Name | User-Name |

# 7 Summary of used Attribute Value Pairs

## 7.1 Diameter AVPs

The use of the Attribute Value Pairs (AVPs) that are defined in the Diameter Protocol is specified in clause 6.2 for offline charging and in clause 6.4 for online charging. The information is summarized in the table 7.1 in alphabetical order. Detailed specification of some of these AVPs is available after the table and for the others can be found from RFC 3588 [401], RFC 4006 [402] and and RFC 4005 [407].

Those Diameter AVPs that are used are marked "M", "O$_M$"or "Oc" in the following table. This implies that their content can be used by the CDF for offline and by the OCF for online charging purposes. Those Diameter AVPs that are not used are marked "-" in the following table.

**Table 7.1: Use Of IETF Diameter AVPs**

| AVP Name | AVP Code | Used in | | | | Value Type | AVP Flag rules | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ACR | ACA | CCR | CCA | | Must | May | Should not | Must not | May Encr. |
| Accounting-Input-Octets | 363 | O$_C$ | - | - | - | Unsigned64 | M | P | - | V | Y |
| Accounting-Input-Packets | 365 | O$_C$ | - | - | - | Unsigned64 | M | P | - | V | Y |
| Accounting-Output-Octets | 364 | O$_C$ | - | - | - | Unsigned64 | M | P | - | V | Y |
| Accounting-Output-Packets | 366 | O$_C$ | - | - | - | Unsigned64 | M | P | - | V | Y |
| Accounting-Realtime-Required | 483 | - | - | - | - | Enumerated | - | - | - | - | - |
| Accounting-Record-Number | 485 | M | M | - | - | Unsigned32 | M | P | - | V | Y |
| Accounting-Record-Type | 480 | M | M | - | - | Enumerated | M | P | - | V | Y |
| Accounting-Sub-Session-Id | 287 | - | - | - | - | Unsigned64 | - | - | - | - | - |
| Acct-Application-Id | 259 | O$_C$ | O$_C$ | - | - | Unsigned32 | M | P | - | V | N |
| Acct-Interim-Interval | 85 | O$_C$ | O$_C$ | - | - | Unsigned32 | M | P | - | V | Y |
| Acct-Multi-Session-Id | 50 | - | - | - | - | Unsigned32 | - | - | - | - | - |
| Acct-Session-Id | 44 | - | - | - | - | OctetString | - | - | - | - | - |
| Auth-Application-Id | 258 | - | - | M | M | Unsigned32 | M | P | - | V | N |
| AVP | * | - | - | - | - | Grouped | - | - | - | - | - |
| Called-Station-Id | 30 | O$_C$ | - | O$_C$ | - | UTF8String | M | P | - | V | N |
| CC-Correlation-Id | 411 | - | - | O$_C$ | - | OctetString | - | P,M | - | V | Y |
| CC-Input-Octets | 412 | - | - | O$_C$ | O$_C$ | Unsigned64 | M | P | - | V | Y |
| CC-Money | 413 | - | - | - | - | Grouped | - | - | - | - | - |
| CC-Output-Octets | 414 | - | - | O$_C$ | O$_C$ | Unsigned64 | M | P | - | V | Y |
| CC-Request-Number | 415 | - | - | M | M | Unsigned32 | M | P | - | V | Y |
| CC-Request-Type | 416 | - | - | M | M | Enumerated | M | P | - | V | Y |
| CC-Service-Specific-Units | 417 | - | - | O$_C$ | O$_C$ | Unsigned64 | M | P | - | V | Y |
| CC-Session-Failover | 418 | - | - | - | O$_C$ | Enumerated | M | P | - | V | Y |
| CC-Sub-Session-Id | 419 | - | - | - | - | Unsigned64 | - | - | - | - | - |
| CC-Time | 420 | - | - | O$_C$ | O$_C$ | Unsigned32 | M | P | - | V | Y |
| CC-Total-Octets | 421 | - | - | O$_C$ | O$_C$ | Unsigned64 | M | P | - | V | Y |
| CC-Unit-Type | 454 | - | - | - | M | Enumerated | M | P | - | V | Y |
| Check-Balance-Result | 422 | - | - | - | - | Enumerated | - | - | - | - | - |
| Cost-Information | 423 | - | - | - | O$_C$ | Grouped | M | P | - | V | Y |
| Cost-Unit | 424 | - | - | - | O$_C$ | UTF8String | M | P | - | V | Y |
| Credit-Control | 426 | - | - | - | - | Enumerated | - | - | - | - | - |
| Credit-Control-Failure-Handling | 427 | - | - | - | O$_C$ | Enumerated | M | P | - | V | Y |
| Currency-Code | 425 | - | - | - | M | Unsigned32 | M | P | - | V | Y |
| Destination-Host | 293 | - | - | O$_C$ | - | DiamIdent | M | P | - | V | N |
| Destination-Realm | 283 | M | - | M | - | DiamIdent | M | P | - | V | N |
| Direct-Debiting-Failure-Handling | 428 | - | - | - | O$_C$ | Enumerated | M | P | - | V | Y |
| Error-Message | 281 | - | - | - | - | UTF8String | - | - | - | - | - |
| Error-Reporting-Host | 294 | - | O$_C$ | - | - | DiamIdent | - | P | - | V,M | N |
| Event-Timestamp | 55 | O$_C$ | O$_C$ | O$_C$ | - | Time | M | P | - | V | N |
| Exponent | 429 | - | - | - | O$_C$ | Integer32 | M | P | - | V | Y |
| Failed-AVP | 279 | - | - | - | O$_C$ | Grouped | M | P | - | V | N |
| Filter-Id | 11 | - | - | - | O$_C$ | UTF8String | M | P | - | V | Y |
| Final-Unit-Action | 449 | - | - | - | O$_C$ | Enumerated | M | P | - | V | Y |

**3GPP TS 32.299 version 10.7.0 Release 10**          79          **ETSI TS 132 299 V10.7.0 (2012-09)**

| AVP Name | AVP Code | Used in | | | | Value Type | AVP Flag rules | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ACR | ACA | CCR | CCA | | Must | May | Should not | Must not | May Encr. |
| Final-Unit-Indication | 430 | - | - | - | O$_C$ | Grouped | M | P | - | V | Y |
| Granted-Service-Unit | 431 | - | - | - | O$_C$ | Grouped | M | P | - | V | Y |
| G-S-U-Pool-Identifier | 453 | - | - | - | O$_C$ | Unsigned32 | M | P | - | V | Y |
| G-S-U-Pool-Reference | 457 | - | - | - | O$_C$ | Grouped | M | P | - | V | Y |
| Location-Type | IANA | O$_C$ | - | O$_C$ | - | refer [403] | | | | | |
| Location-Information | IANA | O$_C$ | - | O$_C$ | - | refer [403] | | | | | |
| Multiple-Services-Credit-Control | 456 | - | - | O$_C$ | O$_C$ | Grouped | M | P | - | V | Y |
| Multiple-Services-Indicator | 455 | - | - | O$_M$ | - | Enumerated | M | P | - | V | Y |
| Operator-Name | IANA | O$_C$ | - | O$_C$ | - | refer [403] | | | | | |
| Origin-Host | 264 | M | M | M | M | DiamIdent | M | P | - | V | N |
| Origin-Realm | 296 | M | M | M | M | DiamIdent | M | P | - | V | N |
| Origin-State-Id | 278 | O$_C$ | O$_C$ | O$_C$ | - | Unsigned32 | M | P | - | V | N |
| Proxy-Info | 284 | O$_C$ | O$_C$ | O$_C$ | O$_C$ | Grouped | M | - | - | P,V | N |
| Proxy-Host | 280 | M | M | M | M | DiamIdent | M | - | - | P,V | N |
| Proxy-State | 33 | M | M | M | M | OctetString | M | - | - | P,V | N |
| Rating-Group | 432 | O$_C$ | - | O$_C$ | O$_C$ | Unsigned32 | M | P | - | V | Y |
| Redirect-Address-Type | 433 | - | - | M | M | Enumerated | M | P | - | V | Y |
| Redirect-Host | 292 | - | - | - | O$_C$ | DiamURI | M | P | - | V | N |
| Redirect-Host-Usage | 261 | - | - | - | O$_C$ | Enumerated | M | P | - | V | N |
| Redirect-Max-Cache-Time | 262 | - | - | - | O$_C$ | Unsigned32 | M | P | - | V | N |
| Redirect-Server | 434 | - | - | - | O$_C$ | Grouped | M | P | - | V | Y |
| Redirect-Server-Address | 435 | - | - | - | M | UTF8String | M | P | - | V | Y |
| Requested-Action | 436 | - | - | O$_C$ | - | Enumerated | M | P | - | V | Y |
| Requested-Service-Unit | 437 | - | - | O$_C$ | - | Grouped | M | P | - | V | Y |
| Restriction-Filter-Rule | 438 | - | - | - | O$_C$ | IPFilterRule | M | P | - | V | Y |
| Result-Code | 268 | - | M | - | M | Unsigned32 | M | P | - | V | N |
| Route-Record | 282 | O$_C$ | - | O$_C$ | O$_C$ | DiamIdent | M | - | - | P,V | N |
| Service-Context-Id | 461 | O$_M$ | - | M | - | UTF8String | M | P | - | V | Y |
| Service-Identifier | 439 | O$_C$ | - | O$_C$ | O$_C$ | Unsigned32 | M | P | - | V | Y |
| Service-Parameter-Info | 440 | - | - | - | - | Grouped | - | - | - | - | - |
| Service-Parameter-Type | 441 | - | - | - | - | Unsigned32 | - | - | - | - | - |
| Service-Parameter-Value | 442 | - | - | - | - | OctetString | - | - | - | - | - |
| Session-Id | 263 | M | M | M | M | UTF8String | M | P | - | V | Y |
| Subscription-Id | 443 | O$_C$ | - | O$_M$ | - | Grouped | M | P | - | V | Y |
| Subscription-Id-Data | 444 | M | - | M | - | UTF8String | M | P | - | V | Y |
| Subscription-Id-Type | 450 | M | - | M | - | Enumerated | M | P | - | V | Y |
| Tariff-Change-Usage | 452 | - | - | O$_C$ | - | Enumerated | M | P | - | V | Y |
| Tariff-Time-Change | 451 | - | - | - | O$_C$ | Time | M | P | - | V | Y |
| Termination-Cause | 295 | . | - | O$_C$ | - | Enumerated | M | P | - | V | Y |
| Unit-Value | 445 | - | | - | M | Grouped | M | P | - | V | Y |
| Used-Service-Unit | 446 | - | | O$_C$ | - | Grouped | M | P | - | V | Y |
| User-Equipment-Info | 458 | O$_C$ | | O$_C$ | - | Grouped | - | P,M | - | V | Y |
| User-Equipment-Info-Type | 459 | O$_M$ | | M | - | Enumerated | - | P,M | - | V | Y |
| User-Equipment-Info-Value | 460 | O$_M$ | | M | - | OctetString | - | P,M | - | V | Y |
| User-Name | 1 | O$_C$ | O$_C$ | O$_C$ | - | UTF8String | M | P | - | V | Y |
| Value-Digits | 447 | - | - | - | M | Integer64 | M | P | - | V | Y |
| Validity-Time | 448 | - | - | - | O$_C$ | Unsigned32 | M | P | - | V | Y |
| Vendor-Id | 266 | - | - | - | - | Unsigned32 | - | - | - | - | - |
| Vendor-Specific-Application-Id | 260 | - | - | - | - | Grouped | - | - | - | - | - |

NOTE:    *Result-Code* AVP is defined in Diameter Base Protocol in RFC 3588 [401]. However, new values are
         used in offline and online charging applications. These additional values are defined below.

## 7.1.1    Accounting-Input-Octets

The *Accounting-Input-Octets* AVP (AVP code 363)  together with the *Accounting-Input-Packets* AVP contain the
number of octets (resp packets) ,transmitted during the data container recording interval, reflecting the volume counts
for uplink traffic for a data flow.

## 7.1.2      Accounting-Input-Packets

The *Accounting-Input-Packets* AVP (AVP code 365)  together with the *Accounting-Input-Octets* AVP contain the number of packets (resp octets) ,transmitted during the data container recording interval, reflecting the volume counts for uplink traffic for a data flow.

## 7.1.3      Accounting-Output-Octets

The *Accounting-Output-Octets* AVP (AVP code 364)  together with the *Accounting-Output-Packets* AVP  contain the number of octets (resp packets) ,transmitted during the data container recording interval, reflecting the volume counts for downlink traffic for a data flow.

## 7.1.4      Accounting-Ouput-Packets

The *Accounting-Output-Packets* AVP (AVP code 366)  together with the *Accounting-Output-Octets* AVP contain the number of packets (resp octets) ,transmitted during the data container recording interval, reflecting the volume counts for downlink traffic for a data flow.

## 7.1.5      Acct-Application-Id AVP

The *Acct-Application-Id* AVP (AVP code 259) shall contain the value of 3 as defined in RFC 3588 [401] according TS 29.230 [206].

## 7.1.6      Auth-Application-Id AVP

The *Auth-Application-Id* AVP (AVP code 258) shall contain the value of 4 as defined in RFC 4006 [402] according TS 29.230 [206].

## 7.1.7      Called-Station-Id

The *Called-Station-Id* AVP (AVP code 30) shall contain the Access Point Name (APN) the user is connected to.

## 7.1.8      Event-Timestamp AVP

The *Event-Timestamp* AVP (AVP code 55) shall contain the time when the chargeable event is received in the CTF.

## 7.1.9      Multiple-Services-Credit-Control

The *Multiple-Services-Credit-Control* AVP (AVP code 456) is of type grouped as specified in RFC 4006 [402]. It contains additional 3GPP specific charging parameters.

It has the following ABNF grammar:

```
        <Multiple-Services-Credit-Control> ::=        < AVP Header: 456 >

                                                [ Granted-Service-Unit ]
                                                [ Requested-Service-Unit ]
                                              * [ Used-Service-Unit ]
                                                [ Tariff-Change-Usage ]
                                              * [ Service-Identifier ]
                                                [ Rating-Group ]
                                              * [ G-S-U-Pool-Reference ]
                                                [ Validity-Time ]
                                                [ Result-Code ]
                                                [ Final-Unit-Indication ]
                                                [ Time-Quota-Threshold ]
```

```
                  [ Volume-Quota-Threshold ]
                  [ Unit-Quota-Threshold ]
                  [ Quota-Holding-Time ]
                  [ Quota-Consumption-Time ]
               * [ Reporting-Reason ]
                 [ Trigger ]
                 [ PS-Furnish-Charging-Information ]
                 [ Refund-Information ]
               * [ AF-Correlation-Information]
               * [ Envelope ]
                 [ Envelope-Reporting ]
                 [ Time-Quota-Mechanism ]
               * [ Service-Specific-Info ]
                 [ QoS-Information ]
               * [ AVP ]
```

## 7.1.10   Rating-Group AVP

The *Rating-Group* AVP (AVP code 432), is defined in RFC 4006 [402]. It contains the charging key (defined in TS 23.203 [218]). Each quota allocated to a Diameter CC session has a unique Rating Group value as specified in RFC 4006 [402].

## 7.1.11    Result-Code AVP

This subclause defines new *Result-Code* AVP (AVP code 268) values that must be supported by all Diameter implementations that conform to the present document. The Result-Code AVP operates as described in RFC 3588 [401] and RFC 4006 [402].

The following result code descriptions are examples of the possible uses for the code:

**Transient Failures (4xxx):**

DIAMETER_END_USER_SERVICE_DENIED                4010

The OCF denies the service request due to service restrictions (e.g. terminate rating group) or limitations related to the end-user, for example the end-user's account could not cover the requested service.

DIAMETER_CREDIT_CONTROL_NOT_APPLICABLE     4011

The OCF determines that the service can be granted to the end user but no further credit control needed for the service (e.g. service is free of charge or is treated for offline charging).
DIAMETER_CREDIT_LIMIT_REACHED            4012

The OCF denies the service request since the end- user's account could not cover the requested service. If the CCR contained used-service-units they are deducted, if possible.

**Permanent Failures (5xxx):**

DIAMETER_AUTHORIZATION_REJECTED              5003

The OCF denies the service request in order to terminate the service for which credit is requested. For example this error code is used to inform IP CAN bearer has to be terminated in the CCR message or to inform blacklist the rating group in the Multiple-Service-Credit-Control AVP.

DIAMETER_USER_UNKNOWN                    5030

The specified end user could not be found in the OCF.

DIAMETER_RATING_FAILED                    5031

This error code is used to inform the CTF that the OCF cannot rate the service request due to insufficient rating input, incorrect AVP combination or due to an AVP or an AVP value that is not recognized or supported in the rating. For Flow Based Charging this error code is used if the Rating group is not recognized. The Failed-AVP AVP MUST be included and contain a copy of the entire AVP(s) that could not be processed successfully or an example of the missing AVP complete with the Vendor-Id if applicable. The value field of the missing AVP should be of correct minimum length and contain zeroes.

## 7.1.12    Service-Context-Id AVP

The *Service-Context-Id* AVP is defined in RFC 4006 [402]. It is of type UTF8String and contains a unique identifier of the Diameter Credit Control service specific document that applies to the request. This is an identifier allocated by the service provider/operator, by the service element manufacturer or by a standardization body and MUST uniquely identify a given Diameter Credit Control service specific document. For offline charging, this identifies the service specific document ('middle tier' TS) on which associated CDRs should based. The format of the Service-Context-Id is:

"extensions".MNC.MCC."Release"."service-context" "@" "domain"

The 3GPP specific values for "service-context" "@" "domain" are:

- For PS charging:              32251@3gpp.org
- For WLAN charging:            32252@3gpp.org
- For IMS charging:             32260@3gpp.org
- For MMS service charging:     32270@3gpp.org
- For LCS service charging:     32271@3gpp.org
- For PoC service charging:     32272@3gpp.org
- For MBMS service charging:    32273@3gpp.org
- For SMS service charging:     32274@3gpp.org
- For MMTel service charging:   32275@3gpp.org
- For AoC Service Information:  32280@3gpp.org

The "Release" indicates the 3GPP Release the service specific document is based upon e.g. 6 for Release 6.

As a minimum, Release "service-context" "@" "domain" shall be used. If the minimum is used all operator provisionable parameters (Oc and Om) are optional.

The MNC.MCC identifies the operator implementing the service specific document, which is used to determine the specific requirements for the operator configurable parameters.

The "extensions" is operator specific information to any extensions in a service specific document.

## 7.1.13    Service-Identifier AVP

The *Service-Identifier* AVP (AVP code 439), is defined in RFC 4006 [402]. For further details, please refer the middle-tier specification.

## 7.1.14    Used-Service-Unit AVP

The *Used-Service-Unit* AVP (AVP code 446) is of type grouped as specified in RFC 4006 [402]. It contains additional 3GPP specific charging parameters.

It has the following ABNF grammar:

```
<Used-Service-Unit> ::=        < AVP Header: 446 >

                               [ Reporting-Reason ]
                               [ Tariff-Change-Usage ]
                               [ CC-Time ]
                               [ CC-Money ]
                               [ CC-Total-Octets ]
                               [ CC-Input-Octets ]
                               [ CC-Output-Octets ]
```

[ CC-Service-Specific-Units ]
*[ Event-Charging-TimeStamp ]
*[ AVP ]

## 7.1.15    User-Name AVP

The *User-Name* AVP (AVP code 1) contains the user name in the format of a NAI according to RFC 3588 [401].

## 7.1.16    Vendor-Id AVP

The *Vendor-Id* AVP (AVP code 266), as part of the *Vendor-Specific-Application-Id* grouped AVP, shall contain the value of 10415, which is the IANA registered value for '3GPP' in TS 29.230 [206].

# 7.2      3GPP specific AVPs

For the purpose of offline charging additional AVPs are used in ACR / ACA and for online charging additional AVPs are used in CCR / CCA. All 3GPP specific AVPs mentioned are relevant for both offline and online charging unless specifically excluded. The information is summarized in the following table along with the AVP flag rules.

The 3GPP Charging Application uses the value 10415 (3GPP) as *Vendor-Id.*

Detailed descriptions of AVPs that are used specifically for 3GPP charging are provided in the subclauses below the table. However, for AVPs that are just borrowed from other applications only the reference (e.g. TS 29.229 [204]), is provided in the following table and the detailed description is not repeated.

Where 3GPP RADIUS VSAs are re-used, they shall be translated to Diameter AVPs as described in RFC 4005 [407] with the exception that the 'M' flag shall be set and the 'P' flag may be set.

**Table 7.2: 3GPP specific AVPs**

| AVP Name | AVP Code | Used in ACR | ACA | CCR | CCA | Value Type | Must | May | Should not | Must not | May Encr. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3GPP-Charging-Characteristics | 13 | X | - | X | - | refer [207] | | | | | |
| 3GPP-Charging-Id | 2 | X | - | X | - | refer [207] | | | | | |
| 3GPP-GGSN-MCC-MNC | 9 | X | - | X | - | refer [207] | | | | | |
| 3GPP-IMSI | 1 | - | - | X | - | refer [207] | | | | | |
| 3GPP-IMSI-MCC-MNC | 8 | X | - | X | - | refer [207] | | | | | |
| 3GPP-MS-TimeZone | 23 | X | - | X | - | refer [207] | | | | | |
| 3GPP-NSAPI | 10 | X | - | X | - | refer [207] | | | | | |
| 3GPP-PDP-Type | 3 | X | - | X | - | refer [207] | | | | | |
| 3GPP-RAT-Type | 21 | X | - | X | - | refer [207] | | | | | |
| 3GPP-Selection-Mode | 12 | X | - | X | - | refer [207] | | | | | |
| 3GPP-Session-Stop-Indicator | 11 | - | - | X | - | refer [207] | | | | | |
| 3GPP-SGSN-MCC-MNC | 18 | X | - | X | - | refer [207] | | | | | |
| 3GPP-User-Location-Info | 22 | X | - | X | - | refer [207] | | | | | |
| Access-Network-Charging-Identifier-Value | 503 | X | - | X | - | refer [214] | | | | | |
| Access-Network-Information | 1263 | X | - | X | - | OctetString | V,M | P | | | N |
| Account-Expiration | 2309 | - | - | - | X | Time | V,M | P | | | N |
| Accumulated-Cost | 2052 | - | - | - | X | Grouped | V,M | P | | | N |
| Adaptations | 1217 | - | - | X | - | Enumerated | V,M | P | | | N |
| Additional-Content-Information | 1207 | - | - | X | - | Grouped | V,M | P | | | N |
| Additional-Type-Information | 1205 | - | - | X | - | UTF8String | V,M | P | | | N |
| Address-Data | 897 | - | - | X | - | UTF8String | V,M | P | | | N |
| Address-Domain | 898 | - | - | X | - | Grouped | V,M | P | | | N |
| Addressee-Type | 1208 | - | - | X | - | Enumerated | V,M | P | | | N |
| Address-Type | 899 | - | - | X | - | Enumerated | V,M | P | | | N |
| AF-Charging-Identifier | 505 | - | - | X | - | refer [214] | | | | | |
| AF-Correlation-Information | 1276 | X | - | X | - | Grouped | V,M | P | | | N |
| Allocation-Retention-Priority | 1034 | X | - | X | - | refer [215] | | | | | |
| Alternate-Charged-Party-Address | 1280 | X | - | - | - | UTF8string | V,M | P | | | N |
| AoC-Cost-Information | 2053 | - | - | X | X | Grouped | V,M | P | | | N |
| AoC-Format | 2310 | - | - | X | - | Enumerated | V,M | P | | | N |
| AoC-Information | 2054 | - | - | X | X | Grouped | V,M | P | | | N |
| AoC-Request-Type | 2055 | - | - | X | - | Enumerated | V,M | P | | | N |
| AoC-Service | 2311 | - | - | X | - | Grouped | V,M | P | | | N |
| AoC-Service-Obligatory-Type | 2312 | - | - | X | - | Enumerated | V,M | P | | | N |
| AoC-Service-Type | 2313 | - | - | X | - | Enumerated | V,M | P | | | N |
| AoC-Subscription-Information | 2314 | - | - | X | - | Grouped | V,M | P | | | N |
| Application-provided-called-party-address | 837 | X | - | X | - | UTF8String | V,M | P | | | N |
| Application-Server | 836 | X | - | X | - | UTF8String | V,M | P | | | N |
| Application-Server-ID | 2101 | X | - | X | - | refer[223] | | | | | |
| Application-Server-Information | 850 | X | - | X | - | Grouped | V,M | P | | | N |
| Application-Service-Type | 2102 | X | - | X | - | refer[223] | | | | | |
| Application-Session-ID | 2103 | X | - | X | - | refer[223] | | | | | |
| Applic-ID | 1218 | - | - | X | - | UTF8String | V,M | P | | | N |
| Associated-Party-Address | 2035 | X | - | X | - | UTF8String | V,M | P | | | N |
| Associated-URI | 856 | X | - | X | - | UTF8String | V,M | P | | | N |
| Aux-Applic-Info | 1219 | - | - | X | - | UTF8String | V,M | P | | | N |
| Base-Time-Interval | 1265 | - | - | - | X | Unsigned32 | V,M | P | | | N |
| Bearer-Service | 854 | X | - | - | - | OctetString | V,M | P | | | N |
| Called-Asserted-Identity | 1250 | X | - | X | - | UTF8String | V,M | P | | | N |
| Called-Party-Address | 832 | X | - | X | - | UTF8String | V,M | P | | | N |
| Calling-Party-Address | 831 | X | - | X | - | UTF8String | V,M | P | | | N |
| Carrier-Select-Routing-Information | 2023 | X | - | X | - | UTF8String | V,M | P | | | N |
| Cause-Code | 861 | X | - | X | - | Integer32 | V,M | P | | | N |
| CG-Address | 846 | X | - | X | - | Address | V,M | P | | | Y |
| Change-Condition | 2037 | X | - | - | - | Integer32 | V,M | P | | | N |
| Change-Time | 2038 | X | - | - | - | Time | V,M | P | | | N |
| Charge-Reason-Code | 2118 | - | - | X | X | Enumerated | V,M | P | | | N |
| Charged-Party | 857 | X | - | - | - | UTF8String | V,M | P | | | N |
| Charging-Characteristics-Selection-Mode | 2066 | X | - | X | - | Enumerated | V,M | P | | | N |
| Charging-Rule-Base-Name | 1004 | X | - | X | - | refer [215] | | | | | |
| Class-Identifier | 1214 | - | - | X | - | Enumerated | V,M | P | | | N |
| Client-Address | 2018 | - | - | X | - | Address | V,M | P | | | N |
| CN-IP-Multicast-Distribution | 921 | X | - | - | - | refer [207] | | | | | |

**3GPP TS 32.299 version 10.7.0 Release 10**      86      **ETSI TS 132 299 V10.7.0 (2012-09)**

| AVP Name | AVP Code | Used in | | | | Value Type | AVP Flag rules | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ACR | ACA | CCR | CCA | | Must | May | Should not | Must not | May Encr. |
| Content-Class | 1220 | - | - | X | - | Enumerated | V,M | P | | | N |
| Content-Disposition | 828 | X | - | X | - | UTF8String | V,M | P | | | N |
| Content-ID | 2116 | X | - | X | - | refer[223] | | | | | |
| Content-Provider-ID | 2117 | X | - | X | - | refer[223] | | | | | |
| Content-Length | 827 | X | - | X | - | Unsigned32 | V,M | P | | | N |
| Content-Size | 1206 | - | - | X | - | Unsigned32 | V,M | P | | | N |
| CSG-Access-Mode | 2317 | X | - | X | - | Enumerated | V,M | P | | | N |
| CSG-Id | 1437 | X | - | X | - | refer[219] | | | | | |
| CSG-Membership-Indication | 2318 | X | - | X | - | Enumerated | V,M | P | | | N |
| Content-Type | 826 | X | - | X | - | UTF8String | V,M | P | | | N |
| Current-Tariff | 2056 | - | - | X | X | Grouped | V,M | P | | | N |
| CUG-Information | 2304 | X | - | X | - | OctetString | V,M | P | | | N |
| Data-Coding-Scheme | 2001 | - | - | X | - | Integer32 | V,M | P | | | N |
| DCD-Information | 2115 | X | - | X | - | refer[223] | | | | | |
| Deferred-Location-Event-Type | 1230 | - | - | X | - | UTF8String | V,M | P | | | N |
| Delivery-Report-Requested | 1216 | - | - | X | - | Enumerated | V,M | P | | | N |
| Delivery-Status | 2104 | X | - | X | - | refer[223] | | | | | |
| Destination-Interface | 2002 | - | - | X | - | Grouped | V,M | P | | | N |
| Diagnostics | 2039 | X | - | X | - | Integer32 | V,M | P | | | N |
| Domain-Name | 1200 | - | - | X | - | UTF8String | V,M | P | | | N |
| DRM-Content | 1221 | - | - | X | - | Enumerated | V,M | P | | | N |
| Dynamic-Address-Flag | 2051 | X | - | X | - | Enumerated | V,M | P | | | N |
| Dynamic-Address-Flag-Extension | 2068 | X | - | X | - | Enumerated | V,M | P | | | N |
| Early-Media-Description | 1272 | X | - | - | - | Grouped | V,M | P | | | N |
| Envelope | 1266 | - | - | X | - | Grouped | V,M | P | | | N |
| Envelope-End-Time | 1267 | - | - | X | - | Time | V,M | P | | | N |
| Envelope-Reporting | 1268 | - | - | - | X | Enumerated | V,M | P | | | N |
| Envelope-Start-Time | 1269 | - | - | X | - | Time | V,M | P | | | N |
| Event | 825 | X | - | X | - | UTF8String | V,M | P | | | N |
| Event-Charging-TimeStamp | 1258 | - | - | X | - | Time | V,M | P | | | N |
| Event-Type | 823 | X | - | X | - | Grouped | V,M | P | | | N |
| Expires | 888 | X | - | X | - | Unsigned32 | V,M | P | | | N |
| File-Repair-Supported | 1224 | X | - | X | - | Enumerated | V,M | P | | | Y |
| Flows | 510 | - | - | X | - | refer [214] | | | | | |
| GGSN-Address | 847 | X | - | X | - | Address | V,M | P | | | N |
| Guaranteed-Bitrate-UL | 1026 | X | - | X | - | refer[215] | | | | | |
| IM-Information | 2110 | X | - | X | - | refer[223] | | | | | |
| IMS-Application-Reference-Identifier | 2601 | X | - | - | - | UTF8String | V,M | P | | | N |
| IMS-Charging-Identifier | 841 | X | - | X | - | UTF8String | V,M | P | | | N |
| IMS-Communication-Service-Identifier | 1281 | X | - | X | - | UTF8String | V,M | P | | | N |
| IMS-Information | 876 | X | - | X | - | Grouped | V,M | P | | | N |
| IMSI-Unauthenticated-Flag | 2308 | X | - | X | - | Enumerated | V,M | P | | | N |
| Incoming-Trunk-Group-Id | 852 | X | - | - | - | UTF8String | V,M | P | | | N |
| Incremental-Cost | 2062 | - | - | X | X | Grouped | V,M | P | | | N |
| Initial-IMS-Charging-Identifier | 2321 | X | - | X | - | UTF8String | V,M | P | | | N |
| Interface-Id | 2003 | - | - | X | - | UTF8String | V,M | P | | | N |
| Interface-Port | 2004 | - | - | X | - | UTF8String | V,M | P | | | N |
| Interface-Text | 2005 | - | - | X | - | UTF8String | V,M | P | | | N |
| Interface-Type | 2006 | - | - | X | - | Enumerated | V,M | P | | | N |
| Inter-Operator-Identifier | 838 | X | - | X | - | Grouped | V,M | P | | | N |
| IP-Realm-Default-Indication | 2603 | X | - | - | - | Enumerated | V,M | P | | | N |
| LCS-APN | 1231 | - | - | X | - | UTF8String | V,M | P | | | N |
| LCS-Client-Dialed-By-MS | 1233 | - | - | X | - | UTF8String | V,M | P | | | N |
| LCS-Client-External-ID | 1234 | - | - | X | - | UTF8String | V,M | P | | | N |
| LCS-Client-Id | 1232 | - | - | X | - | Grouped | V,M | P | | | N |
| LCS-Client-Name | 1235 | - | - | X | - | Grouped | V,M | P | | | N |
| LCS-Client-Type | 1241 | - | - | X | - | Enumerated | V,M | P | | | N |
| LCS-Data-Coding-Scheme | 1236 | - | - | X | - | UTF8String | V,M | P | | | N |
| LCS-Format-Indicator | 1237 | - | - | X | - | Enumerated | V,M | P | | | N |
| LCS-Information | 878 | - | - | X | - | Grouped | V,M | P | | | N |
| LCS-Name-String | 1238 | - | - | X | - | UTF8String | V,M | P | | | N |
| LCS-Requestor-Id | 1239 | - | - | X | - | Grouped | V,M | P | | | N |
| LCS-Requestor-Id-String | 1240 | - | - | X | - | UTF8String | V,M | P | | | N |
| Local-GW-Inserted-Indication | 2604 | X | - | - | - | Enumerated | V,M | P | | | N |
| Local-Sequence-Number | 2063 | X | - | - | - | Unsigned32 | V,M | P | | | N |
| Location-Estimate | 1242 | - | - | X | - | OctetString | V,M | P | | | N |
| Location-Estimate-Type | 1243 | - | - | X | - | Enumerated | V,M | P | | | N |

*ETSI*

**3GPP TS 32.299 version 10.7.0 Release 10** 87 **ETSI TS 132 299 V10.7.0 (2012-09)**

| AVP Name | AVP Code | Used in | | | | Value Type | AVP Flag rules | | | | |
|----------|----------|-----|-----|-----|-----|------------|------|-----|------------|----------|-----------|
| | | ACR | ACA | CCR | CCA | | Must | May | Should not | Must not | May Encr. |
| Location-Type | 1244 | - | - | X | - | Grouped | V,M | P | | | N |
| Low-Balance-Indication | 2020 | - | - | - | X | Enumerated | V,M | P | | | N |
| Low-Priority-Indicator | 2602 | X | - | - | - | Enumerated | V,M | P | | | N |
| Mandatory-Capability | 604 | X | - | - | - | refer [204] | | | | | |
| Max-Requested-Bandwidth-DL | 515 | X | - | X | - | refer [214] | | | | | |
| Max-Requested-Bandwidth-UL | 516 | X | - | X | - | refer [214] | | | | | |
| MBMS-2G-3G-Indicator | 907 | X | - | X | - | refer [207] | | | | | |
| MBMS GW-Address | 2307 | X | - | - | - | Address | V,M | P | | | N |
| MBMS-Information | 880 | X | - | X | - | Grouped | V,M | P | | | N |
| MBMS-Service-Area | 903 | X | - | X | - | refer [207] | | | | | |
| MBMS-Service-Type | 906 | X | - | X | - | refer [207] | | | | | |
| MBMS-Session-Identity | 908 | X | - | X | - | refer [207] | | | | | |
| MBMS-User-Service-Type | 1225 | X | - | X | - | Enumerated | V,M | P | | | Y |
| Media-Initiator-Flag | 882 | X | - | X | - | Enumerated | V,M | P | | | N |
| Media-Initiator-Party | 1288 | X | - | X | - | UTF8String | V,M | P | | | N |
| Message-Body | 889 | X | - | X | - | Grouped | V,M | P | | | N |
| Message-Class | 1213 | - | - | X | - | Grouped | V,M | P | | | N |
| Message-ID | 1210 | - | - | X | - | UTF8String | V,M | P | | | N |
| Message-Size | 1212 | - | - | X | - | Unsigned32 | V,M | P | | | N |
| Message-Type | 1211 | - | - | X | - | Enumerated | V,M | P | | | N |
| MMBox-Storage-Requested | 1248 | - | - | X | - | Enumerated | V,M | P | | | N |
| MM-Content-Type | 1203 | - | - | X | - | Grouped | V,M | P | | | N |
| MMS-Information | 877 | - | - | X | - | Grouped | V,M | P | | | N |
| MMTel-Information | 2030 | X | - | X | - | Grouped | V,M | P | | | N |
| MMTel-SService-Type | 2031 | X | - | X | - | Unsigned32 | V,M | P | | | N |
| MSISDN | 701 | - | - | X | - | refer [221] | | | | | |
| Next-Tariff | 2057 | | | X | X | Grouped | V/M | P | | | N |
| Node-Functionality | 862 | X | -. | X | - | Enumerated | V,M | P | | | N |
| Node-Id | 2064 | X | - | X | - | UTF8String | V,M | P | | | N |
| Number-Of-Diversions | 2034 | X | - | X | - | Unsigned32 | V,M | P | | | N |
| Number-Of-Messages-Sent | 2019 | X | - | X | - | Unsigned32 | V,M | P | | | N |
| Number-Of-Messages-Successfully-Exploded | 2111 | X | - | X | - | refer[223] | | | | | |
| Number-Of-Messages-Successfully-Sent | 2112 | X | - | X | - | refer[223] | | | | | |
| Number-Of-Participants | 885 | X | - | X | - | Unsigned32 | V,M | P | | | N |
| Number-Of-Received-Talk-Bursts | 1282 | X | - | - | - | Unsigned32 | V,M | P | | | N |
| Number-Of-Talk-Bursts | 1283 | X | - | - | - | Unsigned32 | V,M | P | | | N |
| Number-Portability-Routing-Information | 2024 | X | - | X | - | UTF8String | V,M | P | | | N |
| Offline-Charging | 1278 | - | - | - | X | Grouped | V,M | P | | | N |
| Online-Charging-Flag | 2303 | X | - | - | - | Enumerated | V,M | P | | | N |
| Optional-Capability | 605 | X | - | - | - | refer [204] | | | | | |
| Originating-IOI | 839 | X | - | X | - | UTF8String | V,M | P | | | N |
| Originator-SCCP-Address | 2008 | - | - | X | - | Address | V,M | P | | | N |
| Originator | 864 | X | - | X | - | Enumerated | V,M | P | | | N |
| Originator-Address | 886 | - | - | X | - | Grouped | V,M | P | | | N |
| Originator-Received-Address | 2027 | - | - | X | - | Grouped | V,M | P | | | N |
| Originator-Interface | 2009 | - | - | X | - | Grouped | V,M | P | | | N |
| Outgoing-Session-Id | 2320 | X | - | X | - | UTF8String | V,M | P | | | N |
| Outgoing-Trunk-Group-Id | 853 | X | - | - | - | UTF8String | V,M | P | | | N |
| Participant-Access-Priority | 1259 | X | - | X | - | Enumerated | V,M | P | | | N |
| Participant-Action-Type | 2049 | X | - | X | - | Enumerated | V,M | P | | | N |
| Participant-Group | 1260 | X | - | X | - | Grouped | V,M | P | | | N |
| Participants-Involved | 887 | X | - | X | - | UTF8String | V,M | P | | | N |
| PDG-Address | 895 | X | - | X | - | Address | V,M | P | | | N |
| PDG-Charging-Id | 896 | X | - | X | - | Unsigned32 | V,M | P | | | N |
| PDN-Connection-Charging-ID | 2050 | X | - | X | - | Unsigned32 | V,M | P | | | N |
| PDP-Address | 1227 | X | - | X | - | Address | V,M | P | | | Y |
| PDP-Address-Prefix-Length | 2606 | X | - | X | - | Unsigned32 | V,M | P | | | Y |
| PDP-Context-Type | 1247 | X | - | X | - | Enumerated | V,M | P | | | N |
| PoC-Change-Condition | 1261 | X | - | - | - | Enumerated | V,M | P | | | N |
| PoC-Change-Time | 1262 | X | - | - | - | Time | V,M | P | | | N |
| PoC-Controlling-Address | 858 | X | - | X | - | UTF8String | V,M | P | | | N |
| PoC-Event-Type | 2025 | X | - | X | - | Enumerated | V,M | P | | | N |
| PoC-Group-Name | 859 | X | - | X | - | UTF8String | V,M | P | | | N |
| PoC-Information | 879 | X | - | X | - | Grouped | V,M | P | | | N |
| PoC-Server-Role | 883 | X | - | X | - | Enumerated | V,M | P | | | N |
| PoC-Session-Id | 1229 | X | - | X | - | UTF8String | V,M | P | | | N |

**3GPP TS 32.299 version 10.7.0 Release 10** 88 **ETSI TS 132 299 V10.7.0 (2012-09)**

| AVP Name | AVP Code | Used in ACR | ACA | CCR | CCA | Value Type | Must | May | Should not | Must not | May Encr. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PoC-Session-Initiation-type | 1277 | X | - | X | - | Enumerated | V,M | P | | | N |
| PoC-Session-Type | 884 | X | - | X | - | Enumerated | V,M | P | | | N |
| PoC-User-Role | 1252 | X | - | X | - | Grouped | V,M | P | | | N |
| PoC-User-Role-IDs | 1253 | X | - | X | - | UTF8String | V,M | P | | | N |
| PoC-User-Role-info-Units | 1254 | X | - | X | - | Enumerated | V,M | P | | | N |
| Positioning-Data | 1245 | - | - | X | - | UTF8String | V,M | P | | | N |
| Preferred-AoC-Currency | 2315 | - | - | X | - | Unsigned32 | V,M | P | | | N |
| Priority | 1209 | - | - | X | - | Enumerated | V,M | P | | | N |
| Priority-Level | 1046 | X | - | X | - | refer [215] | | | | | |
| PS-Append-Free-Format-Data | 867 | X | - | - | X | Enumerated | V,M | P | | | N |
| PS-Free-Format-Data | 866 | X | - | - | X | OctetString | V,M | P | | | N |
| PS-Furnish-Charging-Information | 865 | X | - | - | X | Grouped | V,M | P | | | N |
| PS-Information | 874 | X | - | X | X | Grouped | V,M | P | | | N |
| QoS-Information | 1016 | X | - | X | - | refer [215] | | | | | |
| QoS-Class-Identifier | 1028 | X | - | X | - | refer [215] | | | | | |
| Quota-Consumption-Time | 881 | - | - | - | X | Unsigned32 | V,M | P | | | N |
| Quota-Holding-Time | 871 | - | - | - | X | Unsigned32 | V,M | P | | | N |
| RAI | 909 | X | - | X | - | refer [207] | | | | | |
| Rate-Element | 2058 | - | - | X | X | Grouped | V,M | P | | | N |
| RAT-Type | 1032 | X | - | X | - | refer [215] | | | | | |
| Read-Reply-Report-Requested | 1222 | - | - | X | - | Enumerated | V,M | P | | | N |
| Real-Time-Tariff-Information | 2305 | X | - | - | - | Grouped | V,M | P | | | N |
| Received-Talk-Burst-Time | 1284 | X | - | - | - | Unsigned32 | V,M | P | | | N |
| Received-Talk-Burst-Volume | 1285 | X | - | - | - | Unsigned32 | V,M | P | | | N |
| Recipient-Address | 1201 | - | - | X | - | Grouped | V,M | P | | | N |
| Recipient-Info | 2026 | - | - | X | - | Grouped | V,M | P | | | N |
| Recipient-Received-Address | 2028 | - | - | X | - | Grouped | V,M | P | | | N |
| Recipient-SCCP-Address | 2010 | - | - | X | - | Address | V,M | P | | | N |
| Refund-Information | 2022 | - | - | X | X | OctetString | V,M | P | | | N |
| Remaining-Balance | 2021 | - | - | - | X | Grouped | V,M | P | | | N |
| Reply-Applic-ID | 1223 | - | - | X | - | UTF8String | V,M | P | | | N |
| Reply-Path-Requested | 2011 | - | - | X | - | Enumerated | V,M | P | | | N |
| Reporting-Reason | 872 | - | - | X | - | Enumerated | V,M | P | | | N |
| Requested-Party-Address | 1251 | X | - | X | - | UTF8String | V,M | P | | | N |
| Required-MBMS-Bearer-Capabilities | 901 | X | - | X | - | refer [207] | | | | | |
| Role-Of-Node | 829 | X | - | X | - | Enumerated | V,M | P | | | N |
| Scale-Factor | 2059 | - | - | X | X | Grouped | V,M | P | | | N |
| SDP-Answer-Timestamp | 1275 | X | - | - | - | Time | V,M | P | | | N |
| SDP-Media-Component | 843 | X | - | X | - | Grouped | V,M | P | | | N |
| SDP-Media-Description | 845 | X | - | X | - | UTF8String | V,M | P | | | N |
| SDP-Media-Name | 844 | X | - | X | - | UTF8String | V,M | P | | | N |
| SDP-Offer-Timestamp | 1274 | X | - | - | - | Time | V,M | P | | | N |
| SDP-Session-Description | 842 | X | - | X | - | UTF8String | V,M | P | | | N |
| SDP-TimeStamps | 1273 | X | - | - | - | Grouped | V,M | P | | | N |
| SDP-Type | 2036 | X | - | X | - | Enumerated | V,M | P | | | N |
| Served-Party-IP-Address | 848 | X | - | - | - | Address | V,M | P | | | N |
| Server-Capabilities | 603 | X | - | - | - | refer [204] | | | | | |
| Server-Name | 602 | X | - | - | - | refer [204] | | | | | |
| Service-Data-Container | 2040 | X | - | - | - | Grouped | V,M | P | | | N |
| Service-Generic-Information | 1256 | X | - | X | - | Refer[223] | | | | | |
| Service-Id | 855 | X | - | X | - | UTF8String | V,M | P | | | N |
| Service-Information | 873 | X | - | X | X | Grouped | V,M | P | | | N |
| Service-Mode | 2032 | X | - | X | - | Unsigned32 | V,M | P | | | N |
| Service-Specific-Data | 863 | X | - | - | - | UTF8String | V,M | P | | | N |
| Service-Specific-Info | 1249 | X | - | - | - | Grouped | V,M | P | | | N |
| Service-Specific-Type | 1257 | X | - | - | - | Unsigned32 | V,M | P | | | N |
| Serving-Node-Type | 2047 | X | - | X | - | Enumerated | V,M | P | | | N |
| Session-Priority | 650 | X | - | X | - | Refer [204] | | | | | |
| SGSN-Address | 1228 | X | - | X | - | Address | V,M | P | | | N |
| SGW-Address | 2067 | X | - | - | - | Address | V,M | P | | | N |
| SGW-Change | 2065 | X | - | - | - | Enumerated | V,M | P | | | N |
| SIP-Method | 824 | X | - | X | - | UTF8String | V,M | P | | | N |
| SIP-Request-Timestamp-Fraction | 2301 | X | - | X | - | Unsigned32 | V,M | P | | | N |
| SIP-Request-Timestamp | 834 | X | - | X | - | Time | V,M | P | | | N |
| SIP-Response-Timestamp-Fraction | 2302 | X | - | X | - | Unsigned32 | V,M | P | | | N |
| SIP-Response-Timestamp | 835 | X | - | X | - | Time | V,M | P | | | N |
| SM-Discharge-Time | 2012 | - | - | X | - | Time | V,M | P | | | N |

**3GPP TS 32.299 version 10.7.0 Release 10**      89      **ETSI TS 132 299 V10.7.0 (2012-09)**

| AVP Name | AVP Code | Used in | | | | Value Type | AVP Flag rules | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ACR | ACA | CCR | CCA | | Must | May | Should not | Must not | May Encr. |
| SM-Message-Type | 2007 | - | - | X | - | Enumerated | V,M | P | | | N |
| SM-Protocol-ID | 2013 | - | - | X | - | OctetString | V,M | P | | | N |
| SMSC-Address | 2017 | - | - | X | - | Address | V,M | P | | | N |
| SMS-Information | 2000 | - | - | X | - | Grouped | V,M | P | | | N |
| SMS-Node | 2016 | - | - | X | - | Enumerated | V,M | P | | | N |
| SM-Service-Type | 2029 | - | - | X | - | Enumerated | V,M | P | | | N |
| SM-Status | 2014 | - | - | X | - | OctetString | V,M | P | | | N |
| SM-User-Data-Header | 2015 | - | - | X | - | OctetString | V,M | P | | | N |
| Start-Time | 2041 | X | - | - | - | Time | V,M | P | | | N |
| Stop-Time | 2042 | X | - | - | - | Time | V,M | P | | | N |
| Submission-Time | 1202 | - | - | X | - | Time | V,M | P | | | N |
| Subscriber-Role | 2033 | X | - | X | - | Enumerated | V,M | P | | | N |
| Supplementary-Service | 2048 | X | - | X | - | Grouped | V,M | P | | | N |
| Talk-Burst-Exchange | 1255 | X | - | - | - | Grouped | V,M | P | | | N |
| Talk-Burst-Time | 1286 | X | - | - | - | Unsigned32 | V,M | P | | | N |
| Talk-Burst-Volume | 1287 | X | - | - | - | Unsigned32 | V,M | P | | | N |
| Tariff-Information | 2060 | X | - | X | X | Grouped | V,M | P | | | N |
| Tariff-XML | 2306 | X | - | - | - | UTF8String | V,M | P | | | N |
| Terminal-Information | 1401 | X | - | X | - | refer [219] | | | | | |
| Terminating-IOI | 840 | X | - | X | - | UTF8String | V,M | P | | | N |
| Time-First-Usage | 2043 | X | - | - | - | Time | V,M | P | | | N |
| Time-Last-Usage | 2044 | X | - | - | - | Time | V,M | P | | | N |
| Time-Quota-Mechanism | 1270 | - | - | - | X | Grouped | V,M | P | | | N |
| Time-Quota-Threshold | 868 | - | - | - | X | Unsigned32 | V,M | P | | | N |
| Time-Quota-Type | 1271 | - | - | - | X | Enumerated | V,M | P | | | N |
| Time-Stamps | 833 | X | - | X | - | Grouped | V,M | P | | | N |
| Time-Usage | 2045 | X | - | - | - | Unsigned32 | V,M | P | | | N |
| TMGI | 900 | X | - | X | - | refer [207] | | | | | |
| Token-Text | 1215 | - | - | X | - | UTF8String | V,M | P | | | N |
| Total-Number-Of-Messages-Exploded | 2113 | X | - | X | - | refer[223] | | | | | |
| Total-Number-Of-Messages-Sent | 2114 | X | - | X | - | refer[223] | | | | | |
| Traffic-Data-Volumes | 2046 | X | - | - | - | Grouped | V,M | P | | | N |
| Transcoder-Inserted-Indication | 2605 | X | - | - | - | Enumerated | V,M | P | | | N |
| Trigger | 1264 | - | - | X | X | Grouped | V,M | P | | | N |
| Trigger-Type | 870 | - | - | X | X | Enumerated | V,M | P | | | N |
| Trunk-Group-Id | 851 | X | - | - | - | Grouped | V,M | P | | | N |
| Type-Number | 1204 | - | - | X | - | Enumerated | V,M | P | | | N |
| Unit-Cost | 2061 | - | - | X | X | Grouped | V,M | P | | | N |
| Unit-Quota-Threshold | 1226 | - | - | - | X | Unsigned32 | V,M | P | | | N |
| User-CSG-Information | 2319 | X | - | X | X | Grouped | V,M | P | | | N |
| User-Data | 606 | X | - | - | - | refer [204] | V,M | P | | | N |
| User-Participating-Type | 1279 | X | - | X | - | Enumerated | V,M | P | | | N |
| User–Session-Id | 830 | X | - | X | - | UTF8String | V,M | P | | | N |
| VAS-Id | 1102 | - | - | X | - | refer [213] | | | | | |
| VASP-Id | 1101 | - | - | X | - | refer [213] | | | | | |
| Volume-Quota-Threshold | 869 | - | - | - | X | Unsigned32 | V,M | P | | | N |
| WAG-Address | 890 | X | - | X | - | Address | V,M | P | | | N |
| WAG-PLMN-Id | 891 | X | - | X | - | OctetString | V,M | P | | | N |
| WLAN-Information | 875 | X | - | X | - | Grouped | V,M | P | | | N |
| WLAN-Radio-Container | 892 | X | - | X | - | Grouped | V,M | P | | | N |
| WLAN-Session-Id | 1246 | X | - | X | - | UTF8String | V,M | P | | | N |
| WLAN-Technology | 893 | X | - | X | - | Unsigned32 | V,M | P | | | N |
| WLAN-UE-Local-IPAddress | 894 | X | - | X | - | Address | V,M | P | | | N |

## 7.2.1 Access-Network-Information AVP

The *Access-Network-Information* AVP (AVP code 1263) is of type OctetString and indicates the SIP P-header "P-Access-Network-Information".

## 7.2.2 Account-Expiration AVP

The *Account-Expiration* AVP (AVP code 2309) is of type Time and indicates the subscriber account expiration date and time of day.

## 7.2.3       Accumulated-Cost AVP

The *Accumulated-Cost* AVP (AVP code 2052) is of type Grouped and holds the accumulated cost for the ongoing session.

It has the following ABNF grammar:

        Accumulated-Cost:: = < AVP Header: 2052 >

                              { Value-Digits }
                              [ Exponent ]

## 7.2.4       Adaptations AVP

The *Adaptations* AVP (AVP code 1217) is of type Enumerated and indicates whether the originator allows adaptation of the content (default Yes).

The values indicating whether adaptations are allowed are:

        0   Yes

        1   No

## 7.2.5       Additional-Content-Information AVP

The *Additional-Content-Information* AVP (AVPcode 1207) is of type Grouped and identifies any subsequent content types. It is used to identify each content (including re-occurences) within an MM when the Type-Number AVP or Additional-Type-Information AVP from the Content-Type AVP indicate a multi-part content.

It has the following ABNF grammar:

        Additional-Content-Information:: = < AVP Header: 1207 >

                              [ Type-Number ]
                              [ Additional-Type-Information ]
                              [ Content-Size ]

## 7.2.6       Additional-Type-Information AVP

The *Additional-Type-Information* AVP (AVP code 1205) is of type UTF8String and identifies any additional information beyond well-known media types or non-well-known media types.

## 7.2.7       Address-Data AVP

The *Address-Data* AVP (AVP code 897) is of type UTF8String and indicates the address information and formatted according type of address indicated in the Address-Type AVP and according to MMS encapsulation [209].

## 7.2.8       Address-Domain AVP

The *Address-Domain* AVP (AVP code 898) is of type Grouped and indicates the domain/network to which the associated address resides. If this AVP is present, at least one of the AVPs described within the grouping must be included.

It has the following ABNF:

        Address-Domain :: = < AVP Header: 898 >

                              [ Domain-Name ]
                              [ 3GPP-IMSI-MCC-MNC ]

## 7.2.9       Address-Type AVP

The *Address-Type* AVP (AVP code 899) is of type Enumerated and indicates the type of address carried within the Address-Information AVP.

It has the following values:

      0   e-mail address

      1   MSISDN

      2   IPv4 Address

      3   IPv6 Address

      4   Numeric Shortcode

      5   Alphanumeric Shortcode

      6   Other

      7   IMSI

## 7.2.10     Addressee-Type AVP

The Addressee-Type AVP (AVP code 1208) is of type Enumerated and identifies the how the recipient is addressed in the header of an MM.

The following values are defined:

      0   TO ;

      1   CC ;

      2   BCC.

## 7.2.11     AF-Correlation-Information AVP

The *AF-Correlation-Information* AVP (AVPcode 1276) is of type Grouped and includes the "AF Charging Identifier" (ICID for IMS)  and associated  flow identifiers generated by the AF and received by P-GW over Rx/Gx as defined in TS 29.214 [214] and TS 29.212 [215]. The AF-Correlation-Information is defined per Rating Group or per Rating Group and Service Identifier when Service Identifier level reporting applies.

When several AF sessions (refer to TS 29.214 [214]) are conveyed over the same bearer, this AVP may appear several times per MSCC instance.

It has the following ABNF grammar:

      AF-Correlation-Information:: = < AVP Header: 1276 >

                    { AF-Charging-Identifier }
                    * [ Flows ]

## 7.2.12     Alternate-Charged-Party-Address AVP

The *Alternate-Charged-Party-Address* AVP (AVP code 1280) is of type UTF8String and  holds  the address of the alternate charged party determined by an AS at IMS session initiation.

## 7.2.13     AoC-Cost-Information AVP

The *AoC-Cost-Information* AVP (AVP code 2053) is of type Grouped and holds accumulated and incremental cost infromation for the AoC service

It has the following ABNF grammar:

AoC-Cost-Information:: = < AVP Header: 2053 >

[ Accumulated-Cost ]
* [ Incremental-Cost ]
[ Currency-Code ]

## 7.2.14    AoC-Format AVP

The *AoC-Format* AVP (AVP code 2310) is of type Enumerated and holds the format on how the AoC information shall be sent to the UE.

It can be one of the following values:

MONETARY                          0
NON_MONETARY                      1
CAI                               2

## 7.2.15    AoC-Information AVP

The *AoC-Information* AVP (AVP code 2054) is of type Grouped that includes the information required for advice of charge.

It has the following ABNF grammar:

AoC-Information:: = < AVP Header: 2054 >

[ AoC-Cost-Information ]
[ Tariff-Information ]
  [ AoC-Subscription-Information ]

## 7.2.16    AoC-Request-Type AVP

The *AoC-Request-Type* AVP (AVP code 2055) is of type enumerated and tags if the client is looking for AoCI in conjunction to the Request-Type and Request-Action AVPs.

It can be one of the following values:

AoC_NOT_REQUESTED                 0
AoC_FULL                          1
AoC_COST_ONLY                     2
AoC_TARIFF_ONLY                   3

## 7.2.17    AoC-Service AVP

The *AoC-Service* AVP (AVP code 2311) is of type Grouped and holds the pair of AoC Service type and AoC Service obligatory type.

It has the following ABNF grammar:

AoC-Service :: =        < AVP Header: 2311 >

[ AoC-Service-Obligatory-Type ]
[ AoC-Service-Type ]

## 7.2.18    AoC-Service-Obligatory-Type AVP

The *AoC-Service-Obligatory-Type* AVP (AVP code 2312) is of type Enumerated and holds the information if the AoC information is binding or not.

It can be one of the following values:

|  |  |
|---|---|
| NON_BINDING | 0 |
| BINDING | 1 |

## 7.2.19     AoC-Service-Type AVP

The *AoC-Service-Type* AVP (AVP code 2313) is of type Enumerated and defines the type of AoC information to be provided to the subscriber.

It can be one of the following values:

|  |  |
|---|---|
| NONE | 0 |
| AOC-S | 1 |
| AOC-D | 2 |
| AOC-E | 3 |

## 7.2.20     AoC-Subscription-Information AVP

The *AoC-Subscription-Information* AVP (AVP code 2314) is of type Grouped and holds the subscription and formatting parameters received from HSS.

It has the following ABNF grammar:

    AoC-Subscription-Information:: =     < AVP Header: 2314 >

                                  * [ AoC-Service ]
                                    [ AoC-Format ]
                                    [ Preferred-AoC-Currency ]

## 7.2.21     Applic-ID AVP

The *Applic-ID* AVP (AVP code 1218) is of type UTF8String and holds the identification of the destination application that the underlying MMS abstract message was addressed to.

## 7.2.22     Application-provided-Called-Party-Address AVP

The *Application-Provided-Called-Party-Address* AVP (AVP code 837) is of type UTF8String and holds the called party number (SIP URI, E.164), if it is determined by an application server.

## 7.2.23     Application-Server AVP

The *Application-Server* AVP (AVP code 836) is of type UTF8String and holds the SIP URL(s) of the AS(s) addressed during the session.

## 7.2.24     Application-Server-Information AVP

The *Application-Server-Information* AVP (AVP code 850) is of type Grouped and contains information about application servers visited through ISC interface.

It has the following ABNF grammar:

    <Application-Server-Information>::=  <AVP Header: 850 >

                                    [ Application-Server ]
                                  * [ Application-Provided-Called-Party-Address ]

## 7.2.25    Associated-Party-Address AVP

The *Associated-Party-Address* AVP (AVP code 2035) is of type UTF8String and is used for MMTel supplementary service. It holds the address (SIP URI or TEL URI) of the user, the MMTel supplementary service is provided to :   the "forwarding party" for CDIV, the "transferor" for ECT, the "Pilot Identity" for Flexible Alerting (FA), the "Initiator party" for 3PTY.

## 7.2.26    Associated-URI AVP

The Associated-URI AVP (AVP code 856) is of type UTF8String and holds a non-barred public user identity (SIP URI or TEL URI) associated to the the public user identity under registration. This identity is obtained from the P-Associated-URI header of a 200 OK SIP response to a REGISTER request. This AVP may appear several times when the P-Associated-URI header contains more than one public user identity.

## 7.2.27    Void

## 7.2.28    Aux-Applic-Info AVP

The *Aux-Applic-Info* AVP (AVP code 1219) is of type UTF8String and holds additional application/implementation specific control information.

## 7.2.29    Base-Time-Interval AVP

The *Base-Time-Interval* AVP (AVP code 1265) is of type Unsigned32. It contains the length of the base time interval, for controlling the consumption of time quota, in seconds.

## 7.2.30    Bearer-Service AVP

The *Bearer-Service* AVP (AVP code 854) is of type OctetString and holds the used bearer service for the PSTN leg.

## 7.2.31    Called-Asserted-Identity AVP

The *Called-Asserted-Identity* AVP (AVP code 1250) is of type UTF8String and holds the address (Public User ID: SIP URI, E.164, etc.) of the finally asserted called party.

The address is obtained from the P-Asserted-Identity SIP header field of the 2xx responses corresponding to a SIP request either initiating a dialog or a standalone transaction. This field may appear several times in the request when the P-Asserted-Identity contains both a SIP URI and a TEL URI.

This field shall be present when the P-Asserted-Identity SIP header field is available in the SIP 2xx response.

## 7.2.32    Called-Party-Address AVP

The *Called-Party-Address* AVP (AVP code 832) is of type UTF8String.  In IMS charging (except for SIP Register and SIP Subscription transactions), it holds the address (SIP URI, TEL URI or URN) of the party (Public User ID or Public Service ID) to whom the SIP transaction is posted. The Called Party Address shall be populated with the SIP URI or TEL URI contained in the Request-URI of the outgoing request.

The URN format is used for emergency services.

For a registration procedure, this field holds the party (Public User ID) to be registered. In this case, the Called Party Address field is obtained from the "To" SIP header of the SIP Request. For a subscription procedure this field holds the address of the resource for which the originator wants to receive notifications of change of states. In this case, the Called Party Address field is obtained from the outgoing Request-URI of the SIP Request.

## 7.2.33    Calling-Party-Address AVP

The *Calling-Party-Address* AVP (AVP code 831) is of type UTF8String and  holds  the address (SIP URI or TEL URI) which identifies the party (Public User Identity or Public Service Identity) initiating a SIP transaction. . It is obtained from the P-Asserted-Identity header of any non-REGISTER SIP Request, either initiating a dialog or a standalone transaction. This AVP may appear several times when the P-Asserted-Identity header contains both a SIP URI and a TEL URI.

## 7.2.34    Carrier-Select-Routing-Information AVP

The *Carrier-Select-Routing-Information* AVP (AVP code 2023) is of type UTF8String. This AVP holds information on carrier selection performed by S-CSCF/AS. This information is sent over SIP in the Requested URI header.

## 7.2.35    Cause-Code AVP

The *Cause-Code* AVP (AVP code 861) is of type Integer32 and includes the cause code value from IMS node. It is used in ACR [Stop] and/or ACR [Event] messages. It is also used in the CCR [Terminate] and/or CCR [Event] messages.

Within the cause codes, values ≤ 0 are reserved for successful causes while values ≥ 1 are used for failure causes. In case of errors where the session has been terminated as a result of a specific known SIP error code, then the SIP error code is also used as the cause code.

**Successful cause code values.**

    "Normal end of session"                            0

    The cause "Normal end of session" is used in Accounting-request[stop] message to indicate that an ongoing SIP session has been normally released either by the user or by the network (SIP BYE message initiated by the user or initiated by the network has been received by the IMS node after the reception of the SIP ACK message).

    "Successful transaction"                            –1

The cause "Successful transaction" is used in Accounting-request[event] message to indicate a successful SIP transaction (e.g. REGISTER, MESSAGE, NOTIFY, SUBSCRIBE). It may also be used by an Application Server to indicate successful service event execution.

    "End of SUBSCRIBE dialog"                            –2

The cause "End of SUBSCRIBE dialog" is used to indicate the closure of a SIP SUBSCRIBE dialog . For instance a successful SIP SUBSCRIBE transaction terminating the dialog has been detected by the IMS node (i.e. SUBSCRIBE with expire time set to 0).

    "2xx Final Response"                            –2xx

The cause-code "2xx Final Response"(except 200) is used when the SIP transaction is terminated due to an IMS node receiving/initiating a 2xx Final response as described in RFC 3261 [405].

    "3xx Redirection"                            –3xx

The cause "3xx Redirection" is used when the SIP transaction is terminated due to an IMS node receiving/initiating a 3xx response as described in RFC 3261 [405].

    "End of REGISTER dialog"                            –3

The cause "End of REGISTER dialog" is used to indicate the closure of a SIP REGISTER dialog. For instance a successful SIP REGISTER transaction terminating the dialog has been detected by the IMS node (i.e. REGISTER with expire time set to 0).

**Failure cause code values.**

    "Unspecified error"                            1

The cause "Unspecified error" is used when the SIP transaction is terminated due to an unknown error.

" 4xx Request failure"                                4xx

The cause "4xx Request failure" is used when the SIP transaction is terminated due to an IMS node receiving/initiating a 4xx error response as described in RFC 3261 [405].

"5xx Server failure"                                5xx

The cause "5xx Server failure" is used when the SIP transaction is terminated due to an IMS node receiving/initiating a 5xx error response as described in RFC 3261 [405].

"6xx Global failure"                                6xx

The cause "6xx Global failure" is used when the SIP transaction is terminated due to an IMS node receiving/initiating a 6xx error response as described in RFC 3261 [405].

"Unsuccessful session setup"                        2

The cause "Unsuccessful session setup" is used in the Accounting-request[stop] when the SIP session has not been successfully established (i.e. Timer H expires and SIP ACK is not received or SIP BYE is received after reception of the 200OK final response and SIP ACK is not received) as described in TS 24.229 [202] and in RFC 3261 [405].

"Internal error"                                   3

The cause "Internal error" is used when the SIP transaction is terminated due to an IMS node internal error (e.g. error in processing a request/response).

## 7.2.36    CG-Address AVP

The *CG-Address* AVP (AVP code 846) is of type Address and holds the IP-address of the charging gateway.

## 7.2.37    Change-Condition AVP

The *Change-Condition* AVP (AVP code 2037) is of type Integer32,  and indicates the change in charging condition: (Qos change, tariff time change …) which causes:

- sending of  Accounting-request from PCN node

- volume counts container closing  for an IP-CAN bearer.

- service data container closing.

The following  values are defined :

"Normal Release"                                    0

    The "Normal Release" value is used to indicate IP-CAN session termination , IP-CAN bearer release or Service Data Flow Termination

" Abnormal Release "                             1

" Qos Change "                                      2

"Volume Limit"                                      3

"Time Limit                                            4

"Serving Node Change"                        5

"Serving Node PLMN Change"            6

"User Location Change"                        7

"RAT Change"                                        8

"UE TimeZone Change"                        9

"Tariff Time Change"                            10

"Service Idled Out"                              11

"serviceSpecificUnitLimit"                   12

"Max Number of Changes in Charging conditions"   13

" CGI-SAI Change "                         14

" RAI Change "                                 15

" ECGI Change "                              16

" TAI Change "                                 17

" Service Data Volume Limit "         18

" Service Data Time Limit "             19

"Management Intervention"             20

"Service Stop"                                   21

"User CSG Information Change"       22

## 7.2.38    Change-Time AVP

The *Change-Time* AVP (AVP code 2038) is of type Time.

In EPC Charging, it holds the time in UTC format when the volume counts associated to the IP-CAN bearer, or the service data container, is closed and reported due to Charging condition change.

For MMTel Charging, it holds the time in UTC format and it is a time stamp that defines the moment when the conference participant has an action (e.g. creating the conference, joining in the conference, being invited into the conference and quiting the conference) triggering the Accounting Request message to CDF

## 7.2.38A  Charge-Reason-Code  AVP

The *Charge-Reason-Code* AVP (AVP code 2118) is of type Enumerated and identifies if the Rate-Element corresponds to a specific charge type.

It can be one of the following values:

      UNKNOWN                              0

      USAGE                          1

      COMMUNICATION-ATTEMPT-CHARGE                2

      SETUP-CHARGE                        3

      ADD-ON-CHARGE                       4

## 7.2.39    Charged-Party AVP

The Charged-Party AVP (AVP code 857) is of type UTF8String and holds the address (Public User ID: SIP URI, TEL URI, etc.) of the party to be charged.

## 7.2.39A  Charging-Characteristics-Selection-Mode AVP

The *Charging-Characteristics-Selection-Mode* AVP (AVP code 2066) is of type Enumerated and indicates how the applied Charging-Characteristics was selected.

It may take following values:

    0   Serving-Node-Supplied

    1   Subscription-specific

    2   APN-specific

    3   Home-Default

    4   Roaming-Default

    5   Visiting-Default

## 7.2.40    Class-Identifier AVP

The *Class-Identifier* AVP (AVP code 1214) is of type Enumerated and

The values are:

    0   Personal

    1   Advertisement

    2   Informational

3   Auto

## 7.2.41   Client-Address

The *Client-Address* AVP (AVP code 2018) is of type Address and is the address of the messaging Node which the OCS is connected to.

## 7.2.42   Content-Class AVP

The *Content-Class* AVP (AVP code 1220) is of type Enumerated and classifies the content of the MM to the highest content class to which the MM belongs, as defined in MMS Encapsulation [209].

The classes can be one of the following:

0   text

1   image-basic

2   image-rich

3   video-basic

4   video-rich

5   megapixel

6   content-basic

7   content-rich

## 7.2.43   Content-Disposition AVP

The *Content-Disposition* AVP (AVP code 828) is of type UTF8String and indicates how the message body or a message body part is to be interpreted (e.g. session, render), as described in RFC 3261 [405].

## 7.2.44   Content-Length AVP

The *Content-Length* AVP (AVP code 827) is of type Unsigned32 and holds the size of the message-body, as described in RFC 3261 [405].

## 7.2.45   Content-Size AVP

The *Content-Size* AVP (AVP code 1206) is of type Unsigned32 and indicates the size in bytes of the specified content type.

## 7.2.46   Content-Type AVP

The *Content-Type* AVP (AVP code 826) is of type UTF8String and holds the media type (e.g. application/sdp, text/html) of the message-body, as described in RFC 3261 [405].

## 7.2.46A   CSG-Access-Mode AVP

The *CSG-Access-Mode* AVP (AVP code 2317) is of type Enumerated and holds the mode in which the CSG cell User is accessing to, operates.

It has the following values:

0   Closed mode

1   Hybrid Mode

## 7.2.46B  CSG-Membership-Indication AVP

The *CSG-Membership-Indication* AVP (AVP code 2318) is of type Enumerated, and indicates the UE is a member of the accessing CSG cell, if the access mode is Hybrid, as described in TS 29.060 [225], and in TS 29.274 [226]. If this indication is not present, this means the UE is a Not member of the CSG cell for hybrid access mode.

The following values are defined:

    0   Not CSG member

    1   CSG Member

## 7.2.47    Current-Tariff AVP

The *Current-Tariff* AVP (AVP code 2056) is of type Grouped and holds tariff information. The Tariff is a formula for cost calculation given the *Used-Service-Unit* AVP. The calculated cost is given in the *Currency-Code* AVP. The formula sums all the rating elements and multiplies the sum by the *Scale-Factor* AVP.

It has the following ABNF grammar:

    Current-Tariff:: =  < AVP Header: 2056 >

                        [ Currency-Code ]
                        [ Scale-Factor ]
                     * [ Rate-Element ]

## 7.2.48    CUG-Information

The *CUG-Information* AVP (AVP code 2304) is of type OctetString and holds the "CUG Interlock Code" which identifies CUG membership within the Network for "Closed User Group" MMTel supplementary service.

## 7.2.49    Data-Coding-Scheme AVP

The *Data-Coding-Scheme* AVP (AVP code 2001) is of type Integer 32 and contains the data coding scheme of the message. For SM applications the specific coding is as described in TS 23.040 [216].

## 7.2.50    DCD-Information AVP

The *DCD-Information* AVP (AVP code 2115) is of type Grouped. Its purpose is to allow the transmission of service information elements used for DCD services.

The AVP is defined in OMA-DDS-Charging_Data [223].

## 7.2.51    Deferred-Location-Event-Type AVP

The *Deferred-Location-Even-Type* AVP (AVP code 1230) is of type UTF8String and holds information related to a deferred location request.

## 7.2.52    Delivery-Report-Requested AVP

The *Delivery-Report-Requested* AVP (AVP code 1216) is of type Enumerated and indicates whether a delivery report has been requested by the originator or not.

The values for whether a report was requested are:

    0   No

    1   Yes

## 7.2.53    Destination-Interface AVP

The *Destination-Interface* AVP (AVP code 2002) is type Grouped, which contains information related to the Interface on which the message is to be delivered.

> Destination-Interface ::= < AVP Header: 2002 >
>
>                    [ Interface-Id ]
>                    [ Interface-Text ]
>                    [ Interface-Port ]
>                    [ Interface-Type ]

## 7.2.54    Diagnostics AVP

The *Diagnostics* AVP (AVP code 2039) is of type Integer32 and provides a more detailed cause value from PCN node. It complements the *Change-Condition* AVP for Offline Charging.

## 7.2.55    Domain-Name AVP

The *Domain-Name* AVP (AVP code 1200) is of type UTF8String and represents a fully qualified domain name (FQDN).

## 7.2.56    DRM-Content AVP

The *DRM-Content* AVP (AVP code 1221) is of type Enumerated and indicates if the MM contains DRM-protected content.

The values are:

   0   No

   1   Yes

## 7.2.57    Dynamic-Address-Flag  AVP

The *Dynamic-Address-Flag* AVP(AVP code 2051)  is of type Enumerated, and  indicates whether the PDP context/PDN address is statically or dynamically allocated. If this AVP is not present, this means that the address is statically allocated. The following values are defined:

   0   Static

   1   Dynamic

## 7.2.57A  Dynamic-Address-Flag-Extension  AVP

The *Dynamic-Address-Flag-Extension* AVP (AVP code 2068) is of type Enumerated, and  indicates that the IPv4 PDN address has been dynamically allocated for that particular IP CAN bearer (PDN connection) of PDN type IPv4v6, and the dynamic IPv6 address is indicated in Dynamic Address Flag. This field is missing if IPv4 address is static.The following values are defined:

   0   Static

   1   Dynamic

## 7.2.58    Early-Media-Description AVP

The *Early-Media-Description* AVP (AVP code 1272) is of type grouped and describes the SDP session, media parameters and timestamps related to media components set to active according to SDP signalling exchanged during a SIP session establishment before the final successful or unsuccessful SIP answer to the initial SIP INVITE message is received. Once a media component has been set to active, subsequent status changes shall also be registered.

It has the following ABNF grammar:

    &lt;Early-Media-Description&gt;:: =  &lt;AVP Header: 1272&gt;

                         [ SDP-TimeStamps ]
                      * [ SDP-Media-Component ]
                      * [ SDP-Session-Description ]

Media can be considered as inactive in range of situations, such as the listed below according to RFC 3264 [408]:

- Media marked with "a=inactive" attribute.

- Media offered with zero bandwith.

In contrast, media with directionality marked as "a=recvonly", "a=sendonly", "a=sendrecv" shall be considered in state "active" and thus, it may be exchanged in one or both directions.

## 7.2.59    Envelope AVP

The *Envelope* AVP (AVP code 1266) is a grouped AVP which reports the start and end time of one time envelope using the Envelope-Start-Time and Envelope-End-Time AVPs. Further details of its usage are described in clause 6.5.6 and 6.5.7.

    Envelope :: = < AVP Header: 1266>

                      { Envelope-Start-Time }
                      [ Envelope-End-Time ]
                      [ CC-Total-Octets ]
                      [ CC-Input-Octets ]
                      [ CC-Output-Octets ]
                      [ CC-Service-Specific-Units ]
                * [ AVP ]

If an envelope has not been closed at the time of the usage report, then the Envelope-End-Time AVP shall be absent. If an envelope was started before the reporting interval then the Envelope-Start-Time is nevertheless present and contains the same time as previously reported, i.e. the actual time of the start of the envelope. The client shall include the volume reports (the CC-xxxxx-Octets AVPs) or events (CC-Service-Specific-Units) if these were requested in the corresponding Envelope-Reporting AVP. The reported volume is always the volume from the beginning of the time envelope.

In circumstances, in which an envelope is retrospectively deemed to have been closed, e.g. with Quota-Consumption-Time changes in a CCA, then the client shall include the Envelope-AVP for the envelope in the next usage report.

Multiple occurrences of this AVP shall be in chronological order, i.e. the first envelope is listed first in CCR.

## 7.2.60    Envelope-End-Time AVP

This *Envelope-End-Time* AVP (AVP code 1267) is of type Time. It is set to the time of the end of the time envelope.

## 7.2.61     Envelope-Reporting AVP

This *Envelope-Reporting* AVP (AVP code 1268) is of type Enumerated and is used in the CCA (INITIAL) to indicate whether the client shall report the start and end of each time envelope, in those cases in which quota is consumed in envelopes.

It can take the values:

DO_NOT_REPORT_ENVELOPES                           (0)

REPORT_ENVELOPES                                  (1)

REPORT_ENVELOPES_WITH_VOLUME                       (2)

REPORT_ENVELOPES_WITH_EVENTS                       (3)

REPORT_ENVELOPES_WITH_VOLUME_AND_EVENTS  (4)

If this AVP is not included in the CCA (INITIAL) then the client shall not report the individual envelopes. If this AVP is included within the Offline-Charging AVP, the value shall dictate the mechanism by which offline charging information is generated.

## 7.2.62     Envelope-Start-Time AVP

The *Envelope-Start-Time* AVP (AVP code 1269) is of type Time. It is set to the time of the packet of user data which caused the time envelope to start.

## 7.2.63     Event AVP

The *Event* AVP (AVP code 825) is of type UTF8String and holds the content of the "Event" header.

## 7.2.64     Event-Charging-TimeStamp AVP

The *Event-Charging-TimeStamps* AVP (AVP code 1258) is of type Time, and it holds the timestamp of the event reported in the CC-Service-Specific-Units AVP when event based charging applies.

## 7.2.65     Event-Type AVP

The *Event-Type* AVP (AVP code 823) is of type Grouped and contains information about the type of chargeable telecommunication service/event for which the accounting-request and/or credit control request message(s) is generated.

It has the following ABNF grammar:

&lt;Event-Type&gt;::  =  &lt;AVP Header: 823 &gt;

                            [ SIP-Method ]
                            [ Event ]
                            [ Expires ]

## 7.2.66     Expires AVP

The *Expires* AVP (AVP code 888) is of type Unsigned32 and holds the content of the "Expires" header.

Editor's note: to be clarified.

## 7.2.67 File-Repair-Supported AVP

The File-Repair-Supported AVP (AVP code 1224) is of type Enumerated and indicates whether the MBMS user service supports point-to-point file repair. The following values are supported:

SUPPORTED (1)

The MBMS user service does support point-to-point file repair.

NOT_SUPPORTED (2)

The MBMS user service does not support point-to-point file repair.

## 7.2.68 GGSN-Address AVP

The *GGSN-Address* AVP (AVP code 847) is of type Address and holds the IP-address of the P-GW that generated the GPRS/EPC Charging ID, as described in [1].

## 7.2.69 IM-Information AVP

The *IM-Information* AVP (AVP code 2110) is of type Grouped. Its purpose is to allow the transmission of service information elements used for IM services.

The AVP is defined in OMA-DDS-Charging_Data [223].

## 7.2.70 Incremental-Cost AVP

The *Incremental-Cost* AVP (AVP code 2062) is of type Grouped and holds the incremental cost since last AoC interaction for the ongoing session.

It has the following ABNF grammar:

Incremental-Cost:: = < AVP Header: 2062 >

{ Value-Digits }
[ Exponent ]

## 7.2.71 Interface-Id AVP

The *Interface-Id* AVP (AVP code 2003) is of type UTF8String and holds the interface identification provided by the messaging node (originator/destination).

## 7.2.72 Interface-Port AVP

The *Interface-Port* AVP (AVP code 2004) is of type UTF8String and holds the port-identification or contains information about the transport layer port used by the application associated with the charging event.

## 7.2.73 Interface-Text AVP

The *Interface-Text* AVP (AVP code 2005) is of type UTF8String and is the consolidation information about the application associated with the charging event.

## 7.2.74 Interface-Type AVP

The *Interface-Type* AVP (AVP code 2006) is of type Enumerated and contains information about type of interface / nature of the transaction in the messaging node for which the charging event occurs. The AVP can take the following values:

0   Unknown

1  MOBILE_ORIGINATING

2  MOBILE_TERMINATING

3  APPLICATION_ORIGINATING

4  APPLICATION_TERMINATION

## 7.2.74A  IMS-Application Reference-Identifier AVP

The *IMS-Application-Reference-Identifier* AVP (AVP code 2601) is of type UTF8String and holds the IMS Application Reference Identifier (IARI) as contained in a SIP request to identify an IMS Application as defined in TS 24.229 [202].

<span style="color:red">Editor's Note: The SIP parameter from which the IMS Application Reference ID (IARI) is to be extracted requires further investigation in CT1. A mechanism to identify the IARI in use is ffs.</span>

## 7.2.75    IMS-Charging-Identifier AVP

The *IMS-Charging-Identifier* AVP (AVP code 841) is of type UTF8String and holds the IMS Charging Identifier (ICID) as generated by a IMS node for a SIP session and described in TS 24.229 [204].

## 7.2.76    IMS-Communication-Service-Identifier AVP

The *IMS-Communication-Service-Identifier* AVP (AVP code 1281) is of type UTF8String and holds the IMS Communication Service Identifier (ICSI) as contained in the P-Asserted-Service header of a SIP request to identify an IMS Communication Service as defined in TS 24.229 [202].

## 7.2.77    IMS-Information AVP

The *IMS-Information* AVP (AVP code 876) is of type Grouped. Its purpose is to allow the transmission of additional IMS service specific information elements.

It has the following ABNF grammar:

```
IMS-Information :: =      < AVP Header: 876>

                         [ Event-Type ]
                         [ Role-Of-Node ]
                         { Node-Functionality }
                         [ User-Session-Id ]
                         [ Outgoing-Session-Id ]
                         [ Session-Priority ]
                       * [ Calling-Party-Address ]
                         [ Called-Party-Address ]
                       * [ Called-Asserted-Identity ]
                         [ Number-Portability-Routing-Information ]
                         [ Carrier-Select-Routing-Information ]
                         [ Alternate-Charged-Party-Address ]
                         [ Requested-Party-Address ]
                       * [ Associated-URI ]
                         [ Time-Stamps ]
                       * [ Application-Server-Information ]
                       * [ Inter-Operator-Identifier ]
                         [ IMS-Charging-Identifier ]
                       * [ SDP-Session-Description ]
                       * [ SDP-Media-Component ]
                         [ Served-Party-IP-Address ]
                         [ Server-Capabilities ]
                         [ Trunk-Group-ID ]
                         [ Bearer-Service ]
                         [ Service-Id ]
```

```
                          * [ Service-Specific-Info ]
                          * [ Message-Body ]
                            [ Cause-Code ]
                            [ Access-Network-Information ]
                          * [ Early-Media-Description ]
                            [ IMS-Communication-Service-Identifier ]
                            [ Online-Charging-Flag ]
                            [ Real-Time-Tariff-Information ]
                            [ Account-Expiration ]
                            [ Initial-IMS-Charging-Identifier ]
```

## 7.2.78    IMSI-Unauthenticated-Flag AVP

The *IMSI-Unauthenticated-Flag* AVP (AVP code 2308) is of type Enumerated, and indicates the served IMSI is not authenticated. This may occur when emergency bearer service is provided (refer to TS 23.060 [74] and TS 29.274 [91]). If this flag is not present, this means the served IMSI is authenticated.

The following values are defined:

>    0    Authenticated

>    1    Unauthenticated

## 7.2.79    Incoming-Trunk-Group-ID AVP

The *Incoming-Trunk-Group-ID* AVP (AVP code 852) is of type UTF8String and identifies the incoming PSTN leg.

## 7.2.79A   Initial-IMS-Charging-Identifier AVP

The *Initial-IMS-Charging-Identifier* AVP (AVP code 2321) is of type UTF8String and holds the Initial IMS Charging Identifier (ICID) as generated by a IMS node for the initial SIP session created for IMS service continuity.

## 7.2.80    Inter-Operator-Identifier AVP

The *Inter-Operator-Identifier* AVP (AVP code 838) is of type Grouped and holds the identification of the network neighbours (originating and terminating) as exchanged via SIP signalling and described in [404].

It has the following ABNF grammar:

>    <Inter-Operator-Identifier>:: = < AVP Header: 838 >

>>                              [ Originating-IOI ]
>>                              [ Terminating-IOI ]

## 7.2.80A   IP-Realm-Default-Indication  AVP

The *IP-Realm-Default-Indication-Indication*  AVP (AVP code 2603) is of type Enumerated and indicates whether the IP realm used for the SDP media component is the Default IP realm or not.


The following values are defined:

>    0    Default IP Realm Not used

>    1    Default IP realm used

## 7.2.81    LCS-APN AVP

The *LCS-APN* AVP (AVP code 1231) is of type UTF8String and contains the APN of the LCS Client.

## 7.2.82    LCS-Client-Dialed-By-MS AVP

The *LCS-Client-Dialed-By-MS* AVP (AVP code 1233) is of type UTF8String and holds the number of the LCS Client dialled by the UE.

## 7.2.83    LCS-Client-External-ID AVP

The *LCS-Client-External-ID* AVP (AVP code 1234) is of type UTF8String and holds the identification of the external LCS Client.

## 7.2.84    LCS-Client-ID AVP

The *LCS-Client-Id* AVP (AVP code 1232) is of type Grouped and holds information related to the identity of an LCS client.

It has the following ABNF grammar:

        <LCS-Client-ID>:: = < AVP Header: 1232 >

                          [ LCS-Client-Type ]
                          [ LCS-Client-External-ID ]
                          [ LCS-Client-Dialed-By-MS ]
                          [ LCS-Client-Name ]
                          [ LCS-APN ]
                          [ LCS-Requestor-ID ]

## 7.2.85    LCS-Client-Name AVP

The *LCS-Client-Name* AVP (AVP code 1235) is of type Grouped and contains the information related to the name of the LCS Client.

It has the following ABNF grammar:

        <LCS-Client-Name>:: = < AVP Header: 1235 >

                          [ LCS-Data-Coding-Scheme ]
                          [ LCS-Name-String ]
                          [ LCS-Format-Indicator ]

## 7.2.86    LCS-Client-Type AVP

The *LCS-Client-Type* AVP (AVP code 1241) is of type Enumerated and contains an estimate of the location of an MS in universal coordinates and the accuracy of the estimate.

It can be one of the following values:

        EMERGENCY_SERVICES            0
        VALUE_ADDED_SERVICES          1
        PLMN_OPERATOR_SERVICES        2
        LAWFUL_INTERCEPT_SERVICES     3

## 7.2.87    LCS-Data-Coding-Scheme AVP

The *LCS-Data-Coding-Scheme* AVP (AVP code 1236) is of type UTF8String and contains the information of the alphabet and the language used.

## 7.2.88    LCS-Format-Indicator AVP

The *LCS-Format-Indicator* AVP (AVP code 1237) is of type Enumerated and contains the format of the LCS Client name.

It can be one of the following values:

|                     |     |
|---------------------|-----|
| LOGICAL_NAME        | 0   |
| EMAIL_ADDRESS       | 1   |
| MSISDN              | 2   |
| URL                 | 3   |
| SIP_URL             | 4   |

## 7.2.89    LCS-Information AVP

The LC*S-Information* AVP (AVP code 878) is of type Grouped. Its purpose is to allow the transmission of additional LCS service specific information elements.

It has the following ABNF grammar:

        LCS-Information :: = < AVP Header: 878>

                        [ LCS-Client-ID ]
                        [ Location-Type ]
                        [ Location-Estimate ]
                        [ Positioning-Data ]
                        [ 3GPP-IMSI ]
                        [ MSISDN ]

## 7.2.90    LCS-Name-String AVP

The *LCS-Name-String* AVP (AVP code 1238) is of type UTF8String and contains the LCS Client name.

## 7.2.91    LCS-Requestor-ID AVP

The *LCS-Requestor-Id* AVP (AVP code 1239) is of type Grouped and contains information related to the identification of the Requestor.

It has the following ABNF grammar:

        <LCS-Requestor-ID>:: =        < AVP Header: 1239 >

                        [ LCS-Data-Coding-Scheme ]
                        [ LCS-Requestor-ID-String ]

## 7.2.92    LCS-Requestor-ID-String AVP

The *LCS-Requestor-Id-String* AVP (AVP code 1240) is of type UTF8String and contains the identification of the Requestor and can be e.g. MSISDN or logical name.

## 7.2.92A  Local-GW-Inserted-Indication AVP

The *Local-GW-Inserted-Indication* AVP (AVP code 2604) is of type Enumerated and indicates if the local GW (TrGW, IMS-AGW) is inserted or not for the SDP media component.

The following values are defined:

    0   Local GW Not Inserted

    1   Local GW Inserted

## 7.2.93    Local-Sequence-Number AVP

The *Local-Sequence-Number* AVP (AVP code 2063) is of type Unsigned32 and holds the service data container sequence number : increased by 1 for each service data container closed.

## 7.2.94    Location-Estimate AVP

The *Location-Estimate* AVP (AVP code 1242) is of type OctetString and contains an estimate of the location of an MS in universal coordinates and the accuracy of the estimate. Refers to geographical area descriptions in 3GPP TS 23.032 [227] for the internal structure and encoding of this AVP.

## 7.2.95    Location-Estimate-Type AVP

The *Location-Estimate-Type* AVP (AVP code 1243) is of type Enumerated and contains one of the following values:

|   |   |
|---|---|
| CURRENT_LOCATION | 0 |
| CURRENT_LAST_KNOWN_LOCATION | 1 |
| INITIAL_LOCATION | 2 |
| ACTIVATE_DEFERRED_LOCATION | 3 |
| CANCEL_DEFERRED_LOCATION | 4 |

## 7.2.96    Location-Type AVP

The *Location-Type* AVP (AVP code 1244) is of type Grouped and indicates the type of location estimate required by the LCS client.

It has the following ABNF grammar:

        Location-Type:: =        < AVP Header: 1244>

                                 [ Location-Estimate-Type ]
                                 [ Deferred-Location-Event-Type ]

## 7.2.97    Low-Balance-Indication AVP

The *Low-Balance-Indication* AVP (AVP code 2020) is of type Enumerated and indicates if the subscriber balance went below a designated threshold by its account.
This indication can be used to advise the end user about the need to replenish his balance.

It can be one of the following values:

|   |   |
|---|---|
| NOT-APPLICABLE | 0 |
| YES | 1 |

## 7.2.97A   Low-Priority-Indicator AVP

The *Low-Priority-Indicator* AVP (AVP code 2602) is of type Enumerated and indicates if the PDN connection has a low priority, i.e. for Machine Type Communications.

It can be one of the following values:

|   |   |
|---|---|
| NO | 0 |
| YES | 1 |

## 7.2.98    MBMS GW-Address AVP

The *MBMS GW-Address* AVP (AVP code 2307) is of type Address and holds the IP-address . This AVP of the MBMS GW that generated the MBMS Charging ID when MBMS GW is stand-alone.

## 7.2.99    MBMS-Information AVP

The *MBMS-Information* AVP (AVP code 880) is of type Grouped. Its purpose is to allow the transmission of additional MBMS service specific information elements.

It has the following ABNF grammar:

```
MBMS-Information :: =      < AVP Header: 880>

                              [ TMGI ]
                              [ MBMS-Service-Type ]
                              [ MBMS-User-Service-Type ]
                              [ File-Repair-Supported ]
                              [ Required-MBMS-Bearer-Capabilities ]
                              [ MBMS-2G-3G-Indicator ]
                              [ RAI ]
                           * [ MBMS-Service-Area ]
                              [ MBMS-Session-Identity ]
                              [ CN-IP-Multicast-Distribution ]
                              [ MBMS GW-Address ]
```

## 7.2.100   MBMS-User-Service-Type AVP

The *MBMS-User-Service-Type* AVP (AVP code 1225) is of type Enumerated indicates type of service the the MBMS user service that is being delivered. The following values are supported:

DOWNLOAD (1)

   The MBMS user service of type: download.

STREAMING (2)

   The MBMS user service is of type: streaming.

## 7.2.101   Media-Initiator-Flag AVP

The *Media-Initiator-Flag* AVP (AVP code 882) is of type Enumerated and indicates which party has requested the session modification. The default value is '0' indicating the called party initiated the modification.

   [0]    called party

   [1]    calling party

   [2]    unknown

## 7.2.102   Media-Initiator-Party AVP

The *Media-Initiator-Party* AVP (AVP code 1288) is of type UTF8String. Enumerated in IMS charging, it holds the address (SIP URI or TEL URI) of the party (Public User ID or Public Service ID) who initiates the media action, like adding/removing, connecting/disconnecting the media. The Media Initiator Party shall be populated with the SIP URI or TEL URI contained in the Request-URI of the outgoing request. It is use for PoC charging.

## 7.2.103   Message-Body AVP

The *Message-Body* AVP (AVP Code 889) is of type Grouped AVP and holds information about the message bodies including user-to-user data.

It has the following ABNF grammar:

```
<Message-Body>::=      < AVP Header: 889 >
```

{ Content-Type }
{ Content-Length }
[ Content-Disposition ]
[ Originator ]

The message bodies shall not include the bodies' of Content-Type = "application-sdp" as these are captured in other AVPs.

## 7.2.104   Message-Class AVP

The *Message-Class* AVP (AVP code 1213) is of type Grouped.

It has the following ABNF grammar:

Message-Class :: = < AVP Header: 1213 >

        [ Class-Identifier ]
        [ Token-Text ]

## 7.2.105   Message-ID AVP

The *Message-ID* AVP (AVP code 1210) is of type UTF8String and holds the identification of the message being charged.

## 7.2.106   Message-Size AVP

The *Message-Size* AVP (AVP code 1212) is of type Unsigned32. For MMS, it holds the total size in bytes of the MM calculated according to TS 23.140 [208]. For SMS, it holds the total size in octets of SM including any user data header.

## 7.2.107   Message-Type AVP

The *Message-Type* AVP (AVP code 1211) is of type Enumerated and holds the type of the message according to the MMS transactions e.g. submission, delivery.

The following values are defined and are as specified in MMS Encapsulation [209]:

    1  m-send-req

    2  m-send-conf

    3  m-notification-ind

    4  m-notifyresp-ind

    5  m-retrieve-conf

    6  m-acknowledge-ind

    7  m-delivery-ind

    8  m-read-rec-ind

    9  m-read-orig-ind

   10  m-forward-req

   11  m-forward-conf

   12  m-mbox-store-conf

   13  m-mbox-view-conf

   14  m-mbox-upload-conf

15 m-mbox-delete-conf

# 7.2.108   MM-Content-Type AVP

The *MM-Content-Type* AVP (AVP code 1203) is of type Grouped and indicates the overall content type of the MM content and includes information about all the contents of an MM.

It has the following ABNF grammar:

MM-Content-Type :: =        < AVP Header: 1203 >

                            [ Type-Number ]
                            [ Additional-Type-Information ]
                            [ Content-Size ]
                          * [ Additional-Content-Information ]

# 7.2.109   MMBox-Storage-Requested AVP

The *MMBox-Storage-Requested* AVP (AVP code 1248) is of type Enumerated and indicates whether an MMBoxstorage has been requested by the originator MMS User Agent or not. The values for whether an MMBox Storage was requested are:

0   No

1   Yes

# 7.2.110   MMS-Information AVP

The MM*S-Information* AVP (AVP code 877) is of type Grouped. Its purpose is to allow the transmission of additional MMS service specific information elements.

It has the following ABNF grammar:

MMS-Information :: =        < AVP Header: 877>

                            [ Originator-Address ]
                          * [ Recipient-Address ]
                            [ Submission-Time ]
                            [ MM-Content-Type ]
                            [ Priority ]
                            [ Message-ID ]
                            [ Message-Type ]
                            [ Message-Size ]
                            [ Message-Class ]
                            [ Delivery-Report-Requested ]
                            [ Read-Reply-Report-Requested ]
                            [ MMBox-Storage-Requested ]
                            [ Applic-ID ]
                            [ Reply-Applic-ID ]
                            [ Aux-Applic-Info ]
                            [ Content-Class ]
                            [ DRM-Content ]
                            [ Adaptations ]
                            [ VASP-Id ]
                            [ VAS-Id ]

# 7.2.111   MMTel-Information AVP

The MMTel-*Information* AVP (AVP code 2030) is of type Grouped. Its purpose is to allow the transmission of additional MMtel  service specific information elements. It holds MMTel supplementary services invoked during MMTel service.

It has the following ABNF grammar:

> MMTel-Information :: = < AVP Header: 2030>
>
>> * [ Supplementary-Service]

## 7.2.111A   MMTel-SService-Type AVP

The *MMTel-SService-Type* AVP (AVP Code 2031) is of type Unsigned32 and identifies the type of MMTel supplementary service.

The following values are defined:

| | |
|---|---|
| "Originating Identification Presentation (OIP)" | 0 |
| "Originating Identification Restriction (OIR)" | 1 |
| "Terminating Identification Presentation (TIP)" | 2 |
| "Terminating Identification Restriction (TIR)" | 3 |
| "Communication HOLD (HOLD)" | 4 |
| "Communications Barring (CB )" | 5 |
| "Communication Diversion (CDIV)" | 6 |
| "Communication Diversion Notification (CDIVN)" | 7 |
| "Communication Waiting (CW)" | 8 |
| "Message Waiting Indication (MWI)" | 9 |
| "Conference (CONF)" | 10 |
| "Flexible Alerting (FA)" | 11 |
| "Completion of Communication to Busy Subscriber (CCBS)" | 12 |
| "Completion of Communications on No Reply (CCNR)" | 13 |
| "Malicious Communication Identification (MCID)" | 14 |
| "Customized Alerting Tone" (CAT) | 15 |
| "Closed User Group" (CUG) | 16 |
| "Personal Network management" (PNM) | 17 |
| "Customized Ringing Signal" (CRS) | 18 |
| "Advice of Charge (AoC)" | 19 |

Values $\geq 1024$ are reserved for specific Network/Manufacturer supplementary services variants

## 7.2.112  Next-Tariff AVP

The *Next-Tariff* AVP (AVP code 2057) is of type Grouped and holds tariff information. The Tariff is a formula for cost calculation given the *Used-Service-Unit* AVP. The calculated cost is given in the *Currency-Code* AVP. The formula sums all the rating elements and multiplies the sum by the *Scale-Factor* AVP.

It has the following ABNF grammar:

> Next-Tariff :: = < AVP Header: 2057 >

```
[ Currency-Code ]
[ Scale-Factor ]
* [ Rate-Element ]
```

## 7.2.113   Node-Functionality AVP

The *Node-Functionality* AVP (AVP code 862) is of type Enumerated and includes the *functionality* identifier of the *node*.

The functionality identifier can be one of the following:

```
S-CSCF    0
P-CSCF    1
I-CSCF    2
MRFC      3
MGCF      4
BGCF      5
AS        6
IBCF      7
S-GW      8
P-GW      9
HSGW      10
E-CSCF    11
```

## 7.2.114   Node-Id AVP

The *Node-Id* AVP (AVP code 2064) is of type UTF8String and includes an optional, operator configurable identifier string for the node.

## 7.2.115   Number-Of-Diversions AVP

The *Number-of-Diversions* AVP (AVP Code 2034) is of type Unsigned32 and holds the number of diversions related to a CDIV service. When counting the number of diversions, all types of diversion are included.

## 7.2.116   Number-Of-Messages-Sent AVP

The *Number-Of-Messages-Sent* AVP (AVP code 2019) is of type Unsigned32 and indicates the number of SMSs sent by the IMS application if applicable.

## 7.2.117   Number-Of-Participants AVP

The *Number-Of-Participants* AVP (AVP code 885) is of type Unsigned32 and holds the number of invited parties of the multi-party session when included in the initial charging request message, e.g. in PoC, CONFerence and SIMPLE IM. When included in interim / update charging messages, it indicates the number of parties who are currently attached in the session at the time the interim / update messages are sent.

   NOTE:    The information to populate this field may be obtained from the TBCP-Talk-Burst-Grant message in PoC case. The information to populate this field may be obtained from the Diameter Accounting Request message in MMTel CONF Charging.

## 7.2.118   Number-Of-Received-Talk-Bursts AVP

The *Number-Of-Received-Talk-Bursts* AVP (AVP code 1282) is of type Unsigned32 and holds the number of the received talk bursts.

## 7.2.119   Number-Of-Talk-Bursts AVP

The *Number-Of-Talk-Bursts* AVP (AVP code 1283) is of type Unsigned32 and holds the number of the sent talk bursts.

## 7.2.120   Number-Portability-Routing-Information AVP

The *Number-Portability-Routing-Information* AVP (AVP code 2024) is of type UTF8String and holds information on routing number received by S-CSCF during number portability look-up (ENUM/DNS). This information is sent over SIP in the Requested URI header.

## 7.2.121   Offline-Charging AVP

The *Offline-Charging* AVP (AVP code 1278) is a grouped AVP, which is used to set the parameters required to control offline charging.

It has the following ABNF grammar:

        Offline-Charging ::=    < AVP Header:1278 >

                            [ Quota-Consumption-Time ]
                            [ Time-Quota-Mechanism ]
                            [ Envelope-Reporting ]
                          * [ Multiple-Services-Credit-Control ]
                          * [ AVP ]

At most one of Quota-Consumption-Time AVP or Time-Quota-Mechanism AVP shall be present, if individual instances are not included within the Multiple-Services-Credit-Control AVP.

The Multiple-Services-Credit-Control AVPs, if present, shall contain the Rating-Group AVP to identify the category, optionally one of Quota-Consumption-Time AVP and Time-Quota-Mechanism AVP, and optionally the Envelope-Reporting AVP.

Any values specified in the Offline-Charging AVP take precedence over the configured defaults. The values of the parameters specified at Multiple-Services-Credit-Control level take precedence over the values specified directly at Offline-Charging level. If neither Quota-Consumption-Time AVP nor Time-Quota-Mechanism AVP is included in the Multiple-Services-Credit-Control AVP, then the general reporting requirements dictated by the Quota-Consumption-Time AVP or Time-Quota-Mechanism AVP and Envelope-Reporting AVP directly within the Offline-Charging AVP shall apply.

## 7.2.122   Online-Charging-Flag AVP

The *Online-Charging-Flag* AVP (AVP code 2303) is of type Enumerated and indicates the Online Charging Request was sent based on the provided ECF address from the SIP P-header "P-Charging-Function-Addresses".

It has the following values:

    0   ECF address not provided

    1   ECF address provided

## 7.2.123   Originating-IOI AVP

The *Originating-IOI* AVP (AVP code 839) is of type UTF8String (alphanumeric string) and holds the Inter Operator Identifier (IOI) for the originating network as generated by the IMS network element which takes responsibility for populating this parameter [404] in a SIP request as described in TS 24.229 [202].

The Originating IOI contains the following values:

- • Type 1 IOI: IOI of the visited network where the P-CSCF is located.

- • Type 2 IOI:

    - IOI of the home network of the originating end user where the S-CSCF is located in case a session is initiated from the IMS. In case of redirection by the S-CSCF, *Originating-IOI* AVP indicates the terminating party's network operator from which the session is redirected.

- IOI of the originating network where the MGCF is located in case a session is initiated from the PSTN toward the IMS.

- Type 3 IOI:

  - IOI of the home network (originating side or terminating side) where the S-CSCF is located when forwarding a SIP request as described in TS 24.229 [202] to an AS (proxy, terminating UA or redirect server or B2BUA).

  - IOI of the service provider network where the AS is located when an AS (originating UA or B2BUA) initiates a SIP request as described in TS 24.229 [202].

For further details on the Type 1, Type 2 and Type 3 IOIs, please refer to TS 32.240 [1].

## 7.2.124 Originator AVP

The *Originator* AVP (AVP code 864) is of type Enumerated and indicates the originating party of the message body. The following values are defined:

Calling Party 0

Called Party 1

## 7.2.125 Originator-Address AVP

The *Originator-Address* AVP (AVP code 886) is of type Grouped. Its purpose is to identify the originator of a message.

It has the following ABNF grammar:

Originator-Address :: = < AVP Header: 886 >

[ Address-Type ]
[ Address-Data ]
[ Address-Domain ]

## 7.2.126 Originator-Interface AVP

The *Originator-Interface* AVP (AVP code 2009) is the group AVP which contains information related to the Interface on which the message originated.

Originator-Interface ::= < AVP Header: 2009 >

[ Interface-Id ]
[ Interface-Text ]
[ Interface-Port ]
[ Interface-Type ]

## 7.2.127 Originator-Received-Address AVP

The *Originator-Received-Address* AVP (AVP code 2027) is of type Grouped. Its purpose is to identify the originator of a message with the original, unmodified address information as received before any address manipulations has taken place in the entity generating the charging information. This field allows correlation of address information with information generated by other nodes in the message flow.

It has the following ABNF grammar:

Originator-Received-Address :: = < AVP Header: 2027 >

[ Address-Type ]
[ Address-Data ]
[ Address-Domain ]

## 7.2.128   Originator-SCCP-Address

The *Originator-SCCP-Address* AVP (AVP code 2008) is of type Address. It is the "SCCP calling address" used by the messaging node when receiving a message. This is usually the address of the MSC or SGSN/Serving Node that was serving the UE when it submitted the message. It contains either a Point Code (ISPC) or a Global Title, where Global Title represents an E.164 number. The Address Type discriminator in RFC 3588 [401] is set to value 8, E.164, and the address information is UTF8 encoded.

## 7.2.128A Outgoing-Session-Id AVP

The *Outgoing-Session-Id* AVP (AVP code 2320) is of type UTF8String and holds the outgoing session identifier for an AS acting as B2BUA. For a SIP session the Outgoing-Session-Id AVP contains the SIP Call ID of the outgoing leg, as defined in RFC 3261 [405].

## 7.2.129   Outgoing-Trunk-Group-ID AVP

The *Outgoing-Trunk-Group-ID* AVP (AVP code 853) is of type UTF8String and identifies the outgoing PSTN leg.

## 7.2.130   Participants-Involved AVP

The *Participants-Involved* AVP (AVP code 887) is of type UTF8String and holds the list of address (Public User ID: SIP URI, TEL URI, MSISDN) of the parties who are involved into the PoC session.

## 7.2.131   Participant-Group AVP

The *Participant-Group* AVP (AVP code 1260) is of type Grouped and holds detailed information, e.g. the address (Public User ID: SIP URI, TEL URI, MSISDN), the access priority parameters, etc, of the party who is involved into the PoC session.

It has the following ABNF grammar:

> < Participant-Group > :: = < AVP Header: 1260>
>
> [ Called-Party-Address ]
> [ Participant-Access-Priority ]
> [ User-Participating-Type ]

## 7.2.132   Participant-Access-Priority AVP

Participant-Access-Priority AVP (AVP code 1259) is of type Enumerated. It is a subfield of Participants-Group AVP to indicate the priority level for users when initiating a new PoC session or participating in a PoC session.

The AVP may take the values as follows:

1   Pre-emptive priority: The highest level priority. A request with pre-emptive priority SHALL cause the current other requests to be revoked immediately, unless they are also with pre-emptive priority.

2   High priority: Lower than Pre-emptive priority.

3   Normal priority: Normal level. Lower than High priority.

4   Low priority: Lowest level priority.

## 7.2.133   Participant-Action-Type AVP

The *Participant-Action-Type* AVP (AVP code 2049) is of type Enumerated and holds the participant's action type during the conference for Billing Domain's information.

The following values are defined according to TS 24.605 [219]:

| CREATE_CONF | 0 |
| JOIN_CONF | 1 |
| INVITE_INTO_CONF | 2 |
| QUIT_CONF | 3 |

## 7.2.134   PDG-Address AVP

The *PDG-Address* AVP (AVP code 895) is of type Address and contains the PDG IP address.

## 7.2.135   PDG-Charging-Id AVP

The *PDG-Charging-Id* AVP (AVP code 896) is of type Unsigned32 and contains the charging identifier generated by the PDG for the tunnel. Charging identifier is generated at tunnel establishment and transferred to 3GPP AAA Server.

Different PDGs allocate the charging identifier independently of each other and may allocate the same numbers. PDG-Charging-Id together with PDG-Address constitutes a unique identifier for the tunnel.

Coding of this AVP is same as 3GPP-Charging-Id coding described in TS 29.061 [207].

## 7.2.136   PDN-Connection-Charging-ID AVP

The *PDN-Connection-Charging-ID* AVP (AVP code 2050) is of type Unsigned32 and contains the charging identifier to identify different records belonging to same PDN connection. This field includes Charging Id of first IP-CAN bearer activated within the PDN connection. Together with P-GW address this uniquely identifies the PDN connection for charging.

Coding of this AVP is same as 3GPP-Charging-Id coding described in TS 29.061 [207].

## 7.2.137   PDP-Address AVP

The *PDP-Address* AVP (AVP code 1227) is of type Address and holds the IP-address associated with the IP CAN bearer session ( PDP context / PDN connection). The PDP-Address-Prefix-Length AVP needs not be available for IPv6 typed IP-address prefix length of 64 bits.

## 7.2.137a PDP-Address-Prefix-Length AVP

The *PDP-Address-Prefix-Length* AVP (AVP code 2606) is of type Unsigned32 and contains the prefix length of an IPv6 typed PDP-Address AVP. The omission of this AVP for an IPv6 typed IP address implicitly means prefix length of 64 bits, as in this case the 64 bit prefix length default shall be assumed.

## 7.2.138   PDP-Context-Type AVP

The *PDP-Context-Type* AVP (AVP code 1247) is of type Enumerated and indicates the type of a PDP context.

The values for  requested are:

> 0   PRIMARY

> 1   SECONDARY

This AVP shall only be present in the CCR Initial.

## 7.2.139   PoC-Change-Condition AVP

The *PoC-Change-Condition* AVP (AVP code 1261) is of type Enumerated and contains the reason for closing a container and the addition of a new container. The AVP may take the following values:

|                          |      |
|--------------------------|------|
| serviceChange            | (0)  |
| volumeLimit              | (1)  |
| timeLimit                | (2)  |
| numberofTalkBurstLimit   | (3)  |
| numberofActiveParticipants | (4) |
| tariffTime               | (5)  |

## 7.2.140   PoC-Change-Time AVP

The *PoC-Change-Time* AVP (AVP code 1262) is of type Time and is a time stamp that defines the moment when a container is closed or the CDR is closed.

## 7.2.141   PoC-Controlling-Address AVP

The *PoC-Controlling-Address* AVP (AVP code 858) is of type UTF8String and identifies the PoC server performing the controlling function for the associated PoC session.

## 7.2.142   PoC-Event-Type AVP

The *PoC-Event-Type* AVP (AVP code 2025) is of type Enumerated and indicates PoC session unrelated charging event.

The AVP may take the values as follows:

   0     Normal;

   1     Instant Ppersonal Aalert event;

   2     PoC Group Advertisement event;

   3     Early Ssession Setting-up event;

   4     PoC Talk Burst

## 7.2.143   PoC-Group-Name AVP

The *PoC-Group-Name* AVP (AVP code 859) is of type UTF8String and identifies a group. Included if the session is a pre-arranged group session or a chat group session. It can be used for PoC and OMA SIMPE IM Charging, or other applications.

## 7.2.144   PoC-Information AVP

The PoC-*Information* AVP (AVP code 879) is of type Grouped. Its purpose is to allow the transmission of additional PoC service specific information elements.

It has the following ABNF grammar:

```
PoC-Information :: =          < AVP Header: 879>

                             [ PoC-Server-Role ]
                             [ PoC-Session-Type ]
                             [ PoC-User-Role ]
                             [ PoC-Session-Initiation-type ]
                             [ PoC-Event-Type ]
                             [ Number-Of-Participants ]
                           * [ Participants-Involved ]
                           * [ Participant-Group ]
                           * [ Talk-Burst-Exchange ]
                             [ PoC-Controlling-Address ]
                             [ PoC-Group-Name ]
                             [ PoC-Session-Id ]
                             [ Charged-Party ]
```

NOTE:    In the ABNF definition of PoC-Information AVP, the Participants-Involved AVP is kept only for backward compatibility with Releases before the 3GPP Release 7.

## 7.2.145   PoC-Server-Role AVP

The *PoC-Server-Role* AVP (AVP code 883) is of type Enumerated and specifies the role of the PoC server.

The identifier can be one of the following:

  0      Participating PoC Server

  1      Controlling PoC Server

## 7.2.146   PoC-Session-Id AVP

The *PoC-Session-Id* AVP (AVP code 1229) is of type UTF8String. It uniquely identifies an end-to-end PoC session and may be used for correlation between charging information generated by participating and controlling PoC functions. This information is obtained from the "Contact" header of the SIP message received from the controlling PoC function.

  NOTE: The PoC-Session-Id may not be available in the initial charging interactions for the PoC session.

## 7.2.147   PoC-Session-Initiation-Type AVP

The PoC-Session-Initiation-Type AVP (AVP code 1277) is of type Enumerated and specifies the type of the PoC session initiation.

The identifier can be one of the following:

  0      Pre-established

  1      On-demand

## 7.2.148   PoC-Session-Type AVP

The *PoC-Session-Type* AVP (AVP code 884) is of type Enumerated and specifies the type of the PoC session.

The identifier can be one of the following, refer Appendix C.5.1 in OMA PoC Control Plane specification [211]:

  0      1 to 1 PoC session

  1      chat PoC group session

  2      pre-arranged PoC group session

  3      ad-hoc PoC group session

## 7.2.149   PoC-User-Role AVP

The *PoC-User-Role* AVP (AVP code 1252) is of type Grouped. It specifies the role(s) related information of the PoC User that participating in the PoC Session.

It has the following grammar:

  PoC-User-Role :: = <AVP header: 1252>

        [ PoC-User-Role-Ids ]
        [ PoC-User-Role-info-Units ]

## 7.2.150   PoC-User-Role-IDs AVP

The *PoC-User-Role-IDs* AVP (AVP code 1253) is of type UTF8String and identifies the PoC user role.

## 7.2.151   PoC-User-Role-info-Units AVP

The *Poc-User-Role-info-Units* (AVP code 1254) is of type Enumerated and specify the role type details of PoC users.

The identifier can be one of the following:

1. Moderator

2. Dispatcher

3. Session-Owner

4. Session-Participant

## 7.2.152   Positioning-Data AVP

The *Positioning-Data* AVP (AVP code 1245) is of type UTF8String and indicates the usage of each positioning method that was attempted to determine the location estimate either successfully or unsuccessfully.

## 7.2.153   Preferred-AoC-Currency AVP

The *Preferred-AoC-Currency* AVP (AVP code 2315) is of type Unsigned32 and indicates the preferred currency code that the AoC function would like to get the AoC information. It is specified by using the numeric values defined in the ISO 4217 standard, refer RFC 4006 [402].

## 7.2.154   Priority AVP

The *Priority* AVP (AVP code 1209) is of type Enumerated and the priority (importance) of the message if specified. For SMS Charging the value "low" is not applicable.

The values are:

0   Low

1   Normal

2   High

## 7.2.155   PS-Append-Free-Format-Data AVP

The *PS-Append-Free-Format-Data* AVP (AVP code 867) is of type enumerated and indicates if the information sent in the PS-Free-Format-Data AVP must be appended to the PS-free-format-data stored for the online-session.

The following values are defined:

0   'Append': If this AVP is present and indicates 'Append', the P-GW shall append the received PS free format data to the PS free format data stored for the online charging session.

1   'Overwrite': If this AVP is absent or in value 'Overwrite', the P-GW shall overwrite all PS free format data already stored for the online charging session.

The P-GW shall ignore this AVP if no PS free format data is stored for the online charging session.

## 7.2.156   PS-Free-Format-Data AVP

The *PS-Free-Format-Data* AVP (AVP code 866) is of type OctectString and holds online charging session specific data.

**3GPP TS 32.299 version 10.7.0 Release 10**          122          ETSI TS 132 299 V10.7.0 (2012-09)

## 7.2.157   PS-Furnish-Charging-Information AVP

The *PS-Furnish-Charging-Information* AVP (AVP code 865) is of type Grouped. Its purpose is to add online charging session specific information, received via the Ro reference point, onto the Rf reference point in order to facilitate its inclusion in CDRs. This information element may be received in a CCA message via the Ro reference point. In situations where online and offline charging are active in parallel, the information element is transparently copied into an ACR to be sent on the Rf reference point.

It has the following ABNF grammar:

        PS-Furnish-Charging-Information :: = < AVP Header: 865>

                                    { 3GPP-Charging-Id }
                                    { PS-Free-Format-Data }
                                    [ PS-Append-Free-Format-Data ]

## 7.2.158   PS-Information AVP

The *PS-Information* AVP (AVP code 874) is of type Grouped. Its purpose is to allow the transmission of additional PS service specific information elements.

It has the following ABNF grammar:

        PS-Information :: =  < AVP Header: 874>

                            [ 3GPP-Charging-Id ]
                            [ PDN-Connection-Charging-ID ]
                            [ Node-Id ]
                            [ 3GPP-PDP-Type ]
                          * [ PDP-Address ]
                            [ PDP-Address-Prefix-Length ]
                            [ Dynamic-Address-Flag ]
                            [ Dynamic-Address-Flag-Extension ]
                            [ QoS-Information ]
                          * [ SGSN-Address ]
                          * [ GGSN-Address ]
                          * [ SGW-Address ]
                            [ CG-Address ]
                            [ Serving-Node-Type ]
                            [ SGW-Change ]
                            [ 3GPP-IMSI-MCC-MNC ]
                            [ IMSI-Unauthenticated-Flag ]
                            [ 3GPP-GGSN-MCC-MNC ]
                            [ 3GPP-NSAPI ]
                            [ Called-Station-Id ]
                            [ 3GPP-Session-Stop-Indicator ]
                            [ 3GPP-Selection-Mode ]
                            [ 3GPP-Charging-Characteristics ]
                            [ Charging-Characteristics-Selection-Mode ]
                            [ 3GPP-SGSN-MCC-MNC ]
                            [ 3GPP-MS-TimeZone ]
                            [ Charging-Rule-Base-Name ]
                            [ 3GPP-User-Location-Info ]
                            [ User-CSG-Information ]
                            [ 3GPP2-BSID ]
                            [ 3GPP-RAT-Type ]
                            [ PS-Furnish-Charging-Information ]
                            [ PDP-Context-Type ]
                            [ Offline-Charging ]
                          * [ Traffic-Data-Volumes ]
                          * [ Service-Data-Container ]
                            [ User-Equipment-Info ]

[ Terminal-Information ]
[ Start-Time ]
[ Stop-Time ]
[ Change-Condition ]
[ Diagnostics ]
[ Low-Priority-Indicator ]

## 7.2.159   Quota-Consumption-Time AVP

The *Quota-Consumption-Time* AVP (AVP code 881) is of type Unsigned32 and contains an idle traffic threshold time in seconds. This AVP may be included within the Multiple-Services-Credit-Control AVP when this AVP also contains a Granted-Service-Units AVP containing a CC-Time AVP (i.e. when the granted quota is a time quota).

## 7.2.160   Quota-Holding-Time AVP

The *Quota-Holding-Time* AVP (AVP code 871) is of type Unsigned32 and contains the quota holding time in seconds. The client shall start the quota holding timer when quota consumption ceases.  This is always when traffic ceases, i.e. the timer is re-started at the end of each packet. The Credit Control Client shall deem a quota to have expired when no traffic associated with the quota is observed for the value indicated by this AVP. The timer is stopped on sending a CCR and re-initialised on receiving a CCA with the previous used value or a new value of Quota-Holding-Time if received.

This optional AVP may only occur in a CCA command.  It is contained in the Multiple-Services-Credit-Control AVP. It applies equally to the granted time quota and to the granted volume quota.

A Quota-Holding-Time value of zero indicates that this mechanism shall not be used. If the Quota-Holding-Time AVP is not present, then a locally configurable default value in the client shall be used.

## 7.2.161   Rate-Element AVP

The *Rate-Element* AVP (AVP code 2058) is of type Grouped and holds simple rate element of one dimension.

Possible dimentions are the CC-Unit-Type.

Example: *CC-Unit-Type* AVP TIME, *Unit-Value* AVP 6 and *Unit-Cost* AVP 10 with *Exponent* AVP 2 should read:

10 cents per 6 seconds time. The currency is context dependent.

IF *CC-Unit-Type* AVP is MONEY, this is a fixed fee and Unit-Value is ignored.

It has the following ABNF grammar:

        Rate-Element :: = < AVP Header: 2058 >

                        { CC-Unit-Type }
                        [ChargeReason-Code ]
                        [ Unit-Value ]
                        [ Unit-Cost ]
                        [ Unit-Quota-Threshold ]

## 7.2.162   Read-Reply-Report-Requested AVP

The *Read-Reply-Report-Requested* AVP (AVP code 1222) is of type Enumerated and indicates whether a read reply report has been requested by the originator MMS User Agent or not.

The values for whether a report was requested are:

    0   No

    1   Yes

## 7.2.163 Void

## 7.2.164 Real-Time-Tariff-Information AVP

The *Real-Time-Tariff-Information* AVP (AVP code 2305) is of type Grouped and holds the tariff information received in real time according to TS 29.658 [222] in the SIP signalling.

It has the following ABNF grammar:

     < Real-Time-Tariff-Information > :: = < AVP Header: 2305 >

                              [ Tariff-Information ]
                              [ Tariff-XML ]

## 7.2.165 Received-Talk-Burst-Time AVP

The *Received-Talk-Burst-Time* AVP (AVP code 1284) is of type Unsigned32 and holds the duration in seconds of the received talk bursts.

## 7.2.166 Received-Talk-Burst-Volume AVP

The *Received-Talk-Burst-Volume* AVP (AVP code 1285) is of type Unsigned32 and holds the volume in bytes of the received talk bursts.

## 7.2.167 Recipient-Address AVP

The *Recipient-Address* AVP (AVP code 1201) is of type Grouped. Its purpose is to identify the recipient of a message.

It has the following ABNF grammar:

     Recipient-Address :: =        < AVP Header: 1201 >

                         [ Address-Type ]
                         [ Address-Data ]
                         [ Address-Domain ]
                         [ Addressee-Type ]

## 7.2.168 Recipient-Info AVP

The *Recipient-Info* AVP (AVP code 2026) is of type Grouped. Its purpose is to group information associated with a recipient. and contains the list of Recipient addresses of the message.

It has the following ABNF grammar:

     Recipient-Info :: = < AVP Header: 2026 >

                         [ Destination-Interface ]
                     * [ Recipient-Address ]
                     * [ Recipient-Received-Address ]
                         [ Recipient-SCCP-Address ]
                         [ SM-Protocol-ID ]

NOTE 1: This Recipient-Info AVP allows charging for messages with multiple recipients by repeating this AVP for every recipient. The Recipient-Info AVP unambiguously associates the grouped information to one specific recipient.

NOTE 2: The SM-Protocol-ID AVP only relates to the recipient when charging MT SMS messages as specified in TS 23.040 [216].

## 7.2.169  Recipient-Received-Address AVP

The *Recipient-Received-Address* AVP (AVP code 2028) is of type Grouped. Its purpose is to identify the recipient of a message with the original, unmodified address information as received before any address manipulations has taken place in the entity generating the charging information. This field allows correlation of address information with information generated by other nodes  in the message flow.

It has the following ABNF grammar:

    Recipient-Received-Address :: = < AVP Header: 2028>

                      [ Address-Type ]
                      [ Address-Data ]
                      [ Address-Domain ]

## 7.2.170  Recipient-SCCP-Address

The *Recipient-SCCP-Address* AVP (AVP code 2010) is of type Address. It is the "SCCP called address" used by the messaging node when delivering the message. This is usually the address of the MSC or SGSN/Serving Node that is serving the UE when it delivers the message. It contains a Global Title, where Global Title represents an E.164 number, and possibly a Point Code (ISPC). The AddressType discriminator in RFC 3588 [401] is set to value 8, E.164, and the address information is UTF8 encoded.

## 7.2.171  Refund-Information AVP

The *Refund-Information* AVP (AVP code 2022) is of type OctetString and it conveys relevant information for the OCS application relative to refund mechanism. When refund mechanism is implemented in the OCS this AVP may be included in the CCA of the previous IEC. This AVP must be used by the CTF in case of a refund scenario and thus must be included in the CCR for refund if previously received in CCA for IEC.

## 7.2.172  Remaining-Balance AVP

The *Remaining-Balance* AVP (AVP code 2021) is of type Grouped and provides information about the remaining account balance of the subscriber.

It has the following ABNF grammar:

    Remaining-Balance :: = < AVP Header: 2021 >

                      { Unit-Value }
                      { Currency-Code }

## 7.2.173  Reply-Applic-ID AVP

The *Reply-Applic-ID* AVP (AVP code 1223) is of type UTF8String and holds the identifier of a "reply path", i.e. the identifier of the application to which delivery reports, read-reply reports and reply-MMs are addressed.

## 7.2.174  Reply-Path-Requested AVP

The *Reply-Path-Requested* AVP (AVP code 2011) is of type Enumerated. The possible values are:

    0   No Reply Path Set

    1   Reply path Set

## 7.2.175  Reporting-Reason AVP

The *Reporting-Reason* AVP (AVP code 872) is of type Enumerated and specifies the reason for usage reporting for one or more types of quota for a particular category.  It can occur directly in the Multiple-Services-Credit-Control AVP, or

in the Used-Service-Units AVP within a Credit Control Request command reporting credit usage. It shall not be used at command level. It shall always and shall only be sent when usage is being reported.

The following values are defined for the Reporting-Reason AVP:

THRESHOLD                                                          (0)

- This value is used to indicate that the reason for usage reporting of the particular quota type indicated in the Used-Service-Units AVP where it appears is that the threshold has been reached.

QHT                                                              (1)

- This value is used to indicate that the reason for usage reporting of all quota types of the Multiple-Service-Credit-Control AVP where its appears is that the quota holding time specified in a previous CCA command has been hit (i.e. the quota has been unused for that period of time).

FINAL                                                            (2)

- This value is used to indicate that the reason for usage reporting of all quota types of the Multiple-Service-Credit-Control AVP where its appears is that a service termination has happened, e.g. PDP context or IP CAN bearer termination.

QUOTA_EXHAUSTED                                                  (3)

- This value is used to indicate that the reason for usage reporting of the particular quota type indicated in the Used-Service-Units AVP where it appears is that the quota has been exhausted.

VALIDITY_TIME                                                    (4)

- This value is used to indicate that the reason for usage reporting of all quota types of the Multiple-Service-Credit-Control AVP where its appears is that the credit authorization lifetime provided in the Validity-Time AVP has expired.

OTHER_QUOTA_TYPE                                                 (5)

- This value is used to indicate that the reason for usage reporting of the particular quota type indicated in the Used-Service-Units AVP where it appears is that, for a multi-dimensional quota, one reached a trigger condition and the other quota is being reported.

RATING_CONDITION_CHANGE                                          (6)

- This value is used to indicate that the reason for usage reporting of all quota types of the Multiple-Service-Credit-Control AVP where its appears is that a change has happened in some of the rating conditions that were previously armed (through the Trigger AVP, e.g. QoS, Radio Access Technology,…). The specific conditions that have changed are indicated in an associated Trigger AVP.

FORCED_REAUTHORISATION                                           (7)

- This value is used to indicate that the reason for usage reporting of all quota types of the Multiple-Service-Credit-Control AVP where its appears is that it is there has been a Server initiated re-authorisation procedure, i.e. receipt of RAR command

POOL_EXHAUSTED                                                   (8)

- This value is used to indicate that the reason for usage reporting of the particular quota type indicated in the Used-Service-Units AVP where it appears is that granted units are still available in the pool but are not sufficient for a rating group using the pool.

The values QHT, FINAL, VALIDITY_TIME, FORCED_REAUTHORISATION, RATING_CONDITION_CHANGE apply for all quota types and are used directly in the Multiple-Services-Credit-Control AVP, whereas the values THRESHOLD, QUOTA_EXHAUSTED and OTHER_QUOTA_TYPE apply to one particular quota type and shall occur only in the Used-Service-Units AVP. The value POOL_EXHAUSTED apply to all quota types using the credit pool and occurs in the Used-Service-Units AVP. It may optionally occur in the Multiple-Services-Credit-Control AVP if all quota types use the same pool.

When the value RATING_CONDITION_CHANGE is used, the Trigger AVP shall also be included to indicate the specific events which caused the re-authorisation request.

## 7.2.176  Requested-Party-Address AVP

The *Requested-Party-Address* AVP (AVP code 1251) is of type UTF8 String. In IMS it holds the address (SIP URI or TEL URI) of the party (Public User ID or Public Service ID) to whom the SIP transaction was originally posted. The Requested Party Address shall be populated with the SIP URI or TEL URI contained in the Request-URI of the incoming request. This field is only present if different from the Called Party Address parameter.

## 7.2.177  Role-Of-Node AVP

The *Role-Of-Node* AVP (AVP code 829) is of type Enumerated and specifies whether the IMS node (except the MRFC) is serving the calling or the called party.

The identifier can be one of the following:

    ORIGINATING_ROLE          0
    The IMS node is applying an originating role, serving the calling party.

    TERMINATING_ROLE          1
    The IMS node is applying a terminating role, serving the called party.

## 7.2.178  Scale-Factor AVP

The *Scale-Factor* AVP (AVP code 2059) is of type Grouped and holds simple multiplication factor in the same format as Unit-Value.

It has the following ABNF grammar:

    Scale-Factor :: = < AVP Header: 2059 >

                     { Value-Digits }
                     [ Exponent ]

## 7.2.179  SDP-Answer-Timestamp AVP

The *SDP-Answer-Timestamp* AVP (AVP code 1275) is of type Time and holds the time in UTC format of the response to the SDP offer.

## 7.2.180  SDP-Media-Component AVP

The *SDP-Media-Component* AVP (AVP code 843) is of type Grouped and contains information about media used for a IMS session.

It has the following ABNF grammar:

    SDP-Media-Component ::= < AVP Header: 843 >

                         [ SDP-Media-Name ]
                       * [ SDP-Media-Description ]
                         [ Local-GW-Inserted-Indication ]
                         [ IP-Realm-Default-Indication ]
                         [ Transcoder-Inserted-Indication ]
                         [ Media-Initiator-Flag ]
                         [ Media-Initiator-Party ]
                         [ 3GPP-Charging-Id ]
                         [ Access-Network-Charging-Identifier-Value ]
                         [ SDP-Type ]

NOTE:    When populating the SDP-Media-Component, either the 3GPP-Charging-ID or the Access-Network-Charging-Identifier-Value should be present but not both. The 3GPP-Charging-ID is expected to be used for 3GPP defined IP-CANS (e.g. GPRS) while the Access-Network-Charging-Identifier-Value is used for non-3GPP defined IP-CANs.

## 7.2.181   SDP-Media-Description AVP

The *SDP-Media-Description* AVP (AVP code 845) is of type UTF8String and holds the content of an "attribute-line" (i=, c=, b=, k=, a=, etc.) related to a media component, as described in RFC 4566 [406]. The attributes are specifying the media described in the SDP-Media-Name AVP.

## 7.2.182   SDP-Media-Name AVP

The *SDP-Media-Name* AVP (AVP code 844) is of type UTF8String and holds the content of a "m=" line in the SDP data.

## 7.2.183   SDP-Offer-Timestamp AVP

The *SDP-Offer-Timestamp* AVP (AVP code 1274) is of type Time and holds the time in UTC format of the SDP offer.

## 7.2.184   SDP-Session-Description AVP

The *SDP-Session-Description* AVP (AVP code 842) is of type UTF8String and holds the content of an "attribute-line" (i=, c=, b=, k=, a=, etc.) related to a session, as described in RFC 4566  [406].

## 7.2.185   SDP-TimeStamps AVP

The SDP-*TimeStamps* AVP (AVP code 1273) is of type Grouped and holds the time of the SDP offer and the SDP answer.

It has the following ABNF grammar:

        SDP-TimeStamps :: = < AVP Header: 1273 >

                                    [ SDP-Offer-Timestamp ]
                                    [ SDP-Answer-Timestamp ]

## 7.2.186   SDP-Type AVP

The SDP-*Type* AVP (AVP code 2036) is of type Enumerated and holds information if the SDP media component was of type SDP offer or SDP answer.

The values are:

        0   SDP Offer

        1   SDP Answer

## 7.2.187   Served-Party-IP-Address AVP

The *Served-Party-IP-Address* AVP (AVP code 848) is of type Address and holds the IP address of either the calling or called party, depending on whether the P-CSCF is in touch with the calling or the called party. This AVP is only provided by the P-CSCF.

## 7.2.188   Void

## 7.2.189   Service-Data-Container AVP

The *Service-Data-Container* AVP (AVP code 2040) is of type Grouped. Its purpose is to allow the transmission of the container to be reported for Flow based Charging. On encountering change on charging condition, this container identifies the volume count (separated for uplink and downlink), elapsed time or number of events, per service data flow identified per rating group or combination of the rating group and service id within an IP-CAN bearer.

It has the following ABNF grammar:

```
        Service-Data-Container :: =  < AVP Header: 2040>

                                  [ AF-Correlation-Information ]
                                  [ Charging-Rule-Base-Name ]
                                  [ Accounting-Input-Octets ]
                                  [ Accounting-Output-Octets ]
                                  [ Accounting-Input-Packets ]
                                  [ Accounting-Output-Packets ]
                                  [ Local-Sequence-Number ]
                                  [ QoS-Information ]
                                  [ Rating-Group ]
                                  [ Change-Time ]
                                  [ Service-Identifier ]
                                  [ Service-Specific-Info ]
                                  [ SGSN-Address ]
                                  [ Time-First-Usage ]
                                  [ Time-Last-Usage ]
                                  [ Time-Usage ]
                                 *[ Change-Condition ]
                                  [ 3GPP-User-Location-Info ]
                                  [ 3GPP2-BSID ]
```

## 7.2.190   Service-ID AVP

The *Service-ID* AVP (AVP code 855) is of type UTF8String and identifies the service the MRFC is hosting or AoC service. For conferences the conference ID is used as the value of this parameter.

## 7.2.191   Service-Generic-Information AVP

The *Service-Generic-Information* AVP (AVP code 1256) is of type Grouped. Its purpose is to allow the transmission of service information elements used for all services.

The AVP is defined in OMA-DDS-Charging_Data [223].

## 7.2.192   Service-Information AVP

The *Service-Information* AVP (AVP code 873) is of type Grouped. Its purpose is to allow the transmission of additional 3GPP service specific information elements which are not described in this document.

It has the following ABNF grammar:

```
        Service-Information :: =     < AVP Header: 873>
```

```
              * [ Subscription-Id ]
                [ AoC-Information ]
                [ PS-Information ]
                [ WLAN-Information ]
                [ IMS-Information ]
                [ MMS-Information ]
                [ LCS-Information ]
                [ PoC-Information ]
                [ MBMS-Information ]
                [ SMS-Information ]
                [ MMTel-Information ]
                [ Service-Generic-Information ]
                [ IM-Information ]
                [ DCD-Information ]
```

The format and the contents of the fields inside the Service-Information AVP are specified in the middle-tier documents which are applicable for the specific service. Note that the formats of the fields are service-specific, i.e. the format will be different for the various services.

The Subscription-Id AVP in Service-Information AVP is only used on the Rf interface.

Further fields may be included in the Service-Information AVP when new services are introduced.

## 7.2.193  Service-Mode AVP

The *Service-Mode*  AVP (AVP Code 2032) is of type Unsigned32 and provides the mode for CDIV, CB and ECT MMTel supplementary services.

The following values are defined:

| | |
|---|---|
| "Communication Forwarding Unconditional (CFU)" | 0 |
| "Communication Forwarding Busy (CFB)" | 1 |
| "Communication Forwarding No Reply (CRNR)" | 2 |
| "Communication Forwarding on Not Logged-In  (CFNL)" | 3 |
| "Communication Deflection (CD)" | 4 |
| "Communication Forwarding on Subscriber Not Reachable (CFNRc)" | 5 |
| "Incoming Call Barring (ICB)" | 6 |
| "Outgoing Call Barring (OCB)" | 7 |
| "Anonymous Communication Rejection (ACR)" | 8 |
| "Blind Transfer" | 9 |
| "Consultative Transfer" | 10 |
| "Three-Party (3PTY)" | 11 |
| "Advice of Charge -S (AoC-S)" | 12 |
| "Advice of Charge -D (AoC-D)" | 13 |
| "Advice of Charge -E (AoC-E)" | 14 |

Values  $\geq 1024$ are reserved for specific Network/Manufacturer variants

## 7.2.194   Service-Specific-Data AVP

The *Service-Specific-Data* AVP (AVP Code 863) is of type UTF8String and holds the value of the Service-Specific-Data.

## 7.2.195   Service-Specific-Info AVP

The *Service-Specific-Info* AVP (AVP Code 1249) is of type Grouped and holds service specific data if and as provided by an Application Server or a PCEF only for pre-defined PCC rules.

It has the following ABNF grammar:

> Service-Specific-Info  ::=      < AVP Header: 1249 >
>
>                              [ Service-Specific-Data ]
>                              [ Service-Specific-Type ]

## 7.2.196   Service-Specific-Type AVP

The *Service-Specific-Type* AVP (AVP Code 1257) is of type Unsigned32 and holds the type of the Service-Specific-Data.

## 7.2.197   Void

## 7.2.198   Serving-Node-Type AVP

The *Serving-Node-Type* AVP (AVP Code 2047) is of type Enumerated and identifies the type of Serving Node.

It may take the following values:

    0   SGSN
    1   PMIPSGW
    2   GTPSGW
    3   ePDG
    4   hSGW
    5   MME

## 7.2.199   SGSN-Address AVP

The *SGSN-Address* AVP (AVP code 1228) is of type Address and holds the IP-address of the SGSN/Serving Node (e.g. S-GW, AGW, ePDG from the P-GW and S4-SGSN, MME from the S-GW) that was used during a report.

## 7.2.199A   SGW-Address AVP

The *SGW-Address* AVP (AVP code 2067) is of type Address and holds the IP-address of the SGW Node.

## 7.2.200   SGW-Change AVP

The *SGW-Change* AVP (AVP Code 2065) is of type Enumerated, and indicates this is the first Accounting Request (ACR)[Start] due to S-GW change. If this AVP is not present, this means this ACR [Start] is not due to SGW change.

The following values are defined:

    0   ACR_Start_NOT_due_to_SGW_Change

    1   ACR_Start_due_to_SGW_Change

## 7.2.201  SIP-Method AVP

The *SIP-Method* AVP (AVP code 824) is of type UTF8String and holds the name of the SIP Method (INVITE, UPDATE etc.) causing a accounting request to be sent to the CDF or credit control request to be sent to the OCF.

## 7.2.202  SIP-Request-Timestamp AVP

The *SIP-Request-Timestamp* AVP (AVP code 834) is of type Time and holds the time in UTC format of the SIP request (e.g. Invite, Update).

## 7.2.203  SIP-Request-Timestamp-Fraction AVP

The *SIP-Request-Timestamp-Fraction* AVP (AVP code 2301) is of type Unsigned32 and holds the miliseconds fraction in relation to SIP-Request-Timestamp.

## 7.2.204  SIP-Response-Timestamp AVP

The *SIP-Response-Timestamp* AVP (AVP code 835) is of type Time and holds the time in UTC format of the response to the SIP request (e.g. 200 OK).

## 7.2.205  SIP-Response-Timestamp-Fraction AVP

The *SIP-Response-Timestamp-Fraction* AVP (AVP code 2302) is of type Unsigned32 and holds the miliseconds fraction in relation to SIP-Response-Timestamp.

## 7.2.206  SM-Discharge-Time AVP

The *SM-Discharge-Time* AVP (AVP code 2012) is of type Time. It indicates the time associated with the event being reported in the SM-Status AVP. It is only used in scenarios in which the delivery of the Delivery-Report (more properly the Status-Report) is being charged.

For example, if SM-Status has the value 0x00, then the SM-Discharge-Time indicates the time of the delivery of the original Short Message.

NOTE:  The SMS Node must ensure the correct encoding of this, as the other AVPs using the type Time, since the SMS messages use different formats.

## 7.2.207  SM-Message-Type AVP

The *SM-Message-Type* AVP (AVP code 2007) is of type Enumerated and indicates the type of the message which caused the charging interaction. The values are given below:

0.  SUBMISSION

1.  DELIVERY_REPORT

2.  SM Service Request

## 7.2.208  SM-Protocol-Id AVP

The *SM-Protocol-ID* AVP (AVP code 2013) is of type OctetString and holds an indication of the protocol used for the SM.

## 7.2.209  SM-Status AVP

The *SM-Status* AVP (AVP code 2014) is of type OctetString. The OctetString is of length 1 octet and contains status information about the delivery of an SM.

## 7.2.210   SM-User-Data-Header AVP

The *SM-User-Data-Header* AVP (AVP code 2015) is of type OctetString and contains any user data header extracted from the user data part of the SM.  Encoding is as described in TS 23.040 [216]. Any padding bits are not considered part of the header and are omitted.

## 7.2.211   SMS-Information AVP

The *SMS-Information* AVP (AVP code 2000) is of type Grouped. Its purpose is to allow the transmission of additional SMS service specific information elements.

It has the following ABNF grammar:

                SMS-Information :: = < AVP Header: 2000>

                              [ SMS-Node ]
                              [ Client-Address ]
                              [ Originator-SCCP-Address ]
                              [ SMSC-Address ]
                              [ Data-Coding-Scheme ]
                              [ SM-Discharge-Time ]
                              [ SM-Message-Type ]
                              [ Originator-Interface ]
                              [ SM-Protocol-ID ]
                              [ Reply-Path-Requested ]
                              [ SM-Status ]
                              [ SM-User-Data-Header ]
                              [ Number-Of-Messages-Sent ]
                          * [ Recipient-Info ]
                              [ Originator-Received-Address ]
                              [ SM-Service-Type ]

## 7.2.212   SMS-Node AVP

The *SMS-Node* AVP (AVP code 2016) is of type Enumerated and identifies the role which the SMS node performs in relation to the charging event. It takes the following values:

   0   SMS Router

   1   IP-SM-GW

   2   SMS Router and IP-SM-GW

   3   SMS-SC

## 7.2.213   SM-Service-Type AVP

The *SM-Service-Type* AVP (AVP code 2029) is of type Enumerated and indicates the type of SM service that caused the charging interaction. The values are given below:

   0   VAS4SMS Short Message content processing (as defined in TS 22.142 [217]

   1   VAS4SMS Short Message forwarding (as defined in TS 22.142 [217]

   2   VAS4SMS Short Message Forwarding multiple subscriptions (as defined in TS 22.142 [217]

   3   VAS4SMS Short Message filtering (as defined in TS 22.142 [217]

   4   VAS4SMS Short Message receipt (as defined in TS 22.142 [217]

   5   VAS4SMS Short Message Network Storage (as defined in TS 22.142 [217]

6   VAS4SMS Short Message to multiple destinations (as defined in TS 22.142 [217]

7   VAS4SMS Short Message Virtual Private Network (VPN) (as defined in TS 22.142 [217]

8   VAS4SMS Short Message Auto Reply (as defined in TS 22.142 [217]

9   VAS4SMS Short Message Personal Signature (as defined in TS 22.142 [217]

10  VAS4SMS Short Message Deferred Delivery (as defined in TS 22.142 [217]

11 .. 99   Reserved for 3GPP defined SM services

100 - 199 Vendor specific SM services

The SM-Service-Type AVP  must be present if the SM-Message-Type AVP has value 2, SM Service Request.

## 7.2.214   SMSC-Address AVP

The *SMSC-Address* AVP (AVP code 2017) is of type Address and carries the address of the SMSC, as contained in the SM.

## 7.2.215   Start-Time AVP

The S*tart-Time*  AVP (AVP Code 2041) is of type Time and holds the time in UTC format which represents the start of a user session at the S-GW/P-GW.

## 7.2.216   Stop-Time AVP

The S*top-Time*  AVP (AVP Code 2042) is of type Time and holds the time in UTC format which represents the termination of a user session at the S-GW/P-GW.

## 7.2.217   Submission-Time AVP

The *Submission-Time* AVP (AVP code 1202) is of type Time and indicates the time at which the message was submitted.

## 7.2.218   Subscriber-Role AVP

The *Subscriber-Role*  AVP (AVP code 2033) is of type Enumerated and indicates the role of the subscriber (originating party or terminating party) in MMTel supplementary services.

The role can be one of the following:

0.  ORIGINATING

1.  TERMINATING

## 7.2.219   Supplementary-Service AVP

The *Supplementary-Service* AVP (AVP code 2048) is of type Grouped and holds the specific supplementary service details for one MMTel supplementary service.

It has the following ABNF grammar:

        Supplementary-Service :: =  < AVP Header: 2048>

                                [MMTel-SService-Type ]
                                [ Service-Mode ]
                                [ Number-Of-Diversions ]
                                [ Associated-Party-Address ]
                                [ Service-ID ]
                                [ Change-Time ]

[ Number-Of-Participants ]
[ Participant-Action-Type ]
[ CUG-Information ]
[ AoC-Information ]

## 7.2.220   Talk-Burst-Exchange AVP

The *Talk-Burst-Exchange* AVP (AVP code 1255) is of type Grouped and holds the talk burst related charging data.

It has the following ABNF grammar:

        Talk-Burst-Exchange :: =   < AVP Header: 1255 >

                                { PoC-Change-Time }
                                [ Number-Of-Talk-Bursts ]
                                [ Talk-Burst-Volume ]
                                [ Talk-Burst-Time ]
                                [ Number-Of-Received-Talk-Bursts ]
                                [ Received-Talk-Burst-Volume ]
                                [ Received-Talk-Burst-Time ]
                                [ Number-Of-Participants ]
                                [ PoC-Change-Condition ]

## 7.2.221   Talk-Burst-Time AVP

The *Talk-Burst-Time* AVP (AVP code 1286) is of  type Unsigned32 and holds the duration in seconds of the sent talk bursts.

## 7.2.222   Talk-Burst-Volume AVP

The *Talk-Burst-Volume* AVP (AVP code 1287) is of type Unsigned32 and holds the volume in bytes of  the sent talk bursts.

## 7.2.223   Tariff-Information AVP

The *Tariff-Information* AVP (AVP code 2060) is of type Grouped and holds a tariff definition either from the local provider or from 3rd party provider. It contains information about the operator and the ID of the service being provided, the current tariff and possible next tariff after tariff switch time. It may also chain to tariffs provided by intermediate operators in the chain.

It has the following ABNF grammar:

        Tariff-Information :: =  < AVP Header: 2060 >

                                { Current-Tariff }
                                [ Tariff-Time-Change ]
                                [ Next-Tariff ]

## 7.2.224   Tariff-XML AVP

The *Tariff-XML* AVP (AVP code 2306) is of type UTF8String and holds the XML body describing the tariff/add-on charge information exchanged during the SIP transaction, as described in the TS 29.658 [222].

## 7.2.225   Terminating-IOI AVP

The *Terminating-IOI* AVP (AVP code 840) is of type UTF8String (alphanumeric string) and holds the Inter Operator Identifier (IOI) for the terminating network as generated by the IMS network element which takes responsibility for populating this parameter [404] in a SIP response as described in TS 24.229 [202].

The Terminating IOI contains the following values:

- Type 1 IOI: IOI of the home network where the S-CSCF is located.

- Type 2 IOI:

  - IOI of the home network of the terminating end user where the S-CSCF is located in case a session is initiated toward the IMS. In case of redirection by the S-CSCF, *Terminating-IOI* AVP indicates the terminating party's network operator to which the session is redirected.

  - IOI of the terminating network where the MGCF is located in case a session is initiated from the IMS toward the PSTN.

- Type 3 IOI:

  - IOI of the service provider network (originating side or terminating side) where the AS (proxy, terminating UA or redirect server or B2BUA) is located when receiving a SIP request as described in TS 24.229 [202].

  - IOI of the home network operator contacted by an AS when an AS (originating UA or B2BUA) initiates a SIP request as described in TS 24.229 [202].

For further details on the Type 1, Type 2 and Type 3 IOIs, please refer to TS 32.240 [1].

## 7.2.226   Time-First-Usage AVP

The *Time-First-Usage* AVP (AVP code 2043) is of type Time and holds the time in UTC format for the first IP packet to be transmitted and mapped to the current service data container.

## 7.2.227   Time-Last-Usage AVP

The *Time-Last-Usage* AVP (AVP code 2044) is of type Time and holds the time in UTC format for the last IP packet to be transmitted and mapped to the current service data container.

## 7.2.228   Time-Quota-Mechanism

The *Time-Quota-Mechanism* AVP (AVP code 1270) is of type Grouped.

It has the following syntax:

    Time-Quota-Mechanism ::= < AVP Header: 1270>

                              { Time-Quota-Type }
                              { Base-Time-Interval }

The OCS may include this AVP in an Multiple-Services-Credit-Control AVP, when granting time quota.

## 7.2.229   Time-Quota-Threshold AVP

The *Time-Quota-Threshold* AVP (AVP code 868) is of type Unsigned32 and contains a threshold value in seconds. This AVP may be included within the Multiple-Services-Credit-Control AVP when this AVP also contains a Granted-Service-Units AVP containing a CC-Time AVP (i.e. when the granted quota is a time quota).

If received, the Credit Control client shall seek re-authorisation from the server for the quota when the quota contents fall below the supplied threshold. The client shall allow service to continue whilst the re-authorisation is progress, until the time at which the original quota would have been consumed.

## 7.2.230   Time-Quota-Type AVP

The *Time-Quota-Type* AVP (AVP code 1271) is of type Enumerated. It is used to indicate which time quota consumption mechanism shall be used for the associated Rating Group.

It has the following values:

DISCRETE_TIME_PERIOD        (0)

CONTINUOUS_TIME_PERIOD   (1)

## 7.2.231   Time-Stamps AVP

The *Time-Stamps* AVP (AVP code 833) is of type Grouped and holds the time stamp of the SIP Request and the time stamp of the response to the SIP Request.

It has the following ABNF grammar:

        Time-Stamps ::= < AVP Header: 833 >

                            [ SIP-Request-Timestamp ]
                            [ SIP-Response-Timestamp ]
                            [ SIP-Request-Timestamp-Fraction ]
                            [ SIP-Response-Timestamp-Fraction ]

## 7.2.232   Time-Usage  AVP

The *Time-Usage*  AVP (AVP code 2045) is of type Time and holds the effective used time within the service data container reporting interval.

## 7.2.233   Traffic-Data-Volumes AVP

The *Traffic-Data-Volumes* AVP (AVP code 2046) is of type Grouped. Its purpose is to allow the transmission of the IP-CAN bearer container, on encountering change on charging condition for this IP-CAN bearer.This container  reports the volume count (separated for uplink and downlink).

It has the following ABNF grammar:

        Traffic-Data-Volumes :: =    < AVP Header: 2046>

                                    [ QoS-Information ]
                                    [ Accounting-Input-Octets ]
                                    [ Accounting-Input-Packets ]
                                    [ Accounting-Output-Octets ]
                                    [ Accounting-Output-Packets ]
                                    [ Change-condition ]
                                    [ Change-Time ]
                                    [ 3GPP-User-Location-Info ]

## 7.2.233A   Transcoder-Inserted-Indication AVP

The *Transcoder-Inserted-Indication*  AVP (AVP code 2605) is of type Enumerated and indicates if a transcoder is inserted or not for the SDP media component.

The following values are defined:

    0   Transcoder Not Inserted

    1   Transcoder Inserted

## 7.2.234   Token-Text AVP

The *Token-Text* AVP (AVP code 1215) is of type UTF8String and contains extension information for the Message-Class AVP.

## 7.2.235  Trigger AVP

The *Trigger* AVP (AVP code 1264) is of type Grouped and holds the trigger types. The presence of the Trigger AVP without any Trigger-Type AVP in a CCA allows OCS to disable all the triggers. The presence of the Trigger AVP in the CCR identifies the event(s) triggering the CCR.

It has the following ABNF grammar:

> Trigger  :: = < AVP Header: 1264 >
>
>> * [ Trigger-Type ]

## 7.2.236  Trigger-Type AVP

The *Trigger-Type* AVP (AVP code 870) is of type Enumerated and indicates a single re-authorisation event type.

When included in the Credit Control Answer command, the Trigger-Type AVP indicates the events that shall cause the credit control client to re-authorise the associated quota. The client shall not re-authorise the quota when events which are not included in the Trigger AVP occur.

When included in the Credit Control Request command indicates the specific event which caused the re-authorisation request of the Reporting-Reason with value RATING_CONDITION_CHANGE associated.

It has the following values:

CHANGE_IN_SGSN_IP_ADDRESS (1)

- This value is used to indicate that a change in the SGSN IP address shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGE_IN_QOS (2)

- This value is used to indicate that a change in the end user  negotiated QoS shall cause the credit control client to ask for a re-authorisation of the associated quota.

NOTE 1:  This should not be used in conjunction with enumerated values 10 to 23.

CHANGE_IN_LOCATION (3)

- This value is used to indicate that a change in the end user location shall cause the credit control client to ask for a re-authorisation of the associated quota.

NOTE 2:  This should not be used in conjunction with enumerated values 30 to 34.

CHANGE_IN_RAT (4)

- This value is used to indicate that a change in the radio access technology shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGE_IN_UE_TIMEZONE (5)

- This value is used to indicate that a change in the TimeZone where the end user is located shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGEINQOS_TRAFFIC_CLASS (10)

- This value is used to indicate that a change in the end user negotiated traffic class shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGEINQOS_RELIABILITY_CLASS (11)

- This value is used to indicate that a change in the end user negotiated reliability class shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGEINQOS_DELAY_CLASS (12)

- This value is used to indicate that a change in the end user negotiated delay class shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGEINQOS_PEAK_THROUGHPUT (13)

- This value is used to indicate that a change in the end user negotiated peak throughput shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGEINQOS_PRECEDENCE_CLASS (14)

- This value is used to indicate that a change in the end user negotiated precedence class shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGEINQOS_MEAN_THROUGHPUT (15)

- This value is used to indicate that a change in the end user negotiated mean throughput shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGEINQOS_MAXIMUM_BIT_RATE_FOR_UPLINK (16)

- This value is used to indicate that a change in the end user negotiated uplink maximum bit rate shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGEINQOS_MAXIMUM_BIT_RATE_FOR_DOWNLINK (17)

- This value is used to indicate that a change in the end user negotiated downlink maximum bit rate shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGEINQOS_RESIDUAL_BER (18)

- This value is used to indicate that a change in the end user negotiated residual BER shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGEINQOS_SDU_ERROR_RATIO (19)

- This value is used to indicate that a change in the end user negotiated SDU error ratio shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGEINQOS_TRANSFER_DELAY (20)

- This value is used to indicate that a change in the end user negotiated transfer delay shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGEINQOS_TRAFFIC_HANDLING_PRIORITY (21)

- This value is used to indicate that a change in the end user negotiated traffic handling priority shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGEINQOS_GUARANTEED_BIT_RATE_FOR_UPLINK (22)

- This value is used to indicate that a change in the end user negotiated uplink guaranteed bit rate shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGEINQOS_GUARANTEED_BIT_RATE_FOR_DOWNLINK (23)

- This value is used to indicate that a change in the end user negotiated downlink guaranteed bit rate shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGEINLOCATION_MCC (30)

- This value is used to indicate that a change in the MCC of the serving network shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGEINLOCATION_MNC (31)

- This value is used to indicate that a change in the MNC of the serving network shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGEINLOCATION_RAC (32)

- This value is used to indicate that a change in the RAC where the end user is located shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGEINLOCATION_LAC (33)

- This value is used to indicate that a change in the LAC where the end user is located shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGEINLOCATION_CellId (34)

- This value is used to indicate that a change in the Cell Identity where the end user is located shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGEINLOCATION_TAC (35)

- This value is used to indicate that a change in the TAC where the end user is located shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGEINLOCATION_ECGI (36)

- This value is used to indicate that a change in the ECGI where the end user is located shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGE_IN_MEDIA_COMPOSITION (40)

- This value is used to indicate that a change in the media composition (as identified within SDP) for an existing SIP session shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGE_IN_PARTICIPANTS_NMB (50)

- This value is used specifically for multi participating session to indicate that a change in the number of active participants within a session shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGE_IN_ THRSHLD_OF_PARTICIPANTS_NMB (51)

- This value is used specifically to indicate that a change in the threshold of participants number within a session shall cause the credit control client to ask for a re-authorisation of the associated quota.

NOTE 3:   The threshold and the granularity of threshold are operator configurable. This should not be used in conjunction with value 50.

CHANGE_IN_USER_PARTICIPATING_TYPE (52)

- This value is used specifically to indicate that a change in the user participating type within a session shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGE_IN_SERVICE_CONDITION (60)

- This value is used to indicate that a change in rating conditions associated with a service occurs.
  The description of the conditions causing a change are service specific and may be documented in middle-tier specifications or may be configurable.

CHANGE_IN_SERVING_NODE(61)

- This value is used to indicate that a change in serving node shall cause the credit control client to ask for a re-authorisation of the associated quota.

CHANGE_IN_USER_CSG_INFORMATION (70)

- This value is used to indicate a request of reporting the event that the user enters/leaves a CSG cell. When used in a CCR, at entry to a CSG cell, the User-CSG-Information AVP shall be provided with the event report.

CHANGE_IN_HYBRID_SUBSCRIBED_USER_CSG_INFORMATION (71)

- This value is used to indicate a request of reporting the event that the user enters/leaves a hybrid cell that the user subscribes to. When used in a CCR, at entry to a hybrid cell where the user is a member, the User-CSG-Information AVP shall be provided with the event report.

CHANGE_IN_HYBRID_UNSUBSCRIBED_USER_CSG_INFORMATION (72)

- This value is used to indicate a request of reporting the event that the user enters/leaves a hybrid cell that the user does not subscribe to. When used in a CCR, at entry to a hybrid cell where the user is not a member, the User-CSG-Information AVP shall be provided with the event report.

## 7.2.237   Trunk-Group-ID AVP

The *Trunk-Group-ID* AVP (AVP code 851) is of type Grouped and identifies the incoming and outgoing PSTN legs.

It has the following ABNF grammar:

>   Trunk-Group-ID :: = <AVP Header: 851>

>>   [ Incoming-Trunk-Group-ID ]
>>   [ Outgoing-Trunk-Group-ID ]

## 7.2.238   Type-Number AVP

The *Type-Number* AVP (AVP code1204) is of type Enumerated and identifies the well-known media types. The values are taken from OMNA WSP Content Type Numbers [210]

## 7.2.239   Unit-Cost AVP

The *Unit-Cost* AVP (AVP code 2061) is of type Grouped and holds monetary value.

It has the same format of *Unit-Value*

It has the following ABNF grammar:

>   Unit-Cost :: = < AVP Header: 2061 >

>>   { Value-Digits }
>>   [ Exponent ]

## 7.2.240   Unit-Quota-Threshold AVP

The *Unit-Quota-Threshold* AVP (AVP code 1226) is of type Unsigned32 and contains a threshold value in service specific units. This AVP may be included within the Multiple-Services-Credit-Control AVP when this AVP also contains a Granted-Service-Units AVP containing CC-Service-Specific-Units AVP (i.e. when the granted quota is service specific) or within Rate-Element AVP..

If received in the context of Multiple-Service-Credit-Control AVP, the Credit Control client shall seek re-authorisation from the server for the quota when the quota contents fall below the supplied threshold. The client shall allow service to continue whilst the re-authorisation is in progress, up to the volume indicated in the original quota.

In the context of the Rating-Element AVP it denotes the durability of a Rating Element within a Tariff. I.e. if the service consumed Unit-Quota-Threshold number of Unit-Types, the next Rating element becomes in effect.

# 7.2.240A    User-CSG-Information AVP

The *User-CSG-Information* AVP (AVP code 2319) is of type Grouped and holds the user "Closed Subscriber Group" Information associated to CSG cell access: it comprises CSG ID within the PLMN, Access mode and indication on CSG membership for the user when hybrid access applies, as defined in TS 29.060 [225] for GPRS case, and in TS 29.274 [226] for EPC case.

It has the following ABNF grammar:

        User-CSG-Information :: = < AVP Header: 2319>


                            { CSG-Id }
                            { CSG-Access-Mode }
                            [ CSG-Membership-Indication ]

# 7.2.241   User-Participating-Type AVP

The *User-Participating-Type* AVP(AVP code 1279) is of type Enumerated. It is a subfield of Participants-Group AVP to indicate the user participating type when participating in the PoC session.

The AVP may take the values as follows:

   0   Normal;

   1   NW PoC Box;

   2   UE PoC Box.

# 7.2.242   User-Session-Id AVP

The *User-Session-Id* AVP (AVP code 830) is of type UTF8String and holds the session identifier. For a SIP session the *User-Session-Id* contains the SIP Call ID, as defined in RFC 3261 [405]. When the AS acts as B2BUA, the incoming Session-ID leg is covered.

# 7.2.243   Volume-Quota-Threshold AVP

The *Volume-Quota-Threshold* AVP (AVP code 869) is of type Unsigned32 and contains a threshold value in octets. This AVP may be included within the Multiple-Services-Credit-Control AVP when this AVP also contains a Granted-Service-Units AVP containing a CC-Total-Octets, CC-Input-Octets or CC-Output-Octets AVP (i.e. when the granted quota is a volume quota).

If received, the Credit Control client shall seek re-authorisation from the server for the quota when the quota contents fall below the supplied threshold. The client shall allow service to continue whilst the re-authorisation is progress, up to the volume indicated in the original quota.

# 7.2.244   WAG-Address AVP

The WAG-Address AVP (AVP code 890) is of type Address and contains the WAG IP address.

# 7.2.245   WAG-PLMN-Id AVP

The WAG-PLMN-Id AVP (AVP code 891) is of type OctetString and contains the WAG PLMN id (MCC and MNC).

Coding of this AVP is same as 3GPP-SGSN-MCC-MNC coding described in TS 29.061 [207].

## 7.2.246   WLAN-Information AVP

The WLAN-*Information* AVP (AVP code 875) is of type Grouped. Its purpose is to allow the transmission of additional WLAN service specific information elements.  The format and the contents of the fields inside the WLAN-Information AVP is specified in TS 32.252 [22].

It has the following ABNF grammar:

        WLAN-Information :: =     < AVP Header: 875>

                                 [ WLAN-Session-Id ]
                                 [ PDG-Address ]
                                 [ PDG-Charging-Id ]
                                 [ WAG-Address ]
                                 [ WAG-PLMN-Id ]
                                 [ WLAN-Radio-Container ]
                                 [ WLAN-UE-Local-IPAddress ]

## 7.2.247   WLAN-Radio-Container AVP

The WLAN-Radio-Container AVP (AVP code 892) is of type Grouped. The WLAN-Radio-Container AVP has the following format:

        WLAN-Radio-Container :: =     < AVP Header: 892>

                                 [ Operator-Name ]
                                 [ Location-Type ]
                                 [ Location-Information ]
                                 [ WLAN-Technology ]

## 7.2.248   WLAN-Session-Id AVP

The *WLAN-Session-Id* AVP (AVP code 1246) is of type Unsigned32 and contains the charging id generated by the AAA Server for the session.

Coding of this AVP is same as 3GPP-Charging-Id coding described in TS 29.061 [207].

## 7.2.249   WLAN-Technology AVP

The *WLAN-Technology* AVP (AVP code 893) is of type Unsigned32.

Editor's note: Actual content of this AVP is tbd.

## 7.2.250   WLAN-UE-Local-IPAddress AVP

The *WLAN-UE-Local-IPAddress* AVP (AVP code 894) is of type Address and contains the UE's local IP address.

# 7.3 3GPP2 Accesses specific AVPs

For the purpose of offline and online charging, the use of the Attribute Value Pairs (AVPs) defined for 3GPP2 Accesses is provided in the following table, and the specification including the detailed definition and description, is refered to.

These AVPs shall be used together with value 5535 (3GPP2) as Vendor-Id.

**Table 7.3: 3GPP2 Accesses specific AVPs**

| AVP Name | AVP Code | Used in | | | | Value Type | AVP Flag rules | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ACR | ACA | CCR | CCA | | Must | May | Should not | Must not | May Encr. |
| 3GPP2-BSID | 9010 | X | - | X | - | refer [215] | | | | | |

# Annex A (informative): Bibliography

**a**         **The 3GPP charging specifications**

-         3GPP TS 32.250: "Telecommunication management; Charging management; Circuit Switched (CS) domain charging".

-         3GPP TS 32.251: "Telecommunication management; Charging management; Packet Switched (PS) domain charging".

-         3GPP TS 32.252: "Telecommunication management; Charging management; Wireless Local Area Network (WLAN) charging".

-         3GPP TS 32.260: "Telecommunication management; Charging management; IP Multimedia Subsystem (IMS) charging".

-         3GPP TS 32.270: "Telecommunication management; Charging management; Multimedia Messaging Service (MMS) charging".

-         3GPP TS 32.271: "Telecommunication management; Charging management; Location Services (LCS) charging".

-         3GPP TS 32.272: "Telecommunication management; Charging management; Push-to-talk over Cellular (PoC) charging".

-         3GPP TS 32.273: "Telecommunication management; Charging management; Multimedia Broadcast and Multicast Service (MBMS) charging".

-         3GPP TS 32.274: "Telecommunication management; Charging management; Short Message Service (SMS) charging".

-         3GPP TS 32.275: "Telecommunication management; Charging management; MultiMedia Telephony (MMTel) charging".

-         3GPP TS 32.280: "Telecommunication management; Charging management; Advice of Charge (AoC) service".

-         3GPP TS 32.298: "Telecommunication management; Charging management; Charging Data Record (CDR) encoding rules description".

-         3GPP TS 32.297: "Telecommunication management; Charging management; Charging Data Record (CDR) file format and transfer".

-         3GPP TS 32.296: "Telecommunication management; Charging management; Online Charging System (OCS) applications and interfaces".

-         3GPP TS 32.295: "Telecommunication management; Charging management; Charging Data Record (CDR) transfer".

**b**         **Common 3GPP specifications**

-         3GPP TS 33.201: "Access domain security".

**c**         **other Domain and Service specific 3GPP / ETSI specifications**

-

**d**         **Relevant ITU Recommendations**

-

**e**         **Relevant IETF RFCs**

- IETF RFC 959 (1985): "File Transfer Protocol".

- IETF RFC 1350 "TFTP Protocol".

# Annex B (informative):
# Change history

| Change history | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Date** | **TSG #** | **TSG Doc.** | **CR** | **Rev** | **Subject/Comment** | **Cat** | **Old** | **New** |
| Dec 2007 | SP-38 | SP-070745 | 0202 | -- | Add new AVP codes to satisfy OMA charging requirements | C | 8.0.0 | 8.1.0 |
| Dec 2007 | SP-38 | SP-070745 | 0203 | -- | Add new values to PoC-User-Role-info-Units AVP - Align with OMA PoC charging requirements | C | 8.0.0 | 8.1.0 |
| Dec 2007 | SP-38 | SP-070745 | 0204 | -- | Add general description to PoC-Group-Name | B | 8.0.0 | 8.1.0 |
| Dec 2007 | SP-38 | SP-070925 | 0205 | 1 | Introduce Diameter details for SMS charging | B | 8.0.0 | 8.1.0 |
| Mar 2008 | SP-39 | SP-080059 | 0206 | -- | Add IBCF to Node-Functionality AVP list of NEs | B | 8.1.0 | 8.2.0 |
| Mar 2008 | SP-39 | SP-080074 | 0207 | -- | Usage of CC-Correlation-Id in online charging - Align with IETF RFC 4006 | C | 8.1.0 | 8.2.0 |
| Mar 2008 | SP-39 | SP-080074 | 0208 | -- | Align Number-Of-Messages-Sent AVP in Diameter Binding for SMS charging with new R8 TS 32.274 | C | 8.1.0 | 8.2.0 |
| Mar 2008 | SP-39 | SP-080074 | 0209 | -- | Corrections on Diameter AVP for SMS Charging | F | 8.1.0 | 8.2.0 |
| Mar 2008 | SP-39 | SP-080074 | 0210 | -- | Add on Number Portability and Carrier Select routing information | B | 8.1.0 | 8.2.0 |
| Jun 2008 | SP-40 | SP-080330 | 0211 | -- | Correction on SCCP-Address AVPs | F | 8.2.0 | 8.3.0 |
| Jun 2008 | SP-40 | SP-080330 | 0212 | -- | Add PoC-Event-Type AVP into PoC-Information | B | 8.2.0 | 8.3.0 |
| Jun 2008 | SP-40 | SP-080330 | 0213 | -- | Correction to PoC-Controlling-Adress AVP and PoC-Group-Name AVP | F | 8.2.0 | 8.3.0 |
| Sep 2008 | SP-41 | SP-080466 | 0214 | -- | Correction of inconsistencies in Offline Charging and Online Charging messages | F | 8.3.0 | 8.4.0 |
| Sep 2008 | SP-41 | SP-080330 | 0215 | -- | Correction on AVP codes - Alignment with TS 29.230 | F | 8.3.0 | 8.4.0 |
| Sep 2008 | SP-41 | SP-080330 | 0216 | -- | Multiple SMS destination  - Alignment with TS 23.040 | C | 8.3.0 | 8.4.0 |
| Dec 2008 | SP-42 | SP-080706 | 0218 | - | Completion on message tables | F | 8.4.0 | 8.5.0 |
| Dec 2008 | SP-42 | SP-080707 | 0219 | - | Service Context Id for MMTEL | B | 8.4.0 | 8.5.0 |
| Dec 2008 | SP-42 | SP-080706 | 0220 | - | Correction on AVP code allocation | F | 8.4.0 | 8.5.0 |
| Dec 2008 | SP-42 | SP-080706 | 0221 | - | Clarification on AVP descriptions for EPC Charging | F | 8.4.0 | 8.5.0 |
| Dec 2008 | SP-42 | SP-080706 | 0222 | - | Add SMS-SC as SMS node type | B | 8.4.0 | 8.5.0 |
| Dec 2008 | SP-42 | SP-080706 | 0223 | - | Additional Address Info for SMS charging | B | 8.4.0 | 8.5.0 |
| Dec 2008 | SP-42 | SP-080706 | 0224 | - | Add charging of SMS services to 32.299 | B | 8.4.0 | 8.5.0 |
| Dec 2008 | SP-42 | SP-080707 | 0225 | - | TS 32.299  AVPs Introduction for MMTel charging | B | 8.4.0 | 8.5.0 |
| Dec 2008 | SP-42 | SP-080706 | 0226 | - | Correction on References Section | F | 8.4.0 | 8.5.0 |
| Dec 2008 | SP-42 | SP-080706 | 0227 | - | Addition of SDP offer and answer and clarification on media initiator | B | 8.4.0 | 8.5.0 |
| Dec 2008 | SP-42 | SP-080706 | 0228 | - | Additional non-3GPP access information | F | 8.4.0 | 8.5.0 |
| Dec 2008 | SP-42 | SP-080706 | 0229 | - | Add a new value to Trigger-Type AVP | B | 8.4.0 | 8.5.0 |
| Dec 2008 | SP-42 | SP-080852 | 0217 | - | TS 32.299 AVPs for offline charging - Rf interface from S-GW and P-GW | B | 8.4.0 | 8.5.0 |
| Mar 2009 | SP-43 | SP-090206 | 0232 | - | TS 32.299 MMTel information AVP alignment with 32.275 definition | B | 8.5.0 | 8.6.0 |
| Mar 2009 | SP-43 | SP-090206 | 0235 | - | Add CONF charging specific parameters | B | 8.5.0 | 8.6.0 |
| Mar 2009 | SP-43 | SP-090203 | 0230 | 1 | Correction on 'Subscription Id' category used for EPS offline Charging | C | 8.5.0 | 8.6.0 |
| Mar 2009 | SP-43 | SP-090203 | 0231 | - | Service-Type and Service-Mode in Supplementary-service AVP : format change | F | 8.5.0 | 8.6.0 |
| Mar 2009 | SP-43 | SP-090206 | 0232 | - | SMS AVP structure alignement | B | 8.5.0 | 8.6.0 |
| Mar 2009 | SP-43 | SP-090045 | 0234 | - | Add Serving-Node-Type AVP to PS-Information in 32.299 | B | 8.5.0 | 8.6.0 |
| Mar 2009 | SP-43 | SP-090206 | 0235 | - | AoC Support in Ro | B | 8.5.0 | 8.6.0 |
| Mar 2009 | SP-43 | SP-090045 | 0236 | - | EPS Offline Charging - Complete PS-information AVP description | B | 8.5.0 | 8.6.0 |
| Mar 2009 | SP-43 | SP-090203 | 0237 | - | Multiple subscription-id in service-information for EPS offline Charging | B | 8.5.0 | 8.6.0 |
| Mar 2009 | SP-43 | SP-090206 | 0238 | - | Missing information in PS information AVP  for  SGW/PGW CDRs in EPS offline charging | B | 8.5.0 | 8.6.0 |
| Jun 2009 | SP-44 | SP-090432 | 0243 | - | Correction of Recipient-Info AVP | F | 8.6.0 | 8.7.0 |
| Jun 2009 | SP-44 | SP-090432 | 0244 | - | AVP code allocation for DCD Charging | F | 8.6.0 | 8.7.0 |
| Jun 2009 | SP-44 | SP-090432 | 0245 | - | Rel-8 CR 32.299 alignment with RFC 4006 | F | 8.6.0 | 8.7.0 |
| Jun 2009 | SP-44 | SP-090432 | 0246 | - | Rel-8 CR 32.299 clarification of ICID | F | 8.6.0 | 8.7.0 |
| Jun 2009 | SP-44 | SP-090432 | 0247 | - | Remove generic "Non 3GPP specific information" parameter | F | 8.6.0 | 8.7.0 |
| Jun 2009 | SP-44 | SP-090432 | 0248 | - | Correction on PDP context usage | F | 8.6.0 | 8.7.0 |
| Jun 2009 | SP-44 | SP-090432 | 0249 | - | Correction on AoC-Information AVP | F | 8.6.0 | 8.7.0 |
| Jun 2009 | SP-44 | SP-090432 | 0252 | - | Correction on Refund Information | F | 8.6.0 | 8.7.0 |
| Jun 2009 | SP-44 | SP-090432 | 0253 | - | LCS-information AVP not complete | F | 8.6.0 | 8.7.0 |
| Jun 2009 | SP-44 | SP-090432 | 0254 | - | PS-information AVP description alignment with 32.251 definition | F | 8.6.0 | 8.7.0 |
| Jun 2009 | SP-44 | SP-090432 | 0257 | - | Correction on EPC Charging | F | 8.6.0 | 8.7.0 |
| Jun 2009 | SP-44 | SP-090294 | 0251 | - | Add MMTel supplementary services FA, CCBS&CCNR, MCID, CAT for MMTel Charging | B | 8.7.0 | 9.0.0 |
| Jun 2009 | SP-44 | SP-090292 | 0255 | - | Rel-9 CR 32.299 addition of online charging flag | B | 8.7.0 | 9.0.0 |
| Jun 2009 | SP-44 | SP-090292 | 0256 | - | Rel-9 CR 32.299 correction of timestamp granularity | B | 8.7.0 | 9.0.0 |
| Sep 2009 | SP-45 | SP-090536 | 0258 | - | Correction on AVP definitions | A | 9.0.0 | 9.1.0 |
| Sep 2009 | SP-45 | SP-090536 | 0260 | - | Correction on MMS-Information AVP | A | 9.0.0 | 9.1.0 |
| Sep 2009 | SP-45 | SP-090536 | 0262 | - | Rel-9 CR 32.299 correction and alignment with TS 32.280 | A | 9.0.0 | 9.1.0 |
| Sep 2009 | SP-45 | SP-090536 | 0264 | - | Error in Number-Portability-Routing-Information AVP definition | A | 9.0.0 | 9.1.0 |

| Sep 2009 | SP-45 | SP-090538 | 0265 | - | Add "Closed User Group (CUG)" for MMTel Charging | B | 9.0.0 | 9.1.0 |
|----------|-------|-----------|------|---|---|---|------|------|
| Sep 2009 | SP-45 | SP-090538 | 0266 | - | Add 3PTY MMTel supplementary service charging | B | 9.0.0 | 9.1.0 |
| Sep 2009 | SP-45 | SP-090541 | 0267 | - | R9 CR 32299 add MBMS GW address below MBMS information AVP | B | 9.0.0 | 9.1.0 |
| Sep 2009 | SP-45 | SP-090538 | 0268 | - | New AVPs for RTTI support in IMS offline charging | B | 9.0.0 | 9.1.0 |
| Sep 2009 | SP-45 | SP-090536 | 0271 | - | Correction on Content Type - Alignment with OMA definition | A | 9.0.0 | 9.1.0 |
| Sep 2009 | SP-45 | SP-090537 | 0272 | - | Correction of time stamp diameter types | F | 9.0.0 | 9.1.0 |
| Sep 2009 | SP-45 | SP-090536 | 0274 | - | Correction of Accounting Input/Output Octets handling | A | 9.0.0 | 9.1.0 |
| Sep 2009 | SP-45 | SP-090537 | 0275 | - | Emergency bearer service consideration for charging | B | 9.0.0 | 9.1.0 |
| Sep 2009 | SP-45 | SP-090536 | 0277 | - | Addition of IP multicast delivery indicator below MBMS information AVP | A | 9.0.0 | 9.1.0 |
| Dec 2009 | SP-46 | SP-090720 | 0279 | - | Alignment of Address-Type AVP with 32.274 | A | 9.1.0 | 9.2.0 |
| Dec 2009 | SP-46 | SP-090720 | 0281 | - | Alignment with TS 32.251 for "Volume Limit" and "Time Limit" in Change-Condition AVP | A | 9.1.0 | 9.2.0 |
| Dec 2009 | SP-46 | SP-090720 | 0283 | - | Multiple Change-Condition AVP for simultaneous Condition changes | A | 9.1.0 | 9.2.0 |
| Dec 2009 | SP-46 | SP-090721 | 0284 | - | Editorial clean-up | D | 9.1.0 | 9.2.0 |
| Dec 2009 | SP-46 | SP-090722 | 0285 | - | MMTel related AVP applicable for Online Charging | B | 9.1.0 | 9.2.0 |
| Dec 2009 | SP-46 | SP-090720 | 0287 | - | Correction on priority session treatment | A | 9.1.0 | 9.2.0 |
| Dec 2009 | SP-46 | SP-090720 | 0289 | - | Alignment with TS 32.251 for "User location Change" Condition in Change-Condition AVP | A | 9.1.0 | 9.2.0 |
| Dec 2009 | SP-46 | SP-090720 | 0291 | - | Alignment between Change-Condition AVP value with ASN1 ServiceConditionChange value "serviceStop" | A | 9.1.0 | 9.2.0 |
| Dec 2009 | SP-46 | SP-090721 | 0292 | - | AVP for Account Expiration Information from OCS to IMS Application Servers | B | 9.1.0 | 9.2.0 |
| Dec 2009 | SP-46 | SP-090721 | 0293 | - | Aligning AoC- Information AVP with RTTI and subscription information | C | 9.1.0 | 9.2.0 |
| Dec 2009 | SP-46 | SP-090720 | 0295 | - | Correction of Number Portability and Carrier Select information AVPs | A | 9.1.0 | 9.2.0 |
| Dec 2009 | SP-46 | SP-090721 | 0296 | - | Add CSG parameters for CSG based online and offline charging | B | 9.1.0 | 9.2.0 |
| Mar 2010 | SP-47 | SP-100040 | 0297 | - | Correction on AVP code definitions | F | 9.2.0 | 9.3.0 |
| Mar 2010 | SP-47 | SP-100040 | 0299 | - | Correction of Role-of-Node AVP | A | 9.2.0 | 9.3.0 |
| Mar 2010 | SP-47 | SP-100040 | 0301 | - | Alignment with TS 32.251 for "Charging Characteristics Selection Mode" parameter | A | 9.2.0 | 9.3.0 |
| Mar 2010 | SP-47 | SP-100041 | 0302 | - | Add CSG parameters for CSG based online and offline charging | F | 9.2.0 | 9.3.0 |
| Mar 2010 | SP-47 | SP-100044 | 0303 | - | MMTel related AVP applicable for Online Charging | F | 9.2.0 | 9.3.0 |
| Mar 2010 | SP-47 | SP-100040 | 0305 | - | Correction for offline Charging from PGW - 3GPP2 User location | A | 9.2.0 | 9.3.0 |
| Mar 2010 | SP-47 | SP-100041 | 0306 | - | Remove unused Service-Condition-Change AVP | F | 9.2.0 | 9.3.0 |
| Mar 2010 | SP-47 | SP-100041 | 0307 | - | Correction on SDP handling in IMS Charging | F | 9.2.0 | 9.3.0 |
| Mar 2010 | SP-47 | SP-100044 | 0308 | - | Add "Personal Network management" MMTel supplementary service charging description | B | 9.2.0 | 9.3.0 |
| Mar 2010 | SP-47 | SP-100044 | 0309 | - | Add "Customized Ringing Signal (CRS)" MMTel supplementary service charging description | B | 9.2.0 | 9.3.0 |
| Jun 2010 | SP-48 | SP-100265 | 0312 | - | Correction on AVP definitions | A | 9.3.0 | 9.4.0 |
| Oct 2010 | SP-49 | SP-100496 | 0314 | - | Correction for Dual IP addresses associated to one PDN connection | A | 9.4.0 | 9.5.0 |
| Oct 2010 | SP-49 | SP-100495 | 0317 | - | Correction on Charging-Rule-Based-Name AVP - Alignment with TS 23.203 | A | 9.4.0 | 9.5.0 |
| Oct 2010 | SP-49 | SP-100496 | 0319 | - | Correction on Event Charging with Reservation | A | 9.4.0 | 9.5.0 |
| Oct 2010 | SP-49 | SP-100497 | 0320 | - | Correction of Reason-Code AVP | F | 9.4.0 | 9.5.0 |
| Dec 2010 | SP-50 | SP-100756 | 0328 | - | Correction of Inter-Operator-Identifier AVP – Align with TS 32.260 | A | 9.5.0 | 9.6.0 |
| Dec 2010 | SP-50 | SP-100757 | 0322 | - | Correction of Trigger-Type AVP | F | 9.5.0 | 9.6.0 |
| Dec 2010 | SP-50 | SP-100758 | 0324 | 2 | Add missing LCS-Format-Indicator AVP value for "SIP_URL" | F | 9.5.0 | 9.6.0 |
| Dec 2010 | SP-50 | SP-100759 | 0325 | 2 | Replace the Authorized-QoS AVP name with Authorised-QoS AVP | F | 9.6.0 | 10.0.0 |

| Mar 2010 | SP-51 | SP-110109 | 329 | 1 | Add E.164 harmonized address format to the current E.212 in MMS Charging | C | 10.0.0 | 10.1.0 |
|----------|-------|-----------|-----|---|------|---|--------|--------|
| Mar 2010 | SP-51 | SP-110105 | 330 | 3 | Adding CDR fields needed for Machine Type Communication | B | 10.0.0 | 10.1.0 |
| Mar 2010 | SP-51 | SP-110108 | 332 | 2 | Add missing enumeration value for E-CSCF network element in Node-Functionality AVP - Align with 32.298 | A | 10.0.0 | 10.1.0 |
| Mar 2010 | SP-51 | SP-110108 | 336 | 1 | Add internal structure and encoding for the Location-Estimate AVP | A | 10.0.0 | 10.1.0 |
| Mar 2010 | SP-51 | SP-110109 | 340 | 2 | Correction to charging scenarios | D | 10.0.0 | 10.1.0 |
| Mar 2010 | SP-51 | SP-110108 | 344 | 1 | Correction of CSG trigger handling - Alignment with TS 29.212 | A | 10.0.0 | 10.1.0 |
| Mar 2010 | SP-51 | SP-110109 | 345 | 1 | Addition of IARI in IMS charging information, alignment with TS 22.115 and TS 23.228 | B | 10.0.0 | 10.1.0 |
| Mar 2010 | SP-51 | SP-110109 | 347 | 1 | R10 32299 Correction on AVP Subscriber-role | F | 10.0.0 | 10.1.0 |
| Mar 2010 | SP-51 | SP-110112 | 349 | - | Add 'Advice Of Charge (AoC)' MMTel supplementary service Charging description - Align with 32.275 | B | 10.0.0 | 10.1.0 |
| May 2011 | SP-52 | SP-110281 | 352 | 1 | Correction to Re-authorization Request Message | F | 10.1.0 | 10.2.0 |
| May 2011 | SP-52 | SP-110281 | 356 | 1 | Correction of RAT-Type AVP, alignment with TS 29.212, Gx interface | F | 10.1.0 | 10.2.0 |
| May 2011 | SP-52 | SP-110404 | 359 | 1 | Correction on essential supported fields in EPC Online Charging | A | 10.1.0 | 10.2.0 |
| May 2011 | SP-52 | SP-110404 | 362 | 1 | Correction on Rf interface for missing information in SGW CDR | A | 10.1.0 | 10.2.0 |
| May 2011 | SP-52 | SP-110294 | 363 | 1 | AVPs enhancement for OMR Charging introduction | B | 10.1.0 | 10.2.0 |
| May 2011 | SP-52 | SP-110280 | 365 | 1 | Correction in SCC AS CDR for IMS service continuity | A | 10.1.0 | 10.2.0 |
| May 2011 | SP-52 | SP-110281 | 366 | 1 | Correction on IMS Application Reference Identifier (IARI) in IMS Charging | F | 10.1.0 | 10.2.0 |
| Sep 2011 | SP-53 | SP-110528 | 369 | - | Correction on PDN connection identifier for Charging | A | 10.2.0 | 10.3.0 |
| Sep 2011 | SP-53 | SP-110530 | 371 | 2 | Correction for IARI - Alignment with TS 24.229 | F | 10.2.0 | 10.3.0 |
| Sep 2011 | SP-53 | SP-110528 | 374 | - | Correction for dynamic address flags associated to PDN connection of PDP/PDN type IPv4v6 | A | 10.2.0 | 10.3.0 |
| Sep 2011 | SP-53 | SP-110530 | 376 | - | Correction of RAT Type, alignment with TS 29.061 | F | 10.2.0 | 10.3.0 |
| Sep 2011 | SP-53 | SP-110528 | 380 | 1 | Correction on AVP definition - Align with IETF RFC 3588 | A | 10.2.0 | 10.3.0 |
| Dec 2011 | SP-54 | SP-110708 | 0419 | 2 | Correction of Dynamic Address Flag usage for IPv4v6 PDN Connection in PS Information AVP | A | 10.3.0 | 10.4.0 |
| Dec 2011 | SP-54 | SP-110710 | 0411 | 2 | Correction of IPv6 PDP/PDN prefix | F | 10.3.0 | 10.4.0 |
| Dec 2011 | SP-54 | SP-110710 | 0415 | -- | Correction of IETF specified AVP usage in 3GPP charging applications | F | 10.3.0 | 10.4.0 |
| Mar 2012 | SP-55 | SP-120048 | 0421 | 1 | Add missing Trigger-Type value to address change of UE Timezone alignment with TS 29.212 | F | 10.4.0 | 10.5.0 |
| June-2012 | SP-56 | SP-120359 | 0429 | 1 | Correction of AVP usage, alignment with RFC 4006 | A | 10.5.0 | 10.6.0 |
| June-2012 | SP-56 | SP-120361 | 0432 | 1 | Correction on AVP definition | F | 10.5.0 | 10.6.0 |
| June-2012 | SP-56 | SP-120359 | 0439 | 1 | Correction of diameter AVP usages, alignment with RFC 4006 | A | 10.5.0 | 10.6.0 |
| June-2012 | SP-56 | SP-120359 | 0446 | 1 | Correction on SGW and PGW Address reporting, alignment with 29.212 | A | 10.5.0 | 10.6.0 |
| June-2012 | SP-56 | SP-120361 | 0451 | 1 | Correction on PDP-Address-Prefix-Length | F | 10.5.0 | 10.6.0 |
| Sep-2012 | SP-57 | SP-120646 | 0455 | 1 | Rename Service-type AVP | A | 10.6.0 | 10.7.0 |
| Sep-2012 | SP-57 | SP-120561 | 0459 | - | Remove Authorised-Qos from P-CSCF CDR | A | 10.6.0 | 10.7.0 |
| Sep-2012 | SP-57 | SP-120564 | 0464 | 1 | Correction of AoC-Information AVP usage | F | 10.6.0 | 10.7.0 |
| Sep-2012 | SP-57 | SP-120562 | 0466 | 1 | Correction of Called-Party-Address AVP | A | 10.6.0 | 10.7.0 |
| Sep-2012 | SP-57 | SP-120646 | 0471 | 1 | Correction on AoC service support | A | 10.6.0 | 10.7.0 |

# History

| Document history | | |
|---|---|---|
| V10.1.0 | April 2011 | Publication |
| V10.2.0 | June 2011 | Publication |
| V10.3.0 | October 2011 | Publication |
| V10.4.0 | January 2012 | Publication |
| V10.5.0 | March 2012 | Publication |
| V10.6.0 | July 2012 | Publication |
| V10.7.0 | September 2012 | Publication |