# Exhibit H

 **The Technology that Drives Government IT**

AI & Automation | COVID-19 | Cybersecurity | Cloud | Data & Analytics | IoT | Emerging Tech | Public Safety | State & Local | More

SHARE... | E-MAIL THIS PAGE | PRINTABLE FORMAT



# Why LTE is the next generation in wireless

BY WILLIAM JACKSON  APR 08, 2013

There is a lot yet to be decided about the new nationwide public safety network whose birth is being overseen by the First Responder Network Authority. But one thing is known.

"We are going to implement an LTE system," said FirstNet chairman Samuel Ginn.

**What it is:** The Long Term Evolution standard for advanced cellular communications is an emerging standard being embraced by commercial carriers. It holds the promise of an interoperable network based on non-proprietary, commercially available technology.

LTE is being developed by the 3rd Generation Partnership Project, made up of six telecom standards organizations. It has begun appearing in commercial offerings as 4G — or fourth generation — wireless service, although only the LTE Advanced standard finalized in 2011 is recognized by the International Telecommunications Union as true 4G wireless.

[Advertisement]

**How it works:** LTE operates in a range of frequencies, including the 700 MHz band in which the Federal Communications Commission has set aside a block of spectrum for the public safety network. It is built on TCP/IP and provides a packet-based alternative to earlier circuit-switched wireless networks, offering the ability to support a variety of devices using multiple services, including voice, video and data. Current implementations provide peak downlink rates of about 300 megabits/sec and 75 megabits/sec for uplinks. It incorporates quality-of-service provisions to minimize latency, enabling effective handoffs for fast-moving mobile devices.

One LTE cell operating with a 5 MHz slice of spectrum can support up to 200 data clients. Voice traffic can be carried either as a packet-switched data stream or as circuit-switched traffic over a legacy voice network. LTE's support of Half-Duplex FDD (with only a one-direction channel in operation at a time) enables the use of push-to-talk features that can be used by police to access traditional land mobile radio systems.

**Long range:** LTE has been gaining momentum since 2008 as an alternative to the more widespread WiMax. Use of both technologies is expected to continue to grow.

**About the Author**

William Jackson is a Maryland-based freelance writer.

**RELATED ARTICLES**

   

SEARCH

**STAY CONNECTED**



**SIGN UP FOR OUR NEWSLETTER.**

Email Address

I agree to this site's Privacy Policy.

**MOST POPULAR ARTICLES**

- States enlist chatbots for pandemic response
- How data visualizations drive decisions
- Algorithms can be gamed, but experienced humans can help
- DHS expands insider threat program
- How local government scaled up for remote workers

**NEW FROM GCN**

- NYC transit looks to tech to tamp down virus transmission
- How local government scaled up for remote workers
- Embracing long-term, remote development in the cloud
- How data visualizations drive decisions
- Algorithms can be gamed, but experienced humans can help

- State and local government unemployment still climbing
- Social distancing will change elections. Here's how we can secure them.
- Local gov drafts new playbook for remote support
- This disaster season, 'everything is complicated by COVID-19'
- NTIA weighs in against Ligado 5G license

**MORE FROM PUBLIC SECTOR 360**

### Defense Systems

CMMC training registration starts, but worries persist

Lawmakers skeptical of seaborne drone fleet

Key Solarium recommendations find a home in the defense bill

### Federal Soup

White House designs on OPM get renewed attention

COVID comeback with a touch of CX

USCIS starts sending furlough notices

### FCW

Team coverage: COVID-19 and the federal workforce

Union pushes back on EPA reopening plans

Bipartisan House bill would set up a White House cyber director

### Washington Technology

Telework's impact on the state & local market

CMMC training begins worries persist

PROJECT 38: Making competent diversity happen in national security

