HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WSOU Investments LLC,<br><br>           Plaintiff,<br>   v.<br><br>F5 Networks Inc.,<br>           Defendant. | CASE NO.  CV 21-000124 RAJ<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

This action is reassigned to the Honorable Barbara Rothstein because it is related to Case No. CV 2:20-cv-01878-BJR.  This reassignment is ordered pursuant to this District's policy to transfer cases presenting common questions of fact or law to the judge to whom the earliest-filed case was assigned.  *See* General Order No. 06-12 at ¶ 10 (W.D. Wash. Dec. 19, 2012).

All pleadings filed in the future shall bear case numbers CV 21-00124 BJR.

Dated this 12th day of Feburary, 2021.

                                   WILLIAM M. McCOOL
                                   Clerk

                                   s/ MICHAEL WILLIAMS
                                   Deputy Clerk

MINUTE ORDER – 1