HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>F5 NETWORKS, INC.,<br><br>　　　　　　Defendant. | No.  2:21-cv-00124-BJR<br><br>**PROOF OF SERVICE** |

Attached hereto is Proof of Service upon Defendant F5 Networks, Inc.

DATED this 25th day of February, 2021.

　　　　　　　　　　　　　　　　CORR CRONIN LLP

　　　　　　　　　　　　　　　　*s/ Blake Marks-Dias*
　　　　　　　　　　　　　　　　Blake Marks-Dias, WSBA No. 28169
　　　　　　　　　　　　　　　　Eric A. Lindberg, WSBA No. 43596
　　　　　　　　　　　　　　　　1001 Fourth Avenue, Suite 3900
　　　　　　　　　　　　　　　　Seattle, Washington  98154
　　　　　　　　　　　　　　　　(206) 625-8600 Phone
　　　　　　　　　　　　　　　　(206) 625-0900 Fax
　　　　　　　　　　　　　　　　bmarksdias@corrcronin.com
　　　　　　　　　　　　　　　　elindberg@corrcronin.com

　　　　　　　　　　　　　　　　Jonathan K. Waldrop (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　jwaldrop@kasowitz.com
　　　　　　　　　　　　　　　　Darcy L. Jones (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　djones@kasowitz.com
　　　　　　　　　　　　　　　　Marcus A. Barber (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　mbarber@kasowitz.com
　　　　　　　　　　　　　　　　John W. Downing (Admitted *Pro Hac Vice*)

PROOF OF SERVICE - 1
(CASE NO. 2:21-cv-00124 BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| 1 | |
| 2 | jdowning@kasowitz.com<br>Heather S. Kim (Admitted *Pro Hac Vice*)<br>hkim@kasowitz.com |
| 3 | Jack Shaw (Admitted *Pro Hac Vice*)<br>jshaw@kasowitz.com |
| 4 | ThucMinh Nguyen (Admitted *Pro Hac Vice*)<br>tnguyen@kasowitz.com |
| 5 | KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Drive, Suite 200 |
| 6 | Redwood Shores, CA  94065<br>Telephone: (650) 453-5170 |
| 7 | Paul G. Williams (Admitted *Pro Hac Vice*) |
| 8 | pwilliams@kasowitz.com<br>KASOWITZ BENSON TORRES LLP |
| 9 | 1230 Peachtree Street N.E., Suite 2445<br>Atlanta, Georgia 30309 |
| 10 | Telephone: (404) 260-6080 |
| 11 | *Attorneys for Plaintiff* |

PROOF OF SERVICE - 2
(CASE NO. 2:21-cv-00124 BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Christy A. Nelson*
Christy A. Nelson

PROOF OF SERVICE - 3
(CASE NO. 2:21-cv-00124 BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-00124-RAJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Angela Tarasi, Shane Brune, and Stephen Baskin, who ~~is~~ are
designated by law to accept service of process on behalf of *(name of organization)* F5 Networks, Inc.
on *(date)* 02/01/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/09/2021

*Monique Hulbert*

*Server's signature*

Monique Hulbert, secretary

*Printed name and title*

Kasowitz Benson Torres LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065

*Server's address*

Additional information regarding attempted service, etc: