HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>Defendant. | No. 2:20-cv-01878-BJR<br>No. 2:21-cv-00124-BJR<br>No. 2:21-cv-00125-BJR<br>No. 2:21-cv-00126-BJR<br><br>**STIPULATED MOTION TO EXTEND BRIEFING DEADLINES** |

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant F5 Networks, Inc. ("F5") (collectively, "Parties") jointly move for an order extending the briefing deadlines associated with F5's Motion to Stay Pending *Inter Partes* Review ("Motion"), which was filed on November 23, 2021. Pursuant to Section II(A) of the Standing Order for All Civil Cases, WSOU's opposition to the Motion was due December 14, 2021, and F5's reply in support of its Motion is due December 28, 2021. As the current briefing schedule falls over multiple holidays, the Parties respectfully request the Court extend the deadline for WSOU to file its opposition to December 21, 2021, and the deadline for F5 to file its reply to

STIPULATED MOTION TO EXTEND BRIEFING DEADLINES - 1
(CASE NOS. 2:20-CV-01878-BJR, 2:21-CV-00124-BJR,
2:21-CV-00125-BJR, 2:21-CV-00126-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

January 4, 2022.  The Parties agree that extending the briefing deadlines on F5's Motion will not impact any other case deadlines.

      Respectfully submitted this 21st day of December, 2021

By: *s/ Eric A. Lindberg*
Blake Marks-Dias, WSBA No. 28169
Eric A. Lindberg, WSBA No. 43596
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
(206) 625-8600 Phone
bmarks-dias@corrcronin.com
elindberg@corrcronin.com

Jonathan K. Waldrop (Admitted *Pro Hac Vice*)
jwaldrop@kasowitz.com
Darcy L. Jones (Admitted *Pro Hac Vice*)
djones@kasowitz.com
Marcus A. Barber (Admitted *Pro Hac Vice*)
mbarber@kasowitz.com
John W. Downing (Admitted *Pro Hac Vice*)
jdowning@kasowitz.com
Heather S. Kim (Admitted *Pro Hac Vice*)
hkim@kasowitz.com
Jack Shaw (Admitted *Pro Hac Vice*)
jshaw@kasowitz.com
ThucMinh Nguyen (Admitted *Pro Hac Vice*)
tnguyen@kasowitz.com
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170

Paul G. Williams (Admitted *Pro Hac Vice*)
pwilliams@kasowitz.com
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080

By: *s/ Ramsey M. Al-Salam (via email authorization)*
Ramsey M. Al-Salam, WSBA No. 18822
Stevan R. Stark, WSBA No. 39639
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
RAlSalam@perkinscoie.com
SStark@perkinscoie.com

Stephen Baskin (Admitted *Pro Hac Vice*)
Patrick Lafferty (Admitted *Pro Hac Vice*)
Ryan A. Schmid (Admitted *Pro Hac Vice*)
KING & SPALDING LLP
1700 Pennsylvania Ave, NW, 2nd Floor
Washington, DC 20006-4707
Telephone: (202) 626-2938
sbaskin@kslaw.com
plafferty@kslaw.com
rschmid@kslaw.com

D. Shane Brun (Admitted *Pro Hac Vice*)
KING & SPALDING LLP
601 California Avenue, Suite 100
Palo Alto, CA 94304
sbrun@kslaw.com
Telephone: (415) 318-1245

Angela Tarasi (Admitted *Pro Hac Vice*)
KING & SPALDING LLP
1400 16th Street
16 Market Square, Suite 400
Denver, CO 80202
Telephone: (720) 535-2319
atarasi@kslaw.com

STIPULATED MOTION TO EXTEND BRIEFING DEADLINES - 2
(CASE NOS. 2:20-CV-01878-BJR, 2:21-CV-00124-BJR,
2:21-CV-00125-BJR, 2:21-CV-00126-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| Hershy Stern (Admitted *Pro Hac Vice*)<br>hstern@kasowitz.com<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019<br>Telephone: (212) 506-1794<br>hstern@kasowitz.com | Brent P. Ray (Admitted *Pro Hac Vice*)<br>King & Spalding LLP<br>110 N Wacker Drive, Suite 3800<br>Chicago, IL 60606<br>Telephone: (312) 764-6925<br>bray@kslaw.com |
| **ATTORNEYS FOR PLAINTIFF WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT** | **ATTORNEYS FOR DEFENDANT F5 NETWORKS, INC.** |

STIPULATED MOTION TO EXTEND BRIEFING DEADLINES - 3
(CASE NOS. 2:20-CV-01878-BJR, 2:21-CV-00124-BJR,
2:21-CV-00125-BJR, 2:21-CV-00126-BJR)

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**ORDER**

IT IS SO ORDERED.

DATED this 22nd day of December, 2021.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND BRIEFING DEADLINES - 4
(CASE NOS. 2:20-CV-01878-BJR, 2:21-CV-00124-BJR,
2:21-CV-00125-BJR, 2:21-CV-00126-BJR)

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                         *s/ Monica Dawson*
                         Monica Dawson

STIPULATED MOTION TO EXTEND BRIEFING DEADLINES - 5
(CASE NOS. 2:20-CV-01878-BJR, 2:21-CV-00124-BJR, 2:21-CV-00125-BJR, 2:21-CV-00126-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900